# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 15 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* [UNDER SEAL]<br><br>Plaintiff,<br><br>vs.<br><br>[UNDER SEAL]<br>Defendants. | Case No. 4-04 CV0000985WRW,<br>**CONSOLIDATED with Case<br>No. 4-04 CV0000984WRW**<br><br>STIPULATION OF DISMISSAL<br>WITH and WITHOUT<br>PREJUDICE AND<br>ORDER |

## ORDER

After consideration of the Stipulation of Dismissal of the United States and the *qui tam* plaintiffs, and good cause appearing therefor,

1. Defendant International Business Machines, Inc., a New York Corporation (IBM) is hereby dismissed by Relators with prejudice from the *qui tam* plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. The dismissal of the Relators' Complaint against IBM is with prejudice as to the United States as to all allegations released by the United States in the Settlement Agreement by and among the United States, the Relators and IBM, dated July 30, 2007, and without prejudice as to claims, if any, made by the Relators not released by the United States in the Settlement Agreement.

IT IS SO ORDERED.

Dated: 8/15/07

_____
UNITED STATES DISTRICT JUDGE