**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>        Plaintiff,<br>vs.<br><br>ACCENTURE LLP, an Illinois limited liability partnership; ACCENTURE LTD., a Bermuda Corporation;<br><br>        Defendants. | )<br>)<br>)  Case No.  4:04CV00985-WRW<br>)<br>)  ORDER RE SEVERANCE,<br>)  TRANSFER AND<br>)  CONSOLIDATION<br>)<br>)<br>)<br>)<br>) |

**ORDER RE SEVERANCE, TRANSFER AND CONSOLIDATION**

On joint motion and assent of the United States of America, Plaintiff/Relators, Accenture Defendants, and [UNDER SEAL] Defendant, requesting severance of [UNDER SEAL] Defendant from Case No. 4:04 CV0000985 WRW and transferring [UNDER SEAL] Defendant to, and consolidating [UNDER SEAL] Defendant for all purposes with, *The United States of America, ex rel. Norm Rille and Neal Roberts v. [UNDER SEAL]*, Case No. 4:04 CV0000990 WRW.

A copy of this Order shall be filed in Case No. 4:04CV00990-WRW.

IT IS SO ORDERED this 9th day of October, 2007.


                                                              /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE