IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE UNITED STATES OF AMERICA** *ex rel*.                               **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

v.                                         4:04-CV-00985-WRW

**ACCENTURE LLP,** *et al.*                                                **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion to Compel Production of Documents and Motion for Sanctions (Doc. No. 122). Plaintiffs' Motion to compel the production of document is GRANTED;[1] Plaintiffs' Motion for sanctions is DENIED.

IT IS SO ORDERED THIS 11th day of December, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. No. 136.