**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**THE UNITED STATES OF AMERICA** *ex rel*.                              **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

**v.**                                          **4:04-CV-00985-WRW**

**ACCENTURE LLP,** *et al.*                                               **DEFENDANTS**

<u>**ORDER**</u>

Relators' Motion For Leave To File A Reply (Doc. No. 157) is GRANTED. Relators must file the Reply attached to their Motion by 5:00 p.m., Friday, January 23, 2009. The Clerk of the Court is directed to file the Reply under seal.

IT IS SO ORDERED this 21st day of January, 2009.


       /s/ Wm. R. Wilson, Jr.
       UNITED STATES DISTRICT JUDGE