**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

February 11, 2009

Ms. Linda McMahon
U.S. Department of Justice
Ben Franklin Station
Post Office Box 261
Washington, DC 20044

      Re:    *United States of America ex. rel. Norman Rille, et al. v. Accenture, at al.* --
              4:04-CV-00985-WRW

Dear Ms. McMahon:

What do you have to do to get approval of funding for payments to the special master?

How long will it take to get approval?

Please respond to the above two questions by fax (501-604-5149) or email (wrwchambers@ared.uscourts.gov) by noon this Friday, February 13, 2009.

                                      Cordially,

                                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:      Other Counsel of Record