UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 11, 2009**

Mr. Craig H. Johnson
Mr. Lon D. Packard
Packard, Packard & Johnson
2825 Cottonwood Parkway
Suite 500
Salt Lake City, UT 84121

Mr. Anton Leo Janik, Jr.
Ms. Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Mr. Jeffrey Wexler
Mr. Michael Bierman
Luce, Forward, Hamilton & Scripps
601 South Figueroa
Suite 3900
Los Angeles, CA 90017

Mr. Clarence Daniel Stripling
U.S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

Mr. David M. Nadler
Mr. J. Andrew Jackson
Mr. Jason D. Wallach
Mr. John A. Freedman
Mr. Justin A. Chiarodo
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006

Mr. Donald J. Williamson
Mr. Jordan L. Strauss
Ms. Linda McMahon
U.S. Department of Justice - Civil Division
Ben Franklin Station
Post Office Box 261
Washington, DC 20044

Ms. Alicia A. W. Truman
Mr. David S. King
Mr. Stephen M. Sacks
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004

Ms. Shirley Guntharp Jones
Mr. Stephen C. Enstrom
Wilson, Engstrom, Corum & Coulter
Post Office Box 71
Little Rock, AR 72203-0071

Ms. Kristen E. Ittig
Arnold & Porter LLP
1600 Tysons Boulevard
Suite 900
McLean, VA 22102

Mr. Daniel S. Fruchter
Mr. Daniel W. Packard
Ms. Jacquetta Bardacos
Mr. Philip J. Favro
Mr. Ronald D. Packard
Mr. Von G. Packard
Packard, Packard & Johnson
Four Main Street
Suite 200
Los Altos, CA 94022

Re:   *United States of America ex. rel. Norman Rille, et al. v. Accenture, at al.* -- 4:04-CV-00985-WRW

Dear Counsel:

As soon as the Government's funding questions are answered, I plan to submit a letter to Mr. Henry asking him if he will serve.

1

I ask that opposing counsel respond to Mr. Engstrom's suggestion re: the alignment of parties. If you have a response, please submit it by email (wrwchambers@ared.uscourts.gov) or fax (501-604-5149) by noon this Friday, February 13, 2009.

                                                  Cordially,

                                                  /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court