## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 9, 2009**

Mr. John Calhoun, Jr.                                     **VIA FACSIMILE**
Hilburn, Calhoon, Harper, Pruniski, & Calhoun, Ltd.
P.O. Box 5551
North Little Rock, AR 72119

    Re:    *United States of America ex. rel. Norman Rille, et al. v. Accenture, at al.* --
             4:04-CV-00985-WRW

Dear Mr. Calhoun:

Would you be willing to serve as special master for discovery in the referenced case? It is a whistle blower case with some hotly contested discovery issues.

Here are the questions:

    1. Would you be willing to serve?

    2. What is your hourly rate?

I anticipate having the non-government parties put a retainer up for you to draw against on a monthly basis, or thereabouts.

You would have to bill the government for its portion each month since it is not permitted to put up front money. Furthermore, after you give us your hourly rate, the government's lawyers will have to get approval.

Please advise (with copies of your letter to the lawyers shown below).

                                                 Cordially,

                                                 /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court

cc: Mr. Stephen Engstrom
Wilson, Engstrom, Corum & Coulter
P.O. Box 71
Little Rock, AR 72203
501-375-5914 fax
stephen@wecc-law.com

Ms. Lyn Pruitt
Mitchell, Williams, Selig, Gastes & Woodyard, P.L.L.C.
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201
501-688-8807 fax
lpruitt@mwsgw.com

Ms. Linda McMahon
U.S. Department of Justice - Civil Division
Ben Franklin Station
Post Office Box 261
Washington, DC 20044
202-514-0280 fax
Linda.McMahon@usdoj.gov


cc: Other Counsel of Record