**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 30, 2009**

Mr. Stephen Engstrom
Wilson, Engstrom, Corum & Coulter
P.O. Box 71
Little Rock, AR 72203
501-375-5914 fax
stephen@wecc-law.com

Ms. Lyn Pruitt
Mitchell, Williams, Selig, Gastes & Woodyard, P.L.L.C.
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201
501-688-8807 fax
lpruitt@mwsgw.com

Ms. Linda McMahon
U.S. Department of Justice - Civil Division
Ben Franklin Station
Post Office Box 261
Washington, DC 20044
202-514-0280 fax
Linda.McMahon@usdoj.gov

Re: *United States of America ex. rel. Norman Rille, et al. v. Accenture, at al.* --
4:04-CV-00985-WRW

Dear Counsel:

Mr. John Everett has agreed to serve as special master on discovery issues in this case, and I intend to appoint him. Mr. Everett's hourly rate is $350. I anticipate that Mr. Everett will begin with his special master duties the week of April 13, 2009.

I would like to hear from the Government about whether it anticipates paying its share. Please inform me about this by noon, Friday, April 3, 2009.

Cordially,

/s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:   Other Counsel of Record