**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 6, 2009**

Mr. John C. Everett                          **VIA FACSIMILE**
Everett Law Firm
P.O. Box 8370
Fayetteville, AR 72703

Re:   *United States of America ex. rel. Norman Rille, et al. v. Accenture, at al.* --
      4:04-CV-00985-WRW

Dear Mr. Everett:

You are on board as Special Master for discovery in the referenced.

I suggest that you submit a statement for fee and expenses each month. I expect the parties to forthwith decorate the mahogany after receipt of your statement.

I will set up a teleconference in the immediate future so that we can discuss your specific duties and procedure.

Cordially,

Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:   All Counsel of Record
      Ms. Mary Johnson

1