Dear Mr. Everett,

Attached are copies of the Complaints, Answers, the pending motion, and the sur-reply to the pending motion. The response and reply to the pending motion were filed under seal, and will be sent "under separate cover" via FedEx today.

This is in response to your request to my staff for background information before the telephone conference this Thursday, April 16, 2009.

Cordially,

Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:         Counsel of Record


Defendants' Sur Reply to Pending Motion.pdf


Pending Motion to Overrule Objections.pdf


Defendants' Answer to Complaint in Intervention.pdf

Dear Mr. Everett,

Attached are copies of the Complaints, Answers, the pending motion, and the sur-reply to the pending motion. The response and reply to the pending motion were filed under seal, and will be sent "under separate cover" via FedEx today.

This is in response to your request to my staff for background information before the telephone conference this Thursday, April 16, 2009.

Cordially,

Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:         Counsel of Record