IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants.* | Case No. 4-04 CV0000985-WRW |

## ORDER AUTHORIZING POSSESSION OF ELECTRONIC DEVICES IN COURTHOUSE WHILE ATTENDING SPECIAL MASTER HEARING IN JUDGE WILSON'S COURTROOM SET FOR APRIL 24, 2009

This Court, upon Motion of the defendants, and for good cause shown, hereby grants Defendants' Motion, and pursuant to Amended General Order No. 54 orders that:

Lyn P. Pruitt, J. Andrew Jackson and Jason Wallach are authorized to bring into the courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA type devices, while attending the Special Master hearing in Judge Wilson's courtroom set for April 24, 2009.

IT IS SO ORDERED.

4/20/09
Date

Judge William R. Wilson