**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 28, 2009**

Mr. David Blair                                   **VIA FACSIMILE**
Blair & Stroud
500 East Main Street, Suite 201
P.O. Box 2135
Batesville, AR 72501

    Re:   *United States of America ex. rel. Norman Rille, et al. v. Accenture, at al.* --
           4:04-CV-00985-WRW

Dear Mr. Blair:

Would you be willing to serve as Special Master for discovery in the referenced case? It is a whistle blower case with some hotly contested discovery issues.

Here are the questions:

    1. Would you be willing to serve?

    2. What is your hourly rate?

Please advise (with copies of your letter to the lawyers shown below).

Mr. John Everett had to withdraw shortly after being appointed Special Master because of a conflict of interest he discovered.

                                          Cordially,

                                          Wm. R. Wilson, Jr.

Original to the Clerk of the Court

cc:    Mr. Stephen Engstrom
        Wilson, Engstrom, Corum & Coulter
        P.O. Box 71
        Little Rock, AR 72203
        501-375-5914 fax
        stephen@wecc-law.com

Ms. Lyn Pruitt
Mitchell, Williams, Selig, Gastes & Woodyard, P.L.L.C.
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201
501-688-8807 fax
lpruitt@mwsgw.com

Ms. Linda McMahon
U.S. Department of Justice - Civil Division
Ben Franklin Station
Post Office Box 261
Washington, DC 20044
202-514-0280 fax
Linda.McMahon@usdoj.gov


cc:     Other Counsel of Record