IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* NORMAN RILLE and NEAL ROBERTS                                   PLAINTIFFS

vs                              4:04CV00985-WRW

ACCENTURE LLP, ACCENTURE LTD.,
and PROQUIRE, LLC,                                                         DEFENDANTS

## AMENDED ORDER

The Order entered on May 21, 2009 (doc #255) is amended as follows:

Stephen Engstrom, Shirley Jones, Michael Bierman, Von G. Packard Daniel W. Packard, Donald J. Williamson, Linda McMahon, Shannon Smith and Jennifer Koh are authorized to bring into the Courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Special Master hearing in Judge Wilson's courtroom on Thursday, May 28, 2009, at 9:00 a.m.

IT IS SO ORDERED this 26th day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE