# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THE UNITED STATES OF AMERICA** *ex rel.*  **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

**v.**                     **4:04CV00985-WRW**

**ACCENTURE LLP,** *et al.*  **DEFENDANTS**

## ORDER

The Honorable John Cole is substituted for Mr. John Everett as Special Master in this case. The Clerk's office is directed to change the docket to reflect this substitution.

IT IS SO ORDERED this 28th day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE