IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* NORMAN RILLE and NEAL<br>ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>ACCENTURE, LLP, an Illinois Limited<br>Liability Partnership, *et al.*,<br><br>    Defendants. | Civil Action 4:04-CV-00985 WRW |

## ORDER REGARDING PRODUCTION OF DOCUMENTS

Upon submission of the following jointly agreed-to Order by the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED AND ADJUDGED:

### I. Alliance Discovery

**A. Alliance Related Hard Copy Documents and ESI from Accenture Personnel**

For convenience, Accenture personnel from whom Alliance Discovery will be produced have been divided into four groups.

**1. Group One Witnesses**

Accenture will produce all responsive, relevant, and non-privileged hard copies of the files and materials from the files of Neil Birchmeier, Steven Goodman, Stan Gutkowski, Shanin Hagene, David Hampe, Nakia Leggett, Thomas Lyons, Todd S. Cameron, James Trowhill, Stan Mate, David Morales, Patrick Siffermann and Abigail Venecia-Reyes beginning on **June 15,**

2009, and concluding by **June 30, 2009**. Accenture will search the Electronically Stored Information (ESI) of these individuals, using the search terms agreed to by the parties, and complete production of all responsive, relevant, and non-privileged ESI from such witnesses by **July 30, 2009**. Because the parties have not finalized the agreed upon search terms for the Group One Witnesses, and thus the volume of ESI to review is not yet known, the parties will meet and confer within five days after finalizing the agreed upon search terms to discuss whether any adjustment to this July 30, 2009 deadline is necessary.

### 2. Group Two Witnesses

Accenture will produce all responsive, relevant, and non-privileged hard copies of the files and materials from the files of John Opsahl, Angie Park, Steve Rohleder, and Barbara White beginning on **June 15, 2009**, and will finish the production by **June 30, 2009**. Accenture will search the ESI of these individuals, using the search terms agreed to by the parties, and complete production of all responsive, relevant, and non-privileged ESI from such witnesses by **August 15, 2009**. Because the parties have not finalized the agreed upon search terms for the Group Two Witnesses, and thus the volume of ESI to review is not yet known, the parties will meet and confer within five days after finalizing the agreed upon search terms to discuss whether any adjustment to this August 15, 2009 deadline is necessary.

### 3. Group Three Witnesses

Accenture will produce all responsive, relevant, and non-privileged hard copies of the files and materials from the files of Amy Angelides, Skip Coleman, John Grever, Janet Pickett, Steve List, Yoonus Sait, and Srini Surendranath beginning on **June 15, 2009**, and will finish the production by **June 30, 2009**. Accenture will search the ESI of these individuals, using the

search terms agreed to by the parties, and complete production of all responsive, relevant, and non-privileged ESI from such witnesses by **August 15, 2009**. It should be noted that because the ESI of these individuals has not yet been collected and loaded and the parties have not finalized the agreed upon search terms for the Group Three Witnesses, and thus the volume of ESI is not yet known, the parties will meet and confer by **July 6, 2009** to discuss whether any adjustment to this August 15, 2009 deadline is necessary.

### 4. Group Four Witnesses

Accenture will engage in a diligent search and will either identify any additional Alliance related witnesses from whom responsive, relevant, and non-privileged documents will be produced, or confirm that no such additional witnesses exist, by **July 2, 2009**. Accenture will produce all responsive, relevant, and non-privileged hard copies of the files and materials from such witnesses and any responsive, relevant, and non-privileged ESI responsive to agreed upon search terms from such witnesses by **August 15, 2009**. It should be noted that because the ESI of these individuals has not yet been collected and loaded and the parties have not finalized the agreed upon search terms for the Group Four Witnesses, and thus the volume of ESI is not yet known, the parties will meet and confer by **July 2, 2009** to discuss whether any adjustment to this August 15, 2009 deadline is necessary.

### B. Databases and Electronic Document Libraries

ARI Database: Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group One Witnesses described above by **July 3, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this

database currently existing in the ESI of any of the Group Two Witnesses described above by **July 13, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Three Witnesses described above by **July 30, 2009**. Accenture will identify to Plaintiffs any LotusNotes versions of this database currently existing in the ESI of any newly identified Group Four Witness described above by **July 13, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Four Witnesses by **August 15, 2009**. The parties will meet and confer on or after **July 13, 2009** to discuss whether any adjustment to this August 15, 2009 deadline is necessary based on the volume of material contained in or difficulty in retrieving or producing any newly identified versions of this database.

BOAA Database: Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group One Witnesses described above by **July 3, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Two Witnesses described above by **July 13, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Three Witnesses described above by **July 30, 2009**. Accenture will identify to Plaintiffs any LotusNotes versions of this database currently existing in the ESI of any newly identified Group Four Witness described above by **July 13, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database

currently existing in the ESI of any of the Group Four Witnesses by **August 15, 2009**. The parties will meet and confer on or after **July 13, 2009** to discuss whether any adjustment to this August 15, 2009 deadline is necessary based on the volume of material contained in or difficulty in retrieving or producing any newly identified versions of this database.

BIP Library Database: Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group One Witnesses described above by **July 3, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Two Witnesses described above by **July 13, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Three Witnesses described above by **July 30, 2009**. Accenture will identify to Plaintiffs any LotusNotes versions of this database currently existing in the ESI of any newly identified Group Four Witness described above by **July 13, 2009**. Subject to a review for and the removal of privileged materials, Accenture will produce any LotusNotes versions of this database currently existing in the ESI of any of the Group Four Witnesses by **August 15, 2009**. The parties will meet and confer on or after **July 13, 2009** to discuss whether any adjustment to this August 15, 2009 deadline is necessary based on the volume of material contained in or difficulty in retrieving or producing any newly identified versions of this database.

SharePoint Sites: Data and documents from various Alliance related databases may have been transferred to various SharePoint Sites. Accenture will produce the responsive, relevant,

and non-privileged data and documents from the SharePoint Sites to which the ARI, BOAA, and BIP Library databases have been transferred by **July 30, 2009.**

Websites: Data and documents from various Alliance related databases have been transferred to various Websites. Accenture will produce the responsive, relevant, and non-privileged data and documents from the Websites to which ARI, BOAA, and BIP Library databases have been transferred by **August 15, 2009**.

Accounting and Financial Databases: Several accounting and financial databases, including FS90, SAP, and PeopleSoft, have been identified as containing responsive material. Accenture will produce the fields and data described in its letter of June 19, 2009, which it has identified as the relevant and responsive fields and data from the PeopleSoft database, by **June 30, 2009**. Accenture will identify the fields in the FS90 and SAP databases that contain responsive and relevant data by **July 15, 2009**. Accenture will produce the responsive, relevant, and non-privileged documents and data it has identified from the fields in the FS90 and SAP databases by **July 27, 2009**.

Accenture will conduct a reasonable search to identify any other databases or any other versions of the ARI, BIP, or BOAA databases that were created, managed, used, or accessed by Accenture or Proquire in relation to its Alliance Activities. Accenture will identify to Plaintiffs any databases identified through its search by **July 13, 2009**. Accenture will produce the responsive, relevant, and non-privileged documents and data from any databases identified through its search by **August 15, 2009**. The parties will meet and confer on or after **July 13, 2009** to discuss whether any adjustment to this August 15, 2009 deadline is necessary based on

the volume of material contained in or difficulty in retrieving or producing any newly identified database.

### C.    Equity Documents

Accenture will identify by **July 10, 2009** any responsive and relevant documents or categories of documents relating to stock, warrants, stock options, or other equity in alliance partners that Accenture earned through its alliance agreements, heretofore not produced in this litigation. Accenture will produce all such responsive, relevant, and non-privileged documents by **August 3, 2009.**

### D.    Rebate and MDF Documents

Accenture is conducting a reasonable search for documents relating to rebates and/or marketing development funds that it received from its Alliance Partners in connection with Accenture's marketing assistance and resale of hardware, software, maintenance and/or services. Accenture will identify by **July 13, 2009** any responsive and relevant documents or categories of documents identified in its search. Accenture will produce all responsive, relevant, and non-privileged documents that it identifies in its search by **August 15, 2009.**

## II. Contract Discovery

Separate from alliance related discovery discussed above, both Accenture and the United States are obligated to produce documents related to the specific government contracts that have been identified pursuant to which alliance related activity allegedly occurred. With respect to contracts other than the Defense Logistics Agency ("DLA") contracts, the parties are currently engaged in discussions regarding the parameters of that discovery and a timetable for the completion of the production of all contract based discovery.

The parties have already agreed upon certain deadlines with respect to the production of documents associated with the DLA contracts. The parties will continue to meet and confer to establish the remaining timetable regarding the production of documents related to this contract, as well as the others.

DLA Contract Discovery

Both the United States and Accenture will complete production of all responsive, relevant, and non-privileged hard copy documents related to the DLA contracts by **July 15, 2009**.

Accenture will produce the already-identified DLA shared drive by **July 15, 2009**.

The United States will complete production of all responsive, relevant, and non-privileged documents related to the DLA contracts by **August 15, 2009**.

The parties shall meet and confer within 14 days after defendants custodians for the DLA contracts are finally determined for the purpose of establishing a deadline for the production of all responsive, relevant, and non-privileged documents related to the DLA contracts.

Dated: 7-8-09

_____
HONORABLE JOHN W. COLE
SPECIAL MASTER