# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THE UNITED STATES OF AMERICA** *ex rel.*                           **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

**v.**                                    **4:04CV00985-WRW**

**ACCENTURE LLP,** *et al.*                                          **DEFENDANTS**

## ORDER

Pending is Defendant's Motion to Dismiss Certain New Allegations From the United States' First Amended Complaint in Intervention (Doc. No. 248). The United States has responded,[1] and Defendant has replied.[2] For the reasons set out below, Defendant's Motion is DENIED.

Defendant asserts that paragraphs 71-80 of the United States' First Amended Complaint in Intervention should be dismissed because those paragraphs do not allege fraud with sufficient particularity to satisfy Fed. R. Civ. P. 9(b).[3] As Defendant pointed out in its brief, "[o]ne of the purposes of 9(b) is to put a defendant on notice of the alleged fraud so that it may defend itself."[4]

---

[1] Doc. No. 263.

[2] Doc. No. 268. Defendant also filed a Notice in connection with its Motion. The Notice included as attachments orders and a transcript from the United States District Court for the Eastern District of Virginia in which a similar case by Plaintiff was pending against a different defendant. In the Virginia case, the court dismissed counts 1-4 of the United States' complaint in intervention.

[3] Doc. No. 249.

[4] *Id.*

Paragraphs 71-78 of the Amended Complaint in Intervention describe alleged anti-competitive activity by Accenture. Those paragraphs include dates and names of the companies involved.[5] Paragraphs 72, 73, and 75 allege that "[o]n June 18, 2002, Accenture contacted the DITCO contracting officer . . .";[6] "[o]n September 11, 2002, Accenture emailed the DITCO contracting officer withdrawing its interest in bidding";[7] and "[o]n July 31, 2003, Accenture management sent an email to NCR management . . . ."[8] Paragraph 78 alleges a phone call between Accenture and NCR on August 29, 2003, as well as the alleged result of that call -- a $200,000 payment from NCR to Accenture on April 27, 2004, in exchange for Accenture not bidding on a contract.[9]

I find that the information in paragraphs 71-78 and 80 contain sufficient information to put Defendant on notice enough to be able to defend itself, and otherwise meet Rule 9(b)'s requirements. I further find that the alleged actions in those paragraphs set out a representative example, and, thus, paragraph 79 is also sufficiently pled. Accordingly, Defendant's Motion (Doc. No. 248) is DENIED.

IT IS SO ORDERED this 24th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[5] Doc. No. 227.

[6] *Id.* at para. 72.

[7] *Id.* at para. 73.

[8] *Id.* at para. 75.

[9] *Id.* at para. 78.