IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> *Plaintiff,* <br><br> vs. <br><br> ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 4-04 CV0000985WRW |

## ORDER REGARDING PRODUCTION OF
## GROUP 1 ALLIANCE CUSTODIANS' ELECTRONICALLY STORED INFORMATION

In light of the parties' ongoing negotiation of search terms, which the parties expect to finalize by August 3, 2009, it is hereby:

ORDERED, that the deadline set forth in the July 8, 2009 Order Regarding Production of Documents for the production by defendants of the electronically stored information of the Group 1 Witnesses is hereby extended from July 30, 2009 until August 15, 2009.

Dated: 8-3-09

HONORABLE JOHN W. COLE

SPECIAL MASTER

Copies To: All Counsel of Record