IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL<br>ROBERTS,<br><br>PLAINTIFFS,<br><br>v.<br><br>ACCENTURE, LLP, an Illinois Limited<br>Liability Partnership, et al.,<br><br>DEFENDANTS. | Civil Action 4:04CV00985 WRW<br><br>**ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF NON-PRIVILEGED DOCUMENTS AND REQUEST FOR RELATED DISCOVERY RELIEF FROM ACCENTURE** |

In response to the Motion to Compel Production of Non-Privileged Documents and Request for Related Discovery Relief from Accenture, LLP, Accenture, Ltd. and Proquire, LLC ("Accenture"), filed by Plaintiffs, the United States and Relators Norman Rille and Neal Roberts ("Plaintiffs"), it is hereby Ordered and Adjudged that:

1. Accenture shall be permitted to file a response to the Motion and any supporting brief on or before December 22, 2009;

2. Plaintiffs shall have until on or before January 4, 2010 to file their reply; and

3. After review and consideration of the briefing submitted by the parties, a courtroom or conference-call hearing will be set.

Dated: 12-14-09

By: _____
THE HONORABLE JOHN W. COLE
SPECIAL MASTER