IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* NORMAN RILLE and NEAL
ROBERTS,

    *Plaintiff,*

vs.

ACCENTURE LLP, ACCENTURE LTD.,
and PROQUIRE, LLC,

    *Defendants.*

Case No. 4-04 CV0000985WRW

**FILED** EASTERN DISTRICT OF ARKANSAS DEC 18 2009 JAMES W. McCORMACK, CLERK By: _____ DEP CLERK

## ORDER STAYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF NON-PRIVILEGED DOCUMENTS AND REQUEST FOR RELATED DISCOVERY RELIEF FROM ACCENTURE

In light of the parties' agreement regarding the issues raised by Plaintiffs' Motion to Compel Production of Non-Privileged Documents and Request for Related Discovery Relief from Accenture ("Plaintiffs' Motion"), it is hereby:

ORDERED, that briefing on Plaintiffs' Motion is stayed until such time that the parties have narrowed the issues raised by Plaintiffs' Motion to those over which the parties are at an impasse; and

FURTHER ORDERED, that the parties shall submit a joint report to the Special Master by January 25, 2010 identifying any remaining issues that require briefing and resolution.

Dated: 12-18-09

                                         THE HONORABLE JOHN W. COLE
                                         SPECIAL MASTER

Copies To: All Counsel of Record

DSMDB-2719937v01