IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* NORMAN RILLE and NEAL<br>ROBERTS,<br><br>        Plaintiff,<br><br>v.<br><br>ACCENTURE, LLP, an Illinois Limited<br>Liability Partnership, *et al.*,<br><br>        Defendants. | Civil Action 4:04-CV-00985 WRW |

### ORDER REGARDING PRODUCTION OF DOCUMENTS

Upon submission of the following Order by the United States, and good cause appearing therefore,

IT IS HEREBY ORDERED AND ADJUDGED:

Both Accenture and the United States are obligated to produce electronically stored information ("ESI") related to the specific government contracts that have been identified in this matter. The parties have already agreed upon certain deadlines with respect to the production of documents associated with the these contracts as stipulated in the September 29, 2009 Assent Motion. It is so ordered that the following changes be made to the September 29, 2009 Assent Motion as indicated below and on the attached Exhibit B.

- AAFES, GTN-21, ITEC-4 – ESI due to be produced April 1, 2010.

- Education, ILMS, AF FIRST, MTMC – ESI to be produced May 15, 2010.

- DOI, USDA, TSA, WP EDW, US-VISIT – ESI to be produced June 15, 2010.

- NSA – ESI to be produced July 1, 2010.

Dated: 3-8-10

_____
HONORABLE JOHN W. COLE
SPECIAL MASTER