IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*
NORMAN RILLE and NEAL ROBERTS                                    PLAINTIFF

v.                              4:04CV00985-WRW

ACCENTURE LLP, *et al.*                                           DEFENDANTS

## ORDER

Pending are several motions to file under seal (Doc. Nos. 313, 316, 322, 324, 328, 330, 333). As provided in the General Protective Order,[1] information designated "protected material" should be filed under seal. Accordingly, the motions are GRANTED. The Clerk's Office is directed to remove documents from the CM/ECF docket as necessary (Doc. Nos. 313, 322, 330, 333).

IT IS SO ORDERED this 29th day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 148.