IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>    *Plaintiff,*<br><br>vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br><br>    *Defendants.* | Civil Action No. 4-04 CV0000985WRW |

**ORDER GRANTING ACCENTURE'S MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF
MOTION TO COMPEL ANSWERS TO ACCENTURE'S FIRST SET OF
INTERROGATORIES (RESTATED), DOCKET ENTRY NO. 320**

After consideration of Defendant's Motion For Leave to File Reply Memorandum in Further Support of Motion to Compel Answers to Accenture's First Set of Interrogatories (Restated), Docket Entry No. 320, the Court grants the Motion and orders that the Reply lodged as Exhibit A to said Motion be filed forthwith.

SO ORDERED this 29 day of July, 2010.

_____
HONORABLE JOHN W. COLE