IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>    *Plaintiff,*<br><br>vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br>    *Defendants.* | Civil Action No. 4-04 CV0000985WRW |

**ORDER GRANTING ACCENTURE'S MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO
ACCENTURE'S SECOND SET OF INTERROGATORIES AND THIRD SET OF
DOCUMENT REQUESTS (DOCKET ENTRY NO. 336)**

After consideration of Defendant's Motion for Leave to File a Reply in Support of its Motion to Compel Responses to Accenture's Second Set of Interrogatories and Third Set of Document Requests, Docket Entry No. 336, the Court grants the Motion and orders that the Reply lodged as Exhibit A to said Motion be filed forthwith.

SO ORDERED this ___ day of _____, 2010.

_____
HONORABLE JOHN W. COLE