IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff,*<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants.* | Case No. 4-04 CV0000985WRW |

### ORDER GRANTING ASSENT MOTION REGARDING DEADLINES FOR OPPOSITION TO MOTION TO COMPEL DISCOVERY AND OTHER MATTERS DURING MEDIATION PERIOD (DOCKET ENTRY NO. 337)

After consideration of the Assent Motion Regarding Deadlines for Opposition to Motion to Compel Discovery and Other Matters During Mediation Period filed by Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties"), and good cause appearing therefor,

Defendants' opposition to Relators' Motion to Compel Discovery Concerning Equity Alliance Benefits (Docket No. 326) shall be due September 8, 2010;

The parties hereby stipulate and agree that any response by the parties to other motions or court-ordered discovery from the parties otherwise due during the Mediation Period shall not be due until after the Mediation Period, but this does not include discovery due from third parties, such as subpoenas; and

The parties shall work to set mutually agreeable deadlines for any such responses or court-ordered discovery following the Mediation Period.

SO ORDERED this ___ day of _____, 2010.

_____
HONORABLE JOHN W. COLE