IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS,<br><br>PLAINTIFFS,<br>VS.<br><br>ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*<br><br>DEFENDANTS. | Civil Action 4:04-CV-00985 WRW |

### ORDER GRANTING RELATORS' MOTION TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY CONCERNING EQUITY ALLIANCE BENEFITS

After consideration of Relators' Motion to File Reply Brief in Support of Motion to Compel Discovery Concerning Equity Alliance Benefits, the Court grants the Motion and directs the Relators to file the Reply Brief referenced in their Motion.

SO ORDERED this 17 day of September, 2010.

_____
HONORABLE JOHN W. COLE