IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>    *Plaintiff,*<br><br>vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br><br>    *Defendants.* | ) ) ) ) ) ) ) Civil Action No. 4-04 CV0000985WRW ) ) ) ) ) ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE
TO FILE SUR-REPLY IN OPPOSITION TO RELATORS'
MOTION TO COMPEL EQUITY DISCOVERY (DOCKET ENTRY NO. 359)**

After consideration of Defendants' Motion for Leave to File a Sur-Reply in Support of its Opposition to Relators' Motion to Compel Equity Discovery, Docket Entry No. 359, the Court grants the Motion and orders that the Reply lodged as Exhibit 1 to said Motion be filed forthwith.

SO ORDERED this 23rd day of Sept, 2010.

                                                      HONORABLE JOHN W. COLE