# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THE UNITED STATES OF AMERICA,**
**ex rel. NORMAN RILLE and NEAL ROBERTS**                                **PLAINTIFFS**

**v.**                              **4:04CV00985-WRW**

**ACCENTURE LLP,** *et al.*                                                    **DEFENDANTS**

### ORDER

Defendants' Motion to Admit Counsel *Pro Hac Vice* (Doc. No. 363) is GRANTED.

Mr. Joseph Berger, Ms. Deborah Ringel, and Mr. Adam Proujansky are directed to register for CM/ECF in the Eastern District of Arkansas by 5:00 p.m., Friday, October 29, 2010. Failure to register may result in removal from the case.

IT IS SO ORDERED this 12th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE