IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4-04 CV0000985WRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENT MOTION REGARDING SCOPE OF EXPERT DISCOVERY

This Stipulation is entered into by and among Accenture LLP, Accenture Ltd., and Proquire, LLC (collectively, "Defendants"), Plaintiff, the United States of America, and Relators Norman Rille and Neal Roberts, (Plaintiffs, Defendants and Relators are collectively referred to as the "Parties"), through their respective counsel of record.

WHEREAS, the Parties wish to define and limit the information subject to disclosure in connection with expert testimony notwithstanding the provisions of Fed. R. Civ. P. 26(a)(2)(B);

IT IS HEREBY STIPULATED, ASSENTED AND AGREED, by and among the Parties, through their respective counsel of record, as follows:

Any Party offering an expert witness (the "Expert") need produce only the following information in connection with that Expert:

1. a complete statement of all opinions to be expressed by the Expert and the basis and reasons therefore (the "Expert Report");

2. the facts or data considered by the Expert in forming the opinions reflected in the Expert Report;

3. any exhibits to be used as a summary of or support for the opinions reflected in the Expert Report;

4. a complete statement of the qualifications of the Expert, including a list of all publications authored by the Expert within the preceding ten years;

5. a complete statement of the compensation paid to the Expert by the party sponsoring that Expert in connection with his/her work in this matter, and all invoices or billing statements rendered by the Expert in connection therewith; and,

6. a listing of any other cases in litigation, or any administrative proceeding, in which the Expert has served an Expert Report, or has testified as an expert at trial or by deposition, within the preceding four years.

7. For avoidance of doubt, the following information and materials are excluded from expert discovery:

   a. any notes, comments, edits or drafts of materials, charts, illustrative documents, exhibits, or reports prepared by an Expert, persons working under his/her supervision, parties to this litigation or their counsel working in connection with the Expert; and
   b. all written or oral communications between the Expert and any Party or for a Party on whose behalf the Expert was engaged, except to the limited extent that an Expert expressly relies on such a communication as a matter of fact for the Expert's Expert Report.

Notwithstanding anything to the contrary in Fed. Civ. P. 26(a)(2)(B) or case law, no information concerning Experts other than that described above shall be subject to discovery in this action.

                                     Respectfully Submitted,

                                     **Attorneys for Plaintiff, United States of America**

Dated: October 14, 2010         TONY WEST
                                     Assistant Attorney General

                         By:     /s/ Linda M. McMahon
                                     Joyce R. Branda
                                     Pat Davis
                                     Donald J. Williamson
                                     Linda M. McMahon
                                     J. Jennifer Koh
                                     Jenelle M. Beavers
                                     Greg Pearson
                                     Civil Division
                                     Commercial Litigation Branch
                                     P. O. Box 261
                                     Ben Franklin Station
                                     Washington, DC  20044
                                     Phone:  (202) 514-1511
                                     Fax:  (202) 305-7797

                                     JANE DUKE
                                     UNITED STATES ATTORNEY
                                     Shannon Smith
                                     Assistant U.S. Attorney
                                     Metropolitan Tower
                                     Building, Ste. 500
                                     Little Rock, AR 72201
                                     Phone:  (501) 340-2628
                                     Fax: (501) 340-2730


                                     **Attorneys for Relators/Plaintiffs**

                                     Stephen Engstrom (ABN 74047)
                                     Shirley Jones (ABN 90083)
                                     WILSON, ENGSTROM, CORUM & COULTER
                                     200 South Commerce, Suite 600
                                     Post Office Box 71
                                     Little Rock, Arkansas 72203
                                     Telephone: (501) 375-6453


                                                   *- and -*

|  |  | PACKARD, PACKARD & JOHNSON |
|---|---|---|
|  |  | Four Main Street, Suite 200 |
|  |  | Los Altos, California 94022 |
|  |  | (650) 947-7300 (Telephone) |
|  |  | (650) 947-7301 (Facsimile) |
| Dated: October 14, 2010 | By: | /s/ Von Packard |
|  |  | Ronald D. Packard |
|  |  | Von G. Packard |
|  |  | Daniel W. Packard |
|  |  | Philip J. Favro |
|  |  | Daniel S. Fruchter |
|  |  | Jacquetta Bardacos |

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800

Dated: October 14, 2010     By:     /s/ Lyn P. Pruitt
                                    Lyn Pruitt
                                    Anton L. Janik, Jr.

*- and -*

J. Andrew Jackson
David M. Nadler
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 420-2200

CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2010, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Michael Bierman**
mbierman@luce.com,
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com,
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Shirley Guntharp Jones**
shirley@wecc-law.com,
lorraine@wecc-law.com

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Daniel W Packard**
dpackard@packard.com

**Lon D. Packard**
lpackard@packard.com

**Ronald D. Packard**
rdpackard@packard.com

**Von G. Packard**
vpackard@packard.com,
jsimmons@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov,
Paulette.Chappelle@usdoj.gov,
Maria.Altadonna@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com,
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

And by United States Mail this same date to:

The Honorable John W. Cole
311 West Sunset Drive
Sheridan, AR 72150                      /s/ Lyn P. Pruitt
                                                       Lyn P. Pruitt