# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* NORMAN RILLE and NEAL ROBERTS,
*Plaintiff,*

vs.

ACCENTURE LLP; ACCENTURE LTD., and
PROQUIRE, LLC,
*Defendants.*

Civil Action No. 4-04 CV0000985WRW

## ACCENTURE LLP'S MOTION TO FILE UNDER SEAL
## ACCENTURE LLP'S MOTION FOR PROTECTIVE ORDER AND
## MEMORANDUM IN SUPPORT

1. Accenture LLP, by and through its undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully moves the Court for an order permitting Accenture LLP to file its Motion for Protective Order and Memorandum in Support under seal. With the filing of this Motion to Seal, the sealed Motion for Protective Order and Memorandum in Support has been delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B).

2. Good cause exists to grant the instant motion, because the Motion for Protective Order and Memorandum in Support discusses and contains information which has been designated by Accenture LLP as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, Accenture LLP's Motion for Protective Order and Memorandum in Support should be under seal.

3.  Accordingly, Accenture LLP respectfully requests that the Court order the Motion for Protective Order and Memorandum in Support be filed under seal.

WHEREFORE, for the reasons stated herein, Accenture LLP respectfully requests that the Court order the Motion for Protective Order and Memorandum in Support be filed under seal.

Dated:  November 16, 2010

Respectfully submitted,

By:  /s/ Lyn P. Pruitt
    Lyn P. Pruitt
    Ark. Bar No. 84121

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)
*jacksona@dicksteinshapiro.com*
David M. Nadler (admitted *pro hac vice*)
*nadlerd@dicksteinshapiro.com*
Jason Wallach (admitted *pro hac vice*)
*wallachj@dicksteinshapiro.com*

Mitchell, Williams, Selig, Gates
   & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
(501) 688-8800
*lpruitt@mwlaw.com*

Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel:  (202) 420-2200
Fax:  (202) 420-2201

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2010, I caused a true and correct copy of Accenture LLP's Motion to File Under Seal Accenture LLP's Motion for Protective Order and Memorandum in Support, by electronic mail upon the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Michael Bierman**
mbierman@luce.com,
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com,
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Shirley Guntharp Jones**
shirley@wecc-law.com,
lorraine@wecc-law.com

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Daniel W Packard**
dpackard@packard.com

**Lon D. Packard**
lpackard@packard.com

**Ronald D. Packard**
rdpackard@packard.com

**Von G. Packard**
vpackard@packard.com,
jsimmons@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov,
Paulette.Chappelle@usdoj.gov,
Maria.Altadonna@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com,
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

/s/ Lyn P. Pruitt
    Lyn P. Pruitt