**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* NORMAN RILLE AND NEAL ROBERTS, <br>     *Plaintiff,* <br><br>     vs. <br><br> ACCENTURE LLP, an Illinois Limited Liability Partnership, *et al.*, <br>     *Defendants.* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 4-04 CV0000985 WRW<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR AN EXTENSION
OF THE DISCOVERY SCHEDULE AND THE TRIAL DATE**

Plaintiffs, the United States of America and Relators, through their undersigned counsel, and Defendants, Accenture, LLP, Accenture, Ltd., and Proquire, LLC ("Accenture"), through their undersigned counsel, (collectively, "the parties"), jointly move the Court to extend the discovery schedule by approximately 90 days and the current trial date by 120 days.

The parties have spent considerable time and effort in discovery. The parties have produced over 7 million documents, taken almost 50 depositions, and are scheduling numerous additional depositions. The parties make this request because the considerable document production and review process have slowed depositions. Moreover, a recent requirement that certain witnesses have individual counsel will further delay the pace of depositions. All of these factors impact expert disclosures and, therefore, the trial schedule.

Trial is currently scheduled for August 23, 2011. The parties request a new trial date no earlier than January 4, 2012 (approximately a 120 day extension), and request an extension of the current schedule to the following dates:

2

| Current Scheduling Order | Current date | 90 day extension |
|---|---|---|
| Plaintiffs' expert disclosures including Reports: | December 6, 2010 | March 4, 2011 |
| Defendants' expert disclosures, including Reports: | January 7, 2011 | April 1, 2011 |
| Defendants' rebuttal expert disclosures, including Reports: | February 4, 2011 | May 6, 2011 |
| Plaintiffs' rebuttal expert disclosures, including Repo | March 17, 2011 | June 3, 2011 |
| Discovery cutoff: | April 4, 2011 | July 1, 2011 |
| Dispositive motions cutoff: | May 2, 2011 | August 12, 2011 |
| Pre-trial Disclosure Sheets: | June 7, 2011 | September 9, 2011 |
| Objections to Pre-trial Disclosure Sheets: | June 17, 2011 | September 19, 2011 |

The parties are hopeful that the above extension of the discovery schedule will enable the parties to resolve the case entirely or significantly narrow the issues that remain to be discovered and tried. For the foregoing reasons, the parties respectfully request that the Court grant this Joint Assent Motion for an extension of the schedule.

Dated:  November 16, 2010                    Respectfully submitted,

| **Attorneys for Plaintiff, United States of America** | **Attorneys for Relators** |
|---|---|
| TONY WEST Assistant Attorney General | By:  /s/ Daniel W. Packard |
| JANE DUKE United States Attorney | Von G. Packard |
| Eastern District of Arkansas | Ronald D. Packard |
| Shannon S. Smith (Bar No. 94172) | Lon D. Packard |
| Assistant U.S. Attorney | Packard, Packard & Johnson |
| Post Office Box 1229 | Four Main Street, Suite 200 |
| Little Rock , AR 72203-1229 | Los Altos, California  94022 |
| (501) 340-2600 | |

By: /s/ Linda M. McMahon
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Linda M. McMahon (admitted *pro hac vice*)
Donald J. Williamson
Greg Pearson
U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Defendants, Accenture LLP et al.**

| | By:  /s/ Lyn P. Pruitt |
|---|---|
| Of Counsel: | Lyn P. Pruitt |
| J. Andrew Jackson (admitted *pro hac vice*) | Ark. Bar No. 84121 |
| jacksona@docksteinshapiro.com | |
| David M. Nadler (admitted *pro hac vice*) | Mitchell, Williams, Selig, Gates |
| nadlerd@dicksteinshapiro.com |   & Woodyard, P.L.L.C. |
| Jason Wallach (admitted *pro hac vice*) | 425 West Capitol Ave., Suite 1800 |
| wallachj@dicksteinshapiro.com | Little Rock, Arkansas  72201 |
| | (501) 688-8800 |
| Dickstein Shapiro LLP | lpruitt@mwsgw.com |
| 1825 Eye St. NW | |
| Washington DC, 20006 | |
| Tel:  (202) 420-2200 | |
| Fax:  (202) 420-2201 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2010, I caused a true and correct copy of Joint Motion for an Extension of the Discovery Schedule and Trial Date to be served by electronic mail on the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Michael Bierman**
mbierman@luce.com,
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com,
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Shirley Guntharp Jones**
shirley@wecc-law.com,
lorraine@wecc-law.com

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Daniel W Packard**
dpackard@packard.com

**Lon D. Packard**
lpackard@packard.com

**Ronald D. Packard**
rdpackard@packard.com

**Von G. Packard**
vpackard@packard.com,
jsimmons@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov,
Paulette.Chappelle@usdoj.gov,
Maria.Altadonna@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com,
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Brian R. Young**
brian.young4@usdoj.gov

/s/ Lyn P. Pruitt
    Lyn P. Pruitt