# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**                                                        **PLAINTIFF**
*ex rel.* **NORMAN RILLE and NEAL ROBERTS**

**v.**                                       **4:04CV00985-WRW**

**ACCENTURE LLP,** *et al.*                                                          **DEFENDANTS**

## ORDER

Pending is Accenture LLP's Motion to File Under Seal Accenture LLP's Motion for Protective Order and Memorandum in Support (Doc. No. 373). The Motion is GRANTED, and the Clerk is directed to file the paper copy of Accenture LLP's Motion for Protective Order and Memorandum in Support under seal.

IT IS SO ORDERED this 16th day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE