# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF**
*ex rel.* **NORMAN RILLE and NEAL ROBERTS**

**v.**                                        **4:04CV00985-WRW**

**ACCENTURE LLP,** *et al.*                                                                   **DEFENDANTS**

## ORDER

The Joint Motion for an Extension of the Discovery Schedule and the Trial Date (Doc. No. 374) is DENIED.

IT IS SO ORDERED this 17th day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE