IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, <br><br> PLAINTIFFS, <br> VS. <br><br> ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.* <br><br> DEFENDANTS. | Civil Action 4:04CV00985-WRW |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER SEAL
EXHIBITS 1 AND 2 TO RELATORS' REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY
CONCERNING EQUITY ALLIANCE BENEFITS**

After consideration of Relators' Motion to File Under Seal Exhibits 1 and 2 to Relators' Reply Memorandum in Support of their Motion to Compel Discovery Concerning Equity Alliance Benefits (Doc. No. 358), the Court GRANTS the Motion to Seal and directs the Clerk of this Court to file the paper copies of Exhibits 1 and 2 under seal.

IT IS SO ORDERED this 18th day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE