IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel*. NORMAN RILLE AND NEAL )<br>ROBERTS, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ACCENTURE, LLP, an Illinois Limited )<br>Liability Partnership, *et al*., )<br>)<br>DEFENDANTS. )<br>) | Civil Action 4:04-CV-00985 WRW |

**EMERGENCY MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY SCHEDULE, TOGETHER WITH REQUEST PURSUANT TO LOCAL RULE 7.2(b) FOR SHORTENED BRIEFING SCHEDULE**

Plaintiffs, the United States of America and Relators, through their undersigned counsel, seek emergency clarification and reconsideration from the Court regarding the discovery schedule in this matter. In this Motion, the Plaintiffs do not seek to move the trial date as was the subject of the November 16, 2010 Joint Motion of the Parties. Instead, the Plaintiffs seek only to move certain internal discovery schedule dates.

Pursuant to Local Rule 7.2(b), because of the imminence of the current deadline (December 6, 2010) for the United States' Expert Disclosures, and in order to avoid further unneeded expense and inefficiency, the United States requests that the briefing schedule for this Motion be shortened to the greatest extent possible with the consideration of the Court so that a telephone hearing may be had this week.

By way of brief background, the moving parties seek to inform the Court that on

November 4, 2010, the United States began the deposition of Lisa Mascolo, Accenture's Client Group Managing Director for Federal Service. During the United States' questioning of Ms. Mascolo, Accenture's attorney along with Ms. Mascolo expressed their concern that she might need counsel separate from her employer, Accenture. At that point the Defendants suspended the deposition until such counsel could be obtained.[1] In the days that followed Ms. Mascolo's suspended deposition, Defendants' counsel, for the same reason, canceled five other noticed depositions (David Morales, Meg McLaughlin, David Hampe, Kevin Laudano, and Skip Davis) and indicated that six other employee or former employee witnesses whose depositions had been requested would not be currently scheduled (Neil Birchmeier, Stanley Mate, Eric Stange, Patrick Siffermann, James Trowhill and Kevin Messer). Defendant's counsel represented that the vast majority, if not all, of the remaining Accenture witnesses will be obtaining separate counsel.

Accenture's counsel has determined and relayed to the United States that the process of obtaining and preparing outside counsel to represent individual witnesses in this matter is not fully known at this point, but is likely to take sixty to ninety days to accomplish. It was that information that prompted the parties to seek a ninety day extension in the discovery schedule on November 16, 2010.

The United States' expert witness reports and disclosures are currently due December 6, 2010. It is imperative that these experts are able to consider the deposition testimony of several of the key Accenture witnesses whose depositions have been suspended before they can submit

---

[1] On November 16, 2010, Defendants filed a related motion for protective order that is pending before the Court. The United States' opposition to that motion will be filed on or before November 30. Those papers will provide the Court with a detailed explanation of the questioning, and the United States' support for the relevance of and necessity for the questioning that led to the termination of the Mascolo deposition, as well as the *en masse* request for separate counsel by Accenture witnesses.

their expert reports. The following witnesses fall into this category: Lisa Mascolo, Client Group Managing Director for Federal Service; Neil Birchmeier, Director of Alliances-Federal Government; Stanley Mate, Director of Compliance for Federal Contracts; Eric Stange, Partner in charge of Department of Defense/Defense Logistics Agency Federal Contracts; Patrick Siffermann, Government Lead Alliance Services Director; David Hampe, Director Alliance Services; David Morales, Associate Partner, Solutions Engineering, Defense Logistics Agency; and Michael Blackstone, Contracts Procurement, Defense Logistics Agency. It is the parties current understanding that each one of these witnesses is seeking to obtain or has obtained separate counsel. Accenture's counsel has stated that they could endeavor to make these witnesses available by January 15. Accenture's counsel has also recognized the impact that this delay has on Plaintiff's Expert Reports and agreed that they are not opposed to extension.

The delay caused by the witnesses' need to obtain separate counsel has two immediate effects: (1) the United States and its experts do not yet have access to the testimony needed to fully form the expert opinions that will be depicted in the expert reports; and (2) the United States has not been able to conduct critical deposition discovery since November 4, 2010.

As a result, the United States requests that the Court order the Defendants to make the above-named eight witnesses available for deposition before January 15, 2011. We further request that the deadline for disclosure of the United States' expert reports, currently December 6, 2010, be extended until January 20, 2011. In an effort to address the timing issues discussed herein, the current sequencing of expert reports could be amended such that the United States' and Defendants' affirmative expert reports are disclosed simultaneously and, likewise, the United States' and Defendants' rebuttal expert reports are also disclosed simultaneously, forty-

five days after disclosure of the affirmative reports.[2]  By so condensing the expert disclosure schedule, the affirmative expert disclosures and reports would be due on January 20, 2011 and all rebuttal expert reports would be due on March 7, 2011.  This will significantly minimize the impact that the delay in expert disclosures has had on the discovery schedule.  Finally, we request that the discovery cut-off be extended by thirty days, to compensate for the time that has already been lost since November 4, 2010.

The United States proposes this extension of discovery deadlines in an attempt to deal with the current situation created by the need for Accenture's witnesses to obtain separate counsel, yet in a concerted effort to maintain the current trial date.

Accordingly, the United States moves for an expedited Order from this Court:

(1) ordering the above-named eight witnesses to appear for deposition prior to January 15, 2011;

(2) extending the deadline for disclosure of the United States' and Defendants' expert reports to be due on January 20, 2011;

(3) amending the deadline for disclosure of the United States' and Defendants' rebuttal expert reports to be due on March 7, 2011;

(4) extending the discovery cut-off until May 4, 2011; and

(5) keeping all other dates, including the trial date, in place.

---

[2] Under this common method of disclosure, each side is responsible for designating and disclosing experts that they would use in their case in chief without regard to the other party's experts; and then, later, designating and disclosing experts that they would call in rebuttal of the other party's experts.

**Conclusion**

For the foregoing reasons, we respectfully request that the Court grant this Emergency Motion.

Dated: November 23, 2010

Respectfully submitted,

**Attorneys for Plaintiff, United States of America**
TONY WEST Assistant Attorney General
JANE DUKE United States Attorney
Eastern District of Arkansas
Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock , AR 72203-1229
(501) 340-2600

By: /s/ Linda M. McMahon
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Linda M. McMahon
Donald J. Williamson
Greg Pearson
U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators**

By: /s/ Daniel W. Packard
Von G. Packard
Ronald D. Packard
Lon D. Packard
Packard, Packard & Johnson
Four Main Street, Suite 200
Los Altos, California  94022