IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* NORMAN RILLE AND NEAL ROBERTS,<br><br>             PLAINTIFF,<br><br>             v.<br><br>ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*,<br><br>             DEFENDANTS. | Civil Action 4:04-CV-00985 WRW |

**MOTION TO FILE UNDER SEAL UNITED STATES' OPPOSITION TO ACCENTURE'S MOTION FOR PROTECTIVE ORDER BARRING JUSTICE DEPARTMENT COUNSEL FROM INSINUATING THAT DEPONENTS MAY FACE <u>CRIMINAL LIABILITY (AND EXHIBITS)</u>**

1. The United States, by and through its counsel, respectfully moves the Court for an order permitting the United States to file its **OPPOSITION TO ACCENTURE'S MOTION FOR PROTECTIVE ORDER BARRING JUSTICE DEPARTMENT COUNSEL FROM INSINUATING THAT DEPONENTS MAY FACE CRIMINAL LIABILITY** under seal.

2. With the filing of this Motion, the proposed Opposition has been delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B).

3. Good cause exists to grant the instant motion, because the Opposition and Exhibits contain information designated by defendant Accenture as "Protected Material" pursuant to the Court's General Protective Order, dated January 6, 2009. The Court's protective order requires that materials designated as "Protected Material" be filed under seal, and therefore, the Opposition and Exhibits should be under seal.

WHEREFORE, for the reasons stated herein, the United States respectfully moves this Court for an order permitting the United States to file under seal its Opposition and Exhibits.

| | |
|---|---|
| Dated: November 24, 2010 | For the United States of America,<br><br>TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br>/s/ Linda M. McMahon<br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Charles D. Schmitz<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 514-1511<br>Fax:  (202) 305-7797<br><br>JANE DUKE<br>UNITED STATES ATTORNEY<br>Shannon Smith<br>Assistant U.S. Attorney<br>Metropolitan Tower<br>Building, Ste. 500<br>Little Rock, AR 72201<br>Phone:  (501) 340-2628<br>Fax: (501) 340-2730 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 24th Day of November 2010:

**Lyn Peeples Pruitt** lpruitt@mwlaw.com, bhopper@mwlaw.com

**Anton Leo Janik**, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

**J. Andrew Jackson** Jacksona@dicksteinshapiro.com

**Jason D. Wallach** wallachJ@dicksteinshapiro.com

**Justin A. Chiarodo** Chiarodoj@dicksteinshapiro.com

**David M. Nadler** nadlerd@dicksteinshapiro.com

**Jacquetta F. Bardacos** jbardacos@packard.com

**Stephen C. Engstrom** stephen@wecc-law.com,marilyn@wecc-law.com

**Philip J. Favro** pfavro@packard.com

**Craig H. Johnson** cjohnson@packard.com

**Shirley Guntharp Jones** shirley@wecc-law.com,amber@wecc-law.com

**Daniel W Packard** dpackard@packard.com

**Lon D. Packard** lpackard@packard.com

**Ronald D. Packard** rdpackard@packard.com

**Von G. Packard** vpackard@packard.com,jsimmons@packard.com

**Shannon Short Smith** shannon.smith@usdoj.gov,paulette.chappelle@usdoj.gov

/s/ *Linda M. McMahon*
LINDA M. McMAHON