IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS | ) ) ) ) ) | Civil Action 4:04CV00985 WRW |
| PLAINTIFF | ) ) |  |
| VS. | ) ) |  |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al*. | ) ) ) |  |
| DEFENDANTS | ) ) |  |

**MOTION TO FILE UNDER SEAL RELATORS' STATEMENT OF INTEREST REGARDING UNITED STATES' EMERGENCY MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY SCHEDULE AND CROSS-MOTION FOR RECONSIDERATION OF JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY SCHEDULE AND TRIAL DATE AND EXHIBIT B THERETO**

Relators, Norman Rille and Neal Roberts, by and through their counsel, hereby move the Court for an order permitting Relators to file under seal Relators' Statement of Interest Regarding United States' Emergency Motion for Clarification And/or Reconsideration of Joint Motion for an Extension of the Discovery Schedule and Cross-motion for Reconsideration of Joint Motion for an Extension of the Discovery Schedule and Trial Date and Exhibit B Thereto [Docket No. 383] ("Relators' Statement of Interest"). With the filing of this Motion, the proposed sealed Statement of Interest and Exhibit B thereto have been delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B). Good cause exists to grant this Motion on the following grounds:

1.  Good cause exists to grant the instant motion because Relators' Statement of Interest

and Exhibit B thereto contain information designated by defendant Accenture as "Protected Material" pursuant to the Court's General Protective Order, dated January 6, 2009, in this action. The Court's protective order requires that materials designated as "protected Material" be filed under seal, and therefore, Relators' Statement of Interest and Exhibit B thereto should be under seal to comply with the order.

2.  Accordingly, good cause exists to issue an order that Relators' Statement of Interest and Exhibit B, which were delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B) on November 24, 2010, be filed under seal.

WHEREFORE, Relators respectfully request that the Court order that Relators' Statement of Interest and Exhibit B thereto, which were delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B) on November 24, 2010, be filed under seal; and that the Court grant to Relators all other just and proper relief.

    Respectfully submitted,

BY:   /s/ Von G. Packard
Von G. Packard (CA SBN 74877)
Ronald D. Packard
Daniel W. Packard
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
(501) 375-6453 (Telephone)
(501) 375-5914 (Facsimile)
Stephen Engstrom (ABN 74047)
Shirley Jones (ABN 90083)

*- and -*

Lon D. Packard
Craig H. Johnson
PACKARD, PACKARD & JOHNSON
2825 Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121

**Attorneys for Relators/Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on the 24th day of November, 2010:

- **Jason Wallach**
  wallachJ@dicksteinshapiro.com

- **Justin A. Chiarodo**
  Chiarodoj@dicksteinshapiro.com

- **J. Andrew Jackson**
  Jacksona@dicksteinshapiro.com

- **Anton Leo Janik, Jr.**
  ajanik@mwlaw.com, lheaslet@mwlaw.com

- **David M. Nadler**
  nadlerd@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com, bhopper@mwlaw.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov, Maria.Altadonna@usdoj.gov

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **Brian R. Young**
  Brian.Young4@usdoj.gov

- **J. Jennifer Koh**
  Jennifer.Koh@usdoj.gov

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

                      /s/ Von G. Packard
                      Von G. Packard