IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF **ARKANSAS**
WESTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>    *Plaintiff,*<br><br>    vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:04CV0000985WRW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendants' Cross Motion for Reconsideration of Joint Motion for an Extension of the Discovery Schedule and Trial Date, and arguments presented thereto, it is hereby

**ORDERED** that Defendants' Cross Motion (Doc. No. 384) is **GRANTED** in part; and it is further **ORDERED** that the new schedule, following Defendants' Proposal B, is as follows:

|  | Current Date | New Date |
|---|---|---|
| Plaintiffs' expert disclosures, including Reports: | December 6, 2010 | 5 days after depositions of 8 identified witnesses (approximately January 20, 2011) |
| Defendants' expert disclosures, including Reports: | January 7, 2011 | 30 days after plaintiffs' initial expert disclosures (approximately February 18, 2011) |
| Defendants' rebuttal expert disclosures, including Reports: | February 4, 2011 | 60 days after plaintiffs' initial expert disclosures (approximately March 21, 2011) |
| Plaintiffs' rebuttal expert disclosures, including Reports: | March 17, 2011 | 60 days after defendants' initial expert disclosures |

| | | approximately April 19, 2011) |
|---|---|---|
| Fact discovery cutoff: | April 4, 2011 | May 2, 2011 |
| Expert discovery cutoff: | April 4, 2011 | 30 days after plaintiffs' rebuttal expert disclosures approximately May 19, 2011) |
| Dispositive motions cutoff: | May 2, 2011 | May 16, 2011 |
| Pre-trial Disclosure Sheets: | June 7, 2011 | June 7, 2011 |
| Objections to Pre-trial Disclosure Sheets: | June 17, 2011 | June 17, 2011 |
| Trial Date: | August 23, 2011 | August 23, 2011 |

It is further **ORDERED** that Plaintiffs' Emergency Motion for Clarification and/or Reconsideration of Joint Motion for Extension of the Discovery Schedule (Doc. No. 383) is hereby **DENIED**.

IT IS SO ORDERED this 24th day of November, 2010.


/s/Wm. R. Wilson, Jr.

UNITED STATES DISTRICT JUDGE