**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 24, 2010**

Judge John Cole
311 Sunset Drive
Sheridan, AR 72150

      Re:    *United States of America ex rel. Norman Rille, et al. v. Accenture, et al.*,
              Case No. 4:04CV00985-WRW

Dear Judge:

Could you give me a status report on the pending motions in the referenced case?

Many thanks.

                                                       Cordially,

                                                       /s/Wm. R. Wilson, Jr.

Original to the Clerk of the Court
Cc:    Counsel of Record