# Exhibit B

# Gartner

Research

Publication Date: 12 December 2003                ID Number: ITSV-WW-DP-0567

## Channel Compensation Elements Must Evolve Beyond Revenue

**Michael Haines**

Compensation and profitability are key elements of IT vendors' efforts to successfully drive sales through channels, but these must evolve beyond revenue.

© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

## TABLE OF CONTENTS

Introduction ........................................................................................................................... 3
Gartner Dataquest Perspective ............................................................................................ 5

## LIST OF TABLES

Table 1. Compensation Ranges for IT Services Sales Channel Compensation Models ................... 4

## LIST OF FIGURES

Figure 1. Channel Compensation Models for IT Services Sales ........................................ 4

## ANALYSIS

### Introduction

IT vendors have been selling their offerings, mostly hardware and software products, through the efforts of channel partners for nearly 25 years. The financial and compensation models for these programs are mature and have historically been based on a "discount and markup" model, plus a few incentives — in essence, a revenue- and volume-based compensation model. In this model, the channel partner purchases the vendor's product (either directly from the vendor or from an authorized distributor) at a discounted price (depending on the level of participation in that vendor's channel program), and marks it up to the customer at whatever selling price the market and the competitive environment will bear. In addition, the channel company can often earn additional incentives, such as credits to use for marketing and business development initiatives, as a component of its compensation for selling certain targeted volumes of products.

Recent years have seen a marked increase in the sale of vendors' services through channels (see "Selling IT Services Via Other IT Services Providers," ITBS-WW-FR-0118), published 7 July 2003. With this increased focus on service and solution selling through channel companies, new channel compensation models tailored for services (see "Compensation Programs for Channel Services Sales Evolve Beyond Product Models," ITBS-WW-FR-0119, published 8 August 2003) have emerged. Selling services and solutions, especially complex services, is a much different challenge than selling products. Compensation and profitability models must reflect these differences and serve as catalysts for successful channel services sales volumes and satisfactory client engagements.

Gartner Dataquest recently conducted research that sought input on a variety of issues related to channel compensation for selling the services of IT vendors. Services sales channel compensation models are moving beyond those that have traditionally been used in product channels to include more fee-based models as components of agent and influence programs, as seen in Figure 1.

**Figure 1. Channel Compensation Models for IT Services Sales**



Source: Gartner Dataquest (June 2003)

Adoption of these programs and compensation elements by channel companies, though, appears to be slow. Generally, compensation programs are not providing channel companies with attractive profit opportunities compared to selling their own services, although they are significantly higher than the profitability seen for reselling hardware. Current compensation levels for the previously positioned models are documented in Table 1.

**Table 1. Compensation Ranges for IT Services Sales Channel Compensation Models**

| Compensation Model | Type | Range |
|---|---|---|
| Lead Referral | Fee | 5 percent to 10 percent of selling/contract price |
| Contract Referral | Fee | 12 percent to 20 percent of selling/contract price |
| Partner Resell | Discount and markup | 10 percent to 25 percent discount and payment for service delivery (if applicable) and rebates |

Source: Gartner Dataquest (June 2003)

IT vendors must react to the changing focus of channel companies toward services and solutions and broaden the channel compensation mix, much as they have with their direct sales force compensation, to include elements beyond revenue and volume. Best-practice channel compensation programs need to provide incentive for partners in such areas as contributing to higher levels of customer satisfaction, increasing mind share and sales share with the vendor, and building higher, deeper relationships within targeted accounts (a requirement for successful complex services and solution selling).

© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved.   **Gartner**

**Gartner Dataquest Perspective**

With increased levels of channel focus and sales activity, particularly around services and solutions, the following channel compensation best practices should be implemented:

- Compensate sales channel partners using a multitier program that includes both referral (fee-based) and classic resale (discount and markup) components.

- Focus channel compensation on profit as well as revenue. This practice can be difficult, because many channel companies don't share the final profitability of the deal with the vendor.

- IT vendors that sell both products and services through channel partners must construct channel compensation programs that are tailored to unique differences inherent between the sales engagements of both and coordinate these programs for maximum impact.

- Align channel compensation to achievement of corporate objectives, including components such as customer satisfaction, market share, and market entry and penetration (especially in targeted verticals and segments such as the small and midsize business market).

- To foster specialization and focus by channel partners, vendors should link compensation to achievement of certifications and specialized practice capabilities that align with the vendor's business strategy.

- IT vendors should eliminate sales performance incentive funds from services channel compensation programs, while focusing marketing development fund investments on specific joint marketing efforts rather that lump-sum payments. In addition, compensation accelerators should be incorporated into vendor's services sales channel compensation programs that reward channel partners for contributions to specific company objectives.

- IT vendors should investigate opportunities to sell those services offerings that have been developed by channel companies that augment and complement their own.

**Key Issue**

What are the best practices for making partnering successful?.

**Recommendations**

- IT Vendors must review channel compensation and revise the elements to better create incentives for activity that will lead to achievement of corporate objectives.

- IT channel companies must regularly provide input to their vendor partners regarding compensation elements and changes that would motivate them to increase focus on that vendor's offerings.

- IT vendors must incorporate nonrevenue elements into the channel compensation program, including such elements as customer satisfaction, "mind share," and client relationship development.

This research is part of a set of related research pieces. See "Best and Worst Practices for IT Channel Programs" for an overview.

© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved.                     **Gartner**

**REGIONAL HEADQUARTERS**

| Corporate Headquarters | European Headquarters | Asia/Pacific Headquarters | Latin America Headquarters |
|---|---|---|---|
| 56 Top Gallant Road | Tamesis | Level 7, 40 Miller Street | Av. das Nações Unidas 12.551 |
| Stamford, CT 06902-7700 | The Glanty | North Sydney | 9 andar—WTC |
| U.S.A. | Egham | New South Wales 2060 | 04578-903 São Paulo SP |
| +1 203 964 0096 | Surrey, TW20 9AW | AUSTRALIA | BRAZIL |
| | UNITED KINGDOM | +61 2 9459 4600 | +55 11 3443 1509 |
| | +44 1784 431611 | | |

© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

**Gartner**