# Exhibit C

Prepared by MERRILL CORPORATION www.edgaradvantage.com                    Page 1 of 105

S-1 1 s-1.htm S-1 QuickLinks -- Click here to rapidly navigate through this document

As filed with the Securities and Exchange Commission on August 7, 2000

Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM S-1
REGISTRATION STATEMENT
under
The Securities Act of 1933

# ADAYTUM SOFTWARE, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 7372 | 41-1914642 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

2051 Killebrew Drive, Suite 400
Minneapolis, Minnesota 55425
(612) 858-8585
(Address, including zip code and telephone number, including
area code, of registrant's principal executive offices)

John David Guy Haddleton
Adaytum Software, Inc.
2051 Killebrew Drive, Suite 400
Minneapolis, Minnesota 55425-1820
(612) 858-8585
(Name, address, including zip code and telephone number, including
area code, of agent for service)

Copies to:

| Timothy S. Hearn, Esq. | Roy L. Goldman, Esq. |
|---|---|
| Dorsey & Whitney LLP | Fulbright & Jaworski L.L.P. |
| 220 South Sixth Street | 666 Fifth Avenue |
| Minneapolis, Minnesota 55402-1498 | New York, NY 10103 |
| (612) 340-2600 | (212) 318-3000 |
| Fax (612) 340-2868 | Fax (212) 318-3400 |

support our field sales force with telemarketing representatives and sales engineers. We have direct sales offices in the United States, the United Kingdom and Australia. In addition, at June 30, 2000 we had 22 distributors for sales to Asia, Europe outside the United Kingdom, Latin America, the Middle East and the South Pacific.

In connection with our introduction of Adaytum e.Planning, we have recently expanded our sales and marketing strategy of selling to small to medium-sized companies and single departments in large organizations to include selling to multiple functional areas and business divisions within large organizations. Our expanded sales and marketing strategy targets key executives such as chief executive officers, chief financial officers and chief information officers, as well as vice presidents of sales, service

46

and marketing. Our marketing activities have consisted of advertising, direct mail campaigns, e-mail campaigns, trade shows and seminars designed to broaden market awareness of Adaytum and Adaytum e.Planning. As part of our marketing efforts, we have sponsored a series of joint seminars with key customers and with partners such as Microsoft. We have also initiated marketing strategies targeted at selected vertical markets, including high technology and telecommunications, financial services and education and government.

Our sales process consists of several phases: lead generation, initial contact, lead qualification, needs assessment, solution development, solution demonstration and validation, proposal generation and contract negotiation. We expect the length of time from lead generation to final sale for this approach to vary substantially from customer to customer, although we believe this period will generally range from two to six months. We have limited experience with this approach, however, and the sales cycle may be significantly longer.

Our distribution partners market and promote our software products and typically provide implementation services to their end-users, drawing on our expertise as necessary. Some of our distributors also provide some customer support services to their end users. We collaborate with distributors in a variety of areas, including the presentation of seminars, attendance at trade shows and the hosting of conferences. Some distributors also create market- and language-specific marketing materials and product demonstrations and support translation and localization of our products for their markets, while other distributors purchase product marketing materials from us. We generally do not grant exclusive distribution rights in particular territories, but we have exclusive agreements with respect to distribution operations in Thailand, Singapore, Malaysia, Hong Kong, Indonesia, the Philippines, the Czech Republic, the Slovak Republic, Hungary, Slovenia and Romania.

We also market our products and services through marketing alliances that enable us to leverage our partners' resources, expertise and customer base. Marketing alliance partners include consultants, systems integrators and service providers that implement and integrate our software for our customers. These partners have generated and qualified sales leads, made initial customer contacts and assessed needs prior to our introduction. Additionally, systems integration partners have collaborated with us in the creation of tailored solution presentations and demonstrations, which we believe have enhanced our competitive position. In addition to our marketing alliances, we recently established a comprehensive strategic relationship with Andersen Consulting.

*Relationship with Andersen Consulting.* In March 2000 we established a relationship with Andersen Consulting to work jointly to promote Adaytum e.Planning on a global basis. Pursuant to this relationship, Adaytum and Andersen Consulting have each agreed to provide marketing and technical support to the other party, to shares leads related to potential sales and to explore opportunities for joint teaming arrangements. Andersen Consulting has agreed to use reasonable efforts to market our products, with these marketing efforts to be targeted globally as agreed between our respective executives. We have agreed to pay Andersen Consulting a marketing assistance fee for any license sold in any industry or to any customer where Andersen Consulting either generated the sales lead or actively participated in the joint marketing efforts. In general, we have agreed that we will license Adaytum e.Planning directly to these customers. We have also agreed to provide Andersen Consulting with training, including documentation and other training materials, at no cost to Andersen Consulting up to levels to be determined annually.

Initially, we have agreed to focus on the education and government market. Within this market, Adaytum has agreed that Andersen Consulting will be its strategic and preferred partner for services related to our planning and forecasting application software. We have also granted Andersen Consulting a right of first refusal to serve as our software implementation partner in this market.