# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) |  |
| *Plaintiff,* | ) ) |  |
| vs. | ) ) | Civil Action 4:04CV00985-WRW |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, | ) ) ) |  |
| *Defendants.* | ) |  |

## **ORDER**

Pending is the United States' Motion to File Under Seal its Response in Opposition to Accenture's Motion for Protective Order (Doc. No. 385). The Motion is GRANTED, and the Clerk of the Court is directed to file under seal the Response and attached exhibits.

IT IS SO ORDERED this 29th day of November, 2010.


                                                                        /s/Wm. R. Wilson, Jr.
                                                  UNITED STATES DISTRICT JUDGE