IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL<br>ROBERTS,<br><br>                 PLAINTIFFS,<br>VS.<br><br>ACCENTURE, LLP, an Illinois Limited<br>Liability Partnership, *et al.*<br><br>                 DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action 4:04-CV-00985 WRW |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER SEAL
RELATORS' STATEMENT OF INTEREST TO UNITED STATES' EMERGENCY
MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF JOINT MOTION
FOR AN EXTENSION OF THE DISCOVERY SCHEDULE AND CROSS-MOTION FOR
RECONSIDERATION OF JOINT MOTION FOR AN EXTENSION OF THE
DISCOVERY SCHEDULE AND TRIAL DATE AND EXHIBIT B THERETO**

After consideration of Relators' Motion to File Under Seal Relators' Statement of Interest to United States' Emergency Motion for Clarification and/or Reconsideration of Joint Motion for an Extension of the Discovery Schedule and Cross-motion for Reconsideration of Joint Motion for an Extension of the Discovery Schedule and Trial Date and Exhibit B, the Court GRANTS the Motion to Seal (Doc. No. 386) and directs the Clerk of this Court to file the paper copies of said documents under seal.

IT IS SO ORDERED this 29th day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE