**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

|   |   |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, *Plaintiff*, <br><br> vs. <br><br> ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC, *Defendants*. | Civil Action No. 4-04 CV0000985WRW |

**ACCENTURE LLP'S MOTION TO FILE UNDER SEAL ACCENTURE LLP'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND PROPOSED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

1.  Accenture LLP, by and through its undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully moves the Court for an order permitting Accenture LLP to file its Motion For Leave To File Reply Memorandum ("Motion") and proposed Reply Memorandum in Support of Motion for Protective Order and exhibits thereto ("Reply"), under seal. With the filing of this Motion to Seal, the sealed Motion and Reply have been delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B).

2.  Good cause exists to grant the instant motion, because the Motion and Reply discuss and contain information which has been designated by Accenture LLP as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Motion and Reply should be under seal.

      3.      Accordingly, Accenture LLP respectfully requests that the Court order the Motion and Reply be filed under seal.

      WHEREFORE, for the reasons stated herein, Accenture LLP respectfully requests that the Court order Accenture LLP's Motion For Leave to File Reply Memorandum and proposed Reply Memorandum in Support of Motion for Protective Order be filed under seal.

Dated:  December 3, 2010

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)
jacksona@dicksteinshapiro.com
Jason Wallach (admitted *pro hac vice*)
wallachj@dicksteinshapiro.com

Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel:  (202) 420-2200
Fax:  (202) 420-2201

Respectfully submitted,

By:  /s/ Lyn P. Pruitt
      Lyn P. Pruitt
      Ark. Bar No. 84121

Mitchell, Williams, Selig, Gates
  & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
(501) 688-8800
lpruitt@mwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, a true and correct copy of Accenture LLP's Motion to File Under Seal Accenture LLP's Motion for Leave to File Reply Memorandum and Proposed Reply Memorandum in Support of Motion for Protective Order was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Michael Bierman**
mbierman@luce.com,
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com,
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Shirley Guntharp Jones**
shirley@wecc-law.com,
lorraine@wecc-law.com

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Daniel W Packard**
dpackard@packard.com

**Lon D. Packard**
lpackard@packard.com

**Ronald D. Packard**
rdpackard@packard.com

**Von G. Packard**
vpackard@packard.com,
jsimmons@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov,
Paulette.Chappelle@usdoj.gov,
Maria.Altadonna@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com,
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

/s/ Lyn P. Pruitt
    Lyn P. Pruitt