IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS | ) ) ) ) ) | |
| PLAINTIFF | ) | Civil Action 4:04CV00985 WRW |
| VS. | ) ) | |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al*. | ) ) ) | |
| DEFENDANTS | ) ) | |

**MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF RELATORS' STATEMENT OF INTEREST IN SUPPORT OF THE GOVERNMENT'S MOTION FOR LEAVE OF COURT TO DEPOSE NEIL J. BIRCHMEIER, SHANIN L. HAGENE, STEVEN H. GOODMAN, AND STANLEY S. MATE FOR FOURTEEN HOURS PURSUANT TO FED. R. C. P. 30(D)(1) AND UNREDACTED VERSIONS OF EXHIBITS D THROUGH I THERETO**

Relators, Norman Rille and Neal Roberts, by and through their counsel, hereby move the Court for an order permitting Relators to file under seal the unredacted version of Relators' Statement of Interest in Support of the Government's Motion for Leave of Court to Depose Neil J. Birchmeier, Shanin L. Hagene, Steven H. Goodman, and Stanley S. Mate for Fourteen Hours Pursuant to Fed. R. C. P. 30(D)(1), and the unredacted versions of Exhibits D Through I Thereto ("Relators' Statement of Interest"). With the filing of this Motion, the proposed sealed unredacted version of Relators' Statement of Interest, and of Exhibits D through I thereto, have been delivered to the Clerk of the Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B). Good cause exists to grant this Motion on the following grounds:

1. Good cause exists to grant the instant motion because Relators' Statement of Interest, and Exhibits D through I thereto, contain information designated by defendant Accenture as

"Protected Material" or "Protected Documents - Attorneys' Eyes Only" pursuant to the Court's General Protective Order, dated January 6, 2009, in this action. The Court's protective order requires that materials designated as "Protected Material" or "Protected Documents - Attorneys' Eyes Only" be filed under seal, and therefore, the unredacted version of Relators' Statement of Interest and the unredacted versions of Exhibits D through I thereto should be under seal to comply with the order.

2. Accordingly, good cause exists to issue an order that the unredacted version of Relators' Statement of Interest and the unredacted versions of Exhibits D through I thereto, which were delivered to the Clerk of Court in a sealed envelope, pursuant to ECF Policies and Procedure IV(B) on December 8, 2010, be filed under seal.

WHEREFORE, Relators respectfully request that the Court order that the unredacted version of Relators' Statement of Interest and the unredacted versions of Exhibits D through I thereto, which were delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B) on December 8, 2010, be filed under seal; and that the Court grant to Relators all other just and proper relief.

Respectfully submitted,

By:   /s/ Daniel W. Packard
Daniel W. Packard (TX SBN 791392; LA SBN 29643)
Von G. Packard
Ronald D. Packard
Jacquetta Bardacos
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022
(650) 947-7300  (Telephone)
(650) 947-7301  (Facsimile)
dpackard@packard.com

*- and -*

       WILSON, ENGSTROM, CORUM & COULTER
       200 South Commerce, Suite 600
       Post Office Box 71
       Little Rock, Arkansas 72203
       (501) 375-6453 (Telephone)
       (501) 375-5914 (Facsimile)
       Stephen Engstrom (ABN 74047)

*- and -*

       Lon D. Packard
       Craig H. Johnson
       PACKARD, PACKARD & JOHNSON
       2825 Cottonwood Parkway, Suite 500
       Salt Lake City, Utah 84121

       **Attorneys for Relators/Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on the 7th day of December, 2010:

- **Jason Wallach**
  wallachJ@docksteinshapiro.com

- **Justin A. Chiarodo**
  Chiarodoj@dicksteinshapiro.com

- **J. Andrew Jackson**
  Jacksona@dicksteinshapiro.com

- **Anton Leo Janik, Jr.**
  ajanik@mwlaw.com, lheaslet@mwlaw.com

- **David M. Nadler**
  nadlerd@dicksteinshapiro.com

- **Deborah Goldstock Ringel**
  ringeld@dicksteinshapiro.com

- **Joseph Berger**

bergerj@dicksteinshapiro.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com, bhopper@mwlaw.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov, Maria.Altadonna@usdoj.gov

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **Brian R. Young**
  Brian.Young4@usdoj.gov

- **Jeehae Jennifer Koh**
  Jennifer.Koh@usdoj.gov

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov


    /s/ Daniel W. Packard
    Daniel W. Packard