IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | Civil Action 4:04CV00985-WRW |
| VS. | ) ) | |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.* | ) ) ) | |
| DEFENDANTS. | ) ) | |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER
SEAL UNREDACTED VERSION OF RELATORS' STATEMENT OF
INTEREST IN SUPPORT OF THE GOVERNMENT'S MOTION FOR LEAVE
OF COURT TO DEPOSE NEIL J. BIRCHMEIER, SHANIN L. HAGENE,
STEVEN H. GOODMAN, AND STANLEY S. MATE FOR FOURTEEN
HOURS PURSUANT TO FED. R. C. P. 30(D)(1), AND UNREDACTED
VERSIONS OF EXHIBITS D THROUGH I THERETO**

After consideration of Relators' Motion to File Under Seal Unredacted Version of Relators' Statement of Interest in Support of the Government's Motion for Leave of Court to Depose Neil J. Birchmeier, Shanin L. Hagene, Steven H. Goodman, and Stanley S. Mate for Fourteen Hours Pursuant to Fed. R. Civ. P. 30(D)(1), and Unredacted Versions of Exhibits D through I Thereto, the Court GRANTS the Motion to Seal (Doc. No. 400) and directs the Clerk of this Court to file the paper copies of said documents under seal.

IT IS SO ORDERED this 10th day of December, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE