IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* NORMAN RILLE AND NEAL<br>ROBERTS,<br><br>PLAINTIFF,<br><br>v.<br><br>ACCENTURE, LLP, an Illinois Limited<br>Liability Partnership, *et al.*,<br><br>DEFENDANTS. | Civil Action 4:04-CV-00985 WRW |

### ORDER PERMITTING FOURTEEN HOURS OF DEPOSITION TESTIMONY FOR CERTAIN WITNESSES

BASED ON PAPERS SUBMITTED, IT IS HEREBY ORDERED that the United States'

Motion for Leave of Court to Depose Neil J. Birchmeier, Shanin L. Hagene, Steven H. Goodman

and Stanley S. Mate for Fourteen Hours Pursuant to Fed. R. Civ. P. 30(d)(2) is GRANTED.  It is

FURTHER ORDERED AND ADJUDGED that defendants shall make Mr. Birchmeier,

Ms. Hagene, Mr. Goodman and Mr. Mate available to counsel for the United States for fourteen

hours of deposition over two days.

SO ORDERED this *10* day of *Dec*., 2010.

HONORABLE JOHN W. COLE