IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE AND NEAL ROBERTS,<br><br>　　　　　　PLAINTIFF,<br><br>　　v.<br><br>ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*,<br><br>　　　　　　DEFENDANTS. | Civil Action 4:04-CV-00985 WRW |

**UNITED STATES' MOTION TO COMPEL RESPONSES TO UNITED STATES' THIRD SET OF INTERROGATORIES**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 7.2(g), Plaintiff United States of America (United States) hereby respectfully moves for an order compelling defendant Accenture, LLP (Accenture or Defendant) to immediately respond to the United States' Third Set of Interrogatories, specifically subparts a, b and d. The parties have conferred in good faith on these specific issues in dispute. Accordingly, the United States moves for an expedited Order from this Court compelling Accenture to identify:

1. the Accenture person(s) who made any changes, revisions or alterations to the content of Exhibit 1 prior to the submission to the DLA of Exhibit 2;

2. the SAP person(s) who were informed of and/or approved of the changes, revisions or alterations to the content of Exhibit 1 or an acknowledgement that such persons do not exist; and

3. the Accenture person(s) who, prior to January 31, 2003, were notified of, aware of, or approved of, the changes, revisions or alterations to the content of Exhibit 1 in the submission to the DLA of Exhibit 2.

| | |
|---|---|
| Dated: December 18, 2010 | For the United States of America,<br><br>TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br>/s/ Jenelle M. Beavers<br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 514-1511<br>Fax:  (202) 305-7797<br><br>JANE DUKE<br>UNITED STATES ATTORNEY<br>Shannon Smith<br>Assistant U.S. Attorney<br>Metropolitan Tower<br>Building, Ste. 500<br>Little Rock, AR 72201<br>Phone:  (501) 340-2628<br>Fax: (501) 340-2730 |

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 18th day of December, 2010:

**Lyn Peeples Pruitt** lpruitt@mwlaw.com, bhopper@mwlaw.com

**Anton Leo Janik**, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

**J. Andrew Jackson** Jacksona@docksteinshapiro.com

**Jason D. Wallach** wallachJ@dicksteinshapiro.com

**Justin A. Chiarodo** Chiarodoj@dicksteinshapiro.com

**David M. Nadler** nadlerd@dicksteinshapiro.com

**Jacquetta F. Bardacos** jbardacos@packard.com

**Stephen C. Engstrom** stephen@wecc-law.com,marilyn@wecc-law.com

**Philip J. Favro** pfavro@packard.com

**Craig H. Johnson** cjohnson@packard.com

**Shirley Guntharp Jones** shirley@wecc-law.com,amber@wecc-law.com

**Daniel W Packard** dpackard@packard.com

**Lon D. Packard** lpackard@packard.com

**Ronald D. Packard** rdpackard@packard.com

**Von G. Packard** vpackard@packard.com,jsimmons@packard.com

**Shannon Short Smith** shannon.smith@usdoj.gov,paulette.chappelle@usdoj.gov

                                           /s/ *Jenelle M. Beavers*
                                           JENELLE M. BEAVERS