AO 456 (Rev. 5/85) Notice

# United States District Court
## *Eastern District of Arkansas*

NORMAN RILLE, et al                                        **NOTICE**

v.

ACCENTURE LLP

CASE NUMBER: 4:04CV00985-WRW

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4C |
| | DATE AND TIME |
| | Thursday, 1/27/2011 at 9:00 a.m. |

TYPE OF PROCEEDING

DISCOVERY HEARING BEFORE JUDGE JOHN COLE

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|---|
| | | | |

James W. McCormack, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

December 20, 2010                    /s/Mary A. Johnson, Courtroom Deputy
DATE                                            (BY) DEPUTY CLERK

To:  Judge John Cole
     Counsel of Record
     CSO