**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>    *Plaintiffs*,<br><br>        vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4-04 CV0000985-BRW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR ORDER AUTHORIZING POSSESSION OF ELECTRONIC DEVICES IN COURTHOUSE WHILE ATTENDING SPECIAL MASTER HEARING SET FOR JANUARY 27, 2011**

The Defendants Accenture LLP, Accenture Ltd., and Proquire LLC (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for an order authorizing J. Andrew Jackson and Jason Wallach to bring into the courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Special Master hearing in Judge Wilson's courtroom set for January 27, 2011.

As grounds for their Motion, Defendants state as follows:

1.   This Court has set a Special Master hearing for January 27, 2011. The attorneys attending that hearing will need access to their documents, records, and other information relevant to the proceeding, which information primarily exists on their electronic devices.

1

2.      Pursuant to paragraph 5 of Amended General Order No. 54, this Court has the power to issue an order authorizing the above requested action.

WHEREFORE, for all the reasons stated herein, Defendants respectfully request that this Court enter an order authorizing J. Andrew Jackson and Jason Wallach to bring into the courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Special Master hearing in Judge Wilson's courtroom set for January 27, 2011.

Dated:  January 17, 2011                           Respectfully submitted,

                                                   By:  /s/ Anton L. Janik, Jr.
Of Counsel:                                        Lyn P. Pruitt  Ark. Bar No. 84121
J. Andrew Jackson (admitted *pro hac vice*)        Anton L. Janik, Jr.  Ark. Bar No. 2007271
*jacksona@dicksteinshapiro.com*
David M. Nadler (admitted *pro hac vice*)          Mitchell, Williams, Selig, Gates &
*nadlerd@dicksteinshapiro.com*                     Woodyard, P.L.L.C.
                                                   425 West Capitol Ave., Suite 1800
Dickstein Shapiro LLP                              Little Rock, Arkansas  72201
1825 Eye St. NW                                    (501) 688-8888
Washington DC, 20006                               *ajanik@mwlaw.com*
Tel:  (202) 420-2200
Fax:  (202) 420-2201

1583001.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

                                    */s/ Anton L. Janik, Jr.*
                                      Anton L. Janik, Jr.

1583001.1