

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* NORMAN RILLE and NEAL
ROBERTS,

       *Plaintiffs,*

       vs.

ACCENTURE LLP, ACCENTURE LTD.,
and PROQUIRE, LLC,

       *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4-04 CV0000985-BRW

## ORDER AUTHORIZING POSSESSION OF ELECTRONIC DEVICES
## IN COURTHOUSE WHILE ATTENDING
## SPECIAL MASTER HEARING SET FOR JANUARY 27, 2011

This Court, upon Motion of the defendants, and for good cause shown, hereby grants

Defendants' Motion, and pursuant to Amended General Order No. 54 orders that J. Andrew

Jackson and Jason Wallach are authorized to bring into the courthouse and possess and retain on

their person electronic devices including cell phones, laptop computers, Blackberries and other

PDA type devices, while attending the Special Master hearing in Judge Wilson's courtroom set

for January 27, 2011.


IT IS SO ORDERED.

1/18/2011
_____
Date

_____
The Honorable Billy Roy Wilson