IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* NORMAN RILLE AND NEAL ROBERTS, <br><br> PLAINTIFF, <br><br> v. <br><br> ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, <br><br> DEFENDANTS. | Civil Action 4:04-CV-00985 BRW |

**UNITED STATES' MOTION TO COMPEL RESPONSES TO UNITED STATES' FIRST AND SECOND SET OF INTERROGATORIES**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 7.2(g), Plaintiff United States of America (United States) hereby respectfully moves for an order compelling defendant Accenture, LLP (Accenture or Defendant) to immediately respond thoroughly to Interrogatory 4, 5, 6 and 11 of the United States' First Set of Interrogatories and Interrogatory 1 of the United States' Second Set of Interrogatories, as well as to include Avanade in its definition of Accenture, and to include services in its definition of Resale and to produce relevant and responsive documents related to Accenture's First Set of Interrogatory Reponses. The parties have conferred in good faith without success on these specific issues in dispute. Accordingly, the United States moves for an expedited Order from this Court compelling Accenture to:

(1) Provide complete responses to Interrogatory Requests 4, 5, 6 and 11 of the First Set of Interrogatories;

(2) Provide complete responses to Interrogatory Request 1 of the United States' Respond Second Set of Interrogatories;

(3) Revise its interrogatory responses to include Avanade in the definition of Accenture;

(4) Revise its interrogatory responses to include services in the definition of Resale; and

(5) Identify the information from and/or Produce (to the extent not produced) all documents related to the trips solicited, or taken by Accenture employees in connection with the Circle of Excellence Program, including any claim forms, applications and documents submitted to HP.

| | |
|---|---|
| Dated: January 21, 2011 | For the United States of America,<br><br>TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br> /s/ Jenelle M. Beavers<br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 514-1511<br>Fax:  (202) 305-7797<br><br>JANE DUKE<br>UNITED STATES ATTORNEY<br>Shannon Smith<br>Assistant U.S. Attorney<br>Metropolitan Tower<br>Building, Ste. 500<br>Little Rock, AR 72201<br>Phone:  (501) 340-2628<br>Fax: (501) 340-2730 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 7th day of June, 2010:

**Lyn Peeples Pruitt** lpruitt@mwlaw.com, bhopper@mwlaw.com

**Anton Leo Janik**, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

**J. Andrew Jackson** Jacksona@docksteinshapiro.com

**Jason D. Wallach** wallachJ@dicksteinshapiro.com

**Justin A. Chiarodo** Chiarodoj@dicksteinshapiro.com

**David M. Nadler** nadlerd@dicksteinshapiro.com

**Jacquetta F. Bardacos** jbardacos@packard.com

**Stephen C. Engstrom** stephen@wecc-law.com,marilyn@wecc-law.com

**Philip J. Favro** pfavro@packard.com

**Craig H. Johnson** cjohnson@packard.com

**Shirley Guntharp Jones** shirley@wecc-law.com,amber@wecc-law.com

**Daniel W Packard** dpackard@packard.com

**Lon D. Packard** lpackard@packard.com

**Ronald D. Packard** rdpackard@packard.com

**Von G. Packard** vpackard@packard.com,jsimmons@packard.com

**Shannon Short Smith** shannon.smith@usdoj.gov,paulette.chappelle@usdoj.gov

/s/ *Jenelle M. Beavers*
JENELLE M. BEAVERS