# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4-04 CV0000985-BRW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ACCENTURE'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO ITS MEMORANDUM IN SUPPORT OF MOTION TO COMPEL THE DEPARTMENT OF JUSTICE TO PRODUCE DOCUMENTS FROM RELATED CASES PERTAINING TO PAYMENTS MADE BY HEWLETT-PACKARD AND EMC CORP.**

1.  Accenture LLP, by and through its undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully moves the Court for an order permitting Accenture LLP to file under seal Exhibit C to its Memorandum in Support of Motion to Compel the Department of Justice to Produce Documents From Related Cases Pertaining to Payments Made By Hewlett-Packard and EMC Corp. The sealed Exhibit will be delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B).

2.  Good cause exists to grant the instant motion, because Exhibit C to the Memorandum in Support of Motion to Compel the Department of Justice to Produce Documents From Related Cases Pertaining to Payments Made By Hewlett-Packard and EMC Corp. discusses and contains information which has been designated by Accenture LLP as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General

Case 4:04-cv-00985-BRW   Document 423   Filed 01/24/11   Page 2 of 3

Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, Exhibit C to the Memorandum in Support of Motion to Compel the Department of Justice to Produce Documents From Related Cases Pertaining to Payments Made By Hewlett-Packard and EMC Corp. should be under seal.

3. Accordingly, Accenture LLP respectfully requests that the Court order Exhibit C to the Memorandum in Support of Motion to Compel the Department of Justice to Produce Documents From Related Cases Pertaining to Payments Made By Hewlett-Packard and EMC Corp. be filed under seal.

Dated:  January 24, 2011                                  Respectfully submitted,

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)
*jacksona@dicksteinshapiro.com*
Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel:  (202) 420-2200
Fax:  (202) 420-2201

By:  /s/ Lyn P. Pruitt
Lyn P. Pruitt
Ark. Bar No. 84121

Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
(501) 688-8800
*lpruitt@mwsgw.com*

2                                                                    DSMDB-2870253v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

And by United States Mail this same date to:

The Honorable John W. Cole
311 West Sunset Drive
Sheridan, AR 72150

                                                          /s/ Lyn P. Pruitt
                                                            Lyn P. Pruitt