IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>             *Plaintiff*,<br><br>                   vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>             *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4-04 CV0000985BRW |

**ACCENTURE'S MOTION TO COMPEL THE DEPARTMENT
OF JUSTICE TO PRODUCE DOCUMENTS FROM RELATED CASES
PERTAINING TO PAYMENTS MADE BY HEWLETT-PACKARD AND EMC CORP.**

1.     Accenture LLP, by and through its undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully moves this Court for an order compelling the Department of Justice to produce responsive documents from related cases pertaining to system integrator compensation payments made by Hewlett-Packard and EMC Corp.

2.     For the reasons set forth in the accompanying memorandum, this motion should be granted.  Accenture is entitled to the production of the documents sought, which are highly relevant to the claims and defenses in this case.  The Government has failed to articulate any valid basis for its failure to produce these responsive documents.

WHEREFORE, for the reasons stated herein and in the accompanying memorandum, incorporated herein be reference, Accenture LLP respectfully requests that the Court grant this motion.

Dated:  January 24, 2011                    Respectfully submitted,


By:   /s/ Lyn P. Pruitt
      Lyn P. Pruitt
      Ark. Bar No. 84121

Of Counsel:                                 Mitchell, Williams, Selig, Gates
J. Andrew Jackson (admitted *pro hac vice*)    & Woodyard, P.L.L.C.
*jacksona@dicksteinshapiro.com*             425 West Capitol Ave., Suite 1800
David M. Nadler (admitted *pro hac vice*)   Little Rock, Arkansas  72201
*nadlerd@dicksteinshapiro.com*              (501) 688-8800
                                            *lpruitt@mwsgw.com*
Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel:  (202) 420-2200
Fax:  (202) 420-2201

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which shall send notification of such filing to the

following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

And by United States Mail this same date to:

The Honorable John W. Cole
311 West Sunset Drive
Sheridan, AR 72150

                                    /s/ Lyn P. Pruitt
                                    Lyn P. Pruitt

3