IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS | ) | |
| PLAINTIFF | ) | Civil Action 4:04CV00985 BRW |
| VS. | ) | |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al*. | ) | |
| DEFENDANTS | ) | |

**MOTION TO FILE UNDER SEAL EXHIBITS B, E AND G TO UNITED STATES' MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL RESPONSES TO THE FIRST AND SECOND SET OF INTERROGATORIES AND TO REMOVE ELECTRONIC VERSION OF EXHIBITS B, E AND G FROM ECF DOCKET**

1. The United States, by and through their counsel, respectfully moves the Court for an order removing the electronically filed Exhibits B, E and G to the United States' Memorandum in Support of its Motion to Compel Responses to its First and Second Set of Interrogatories [D.R. #422] ("United States' Memorandum"), and permitting the United States to file said Exhibits under seal. With the filing of this Motion, the proposed sealed Exhibits B, E and G have been delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B).

2. Good cause exhibits to grant the instant motion, because Exhibits B, E and G contain information designated by defendant Accenture as "Protected Material" pursuant to the

Court's General Protective Order, dated January 6, 2009. The Court's protective order requires that materials designated as "protected Material" be filed under seal, and therefore these exhibits should be under seal.

3. Accordingly, the United States respectfully request that the Court order that the electronically filed Exhibits B, E and G be removed from the ECF docket and replaced with the sealed version of Exhibits B, E and G, as delivered to the Clerk of the Court.

4. WHEREFORE, for the reasons stated herein, the United States respectfully move this Court for an order removing the electronically filed Exhibits B, E and G from the ECF docket and permitting the United States to file under seal Exhibits B, E and G to the United States' Memorandum [D.R. #422].

| | |
|---|---|
| Dated: January 25, 2011 | For the United States of America,<br><br>TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br>/s/ Jenelle M. Beavers<br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 514-1511<br>Fax: (202) 305-7797<br><br>JANE DUKE<br>UNITED STATES ATTORNEY<br>Shannon Smith<br>Assistant U.S. Attorney<br>Metropolitan Tower<br>Building, Ste. 500<br>Little Rock, AR 72201<br>Phone: (501) 340-2628<br>Fax: (501) 340-2730 |

## CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 25th day of January 2011.

**Lyn Peeples Pruitt** lpruitt@mwlaw.com, bhopper@mwlaw.com

**Anton Leo Janik**, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

**J. Andrew Jackson** Jacksona@dicksteinshapiro.com

**Jason D. Wallach** wallachJ@dicksteinshapiro.com

**Justin A. Chiarodo** Chiarodoj@dicksteinshapiro.com

**David M. Nadler** nadlerd@dicksteinshapiro.com

**Jacquetta F. Bardacos** jbardacos@packard.com

**Stephen C. Engstrom** stephen@wecc-law.com,marilyn@wecc-law.com

**Philip J. Favro** pfavro@packard.com

**Craig H. Johnson** cjohnson@packard.com

**Shirley Guntharp Jones** shirley@wecc-law.com,amber@wecc-law.com

**Daniel W Packard** dpackard@packard.com

**Lon D. Packard** lpackard@packard.com

**Ronald D. Packard** rdpackard@packard.com

**Von G. Packard** vpackard@packard.com,jsimmons@packard.com

**Shannon Short Smith** shannon.smith@usdoj.gov,paulette.chappelle@usdoj.gov

/s/ *Jenelle M. Beavers*
JENELLE M. BEAVERS