IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| *ex rel.* NORMAN RILLE and | ) | |
| NEAL ROBERTS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:04CV0000985-BRW |
| | ) | |
| ACCENTURE LLP; ACCENTURE LTD., | ) | |
| and PROQUIRE, LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |

**ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBITS B, E AND G TO UNITED STATES' MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL RESPONSES TO THE FIRST AND SECOND SET OF INTERROGATORIES AND TO REMOVE ELECTRONIC VERSION OF EXHIBITS B, G AND E FROM ECF DOCKET**

After consideration of the United States' Motion to File Under Seal Exhibits B, E and G In Support of their Motion to Compel Responses to First and Second Set of Interrogatories ("the Memorandum"), the Court GRANTS the Motion (Doc. No. 426) and directs that the electronic version of Exhibits B, E and G be removed from the ECF docket [D.R. #422], and that Exhibits B, E, and G submitted to the Clerk of Court be filed under seal.

SO ORDERED this 26th day of January, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE