# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**NORMAN RILLE and NEAL ROBERTS**                                    **PLAINTIFFS**

**v.**                            **4:04CV00985-BRW**

**ACCENTURE LLP,** *et al.*                                          **DEFENDANTS**

## ORDER

Pending is Defendant Accenture LLP's Motion For Leave to File Under Seal (Doc. No. 423) Exhibit C to Its Memorandum in Support of the Motion to Compel the Department of Justice to Produce Documents From Related Cases Pertaining to Payments Made By Hewlett-Packard and EMC Corp. The Motion is GRANTED, and the Clerk's Office is directed to file under seal the copy of Exhibit C that was submitted in a sealed envelope.

IT IS SO ORDERED this 26th day of January, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE