**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | Case No. 4-04 CV0000985-BRW |

**DEFENDANT ACCENTURE'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS MEMORANDUM AND EXHIBITS IN OPPOSITION TO PLAINTIFF UNITED STATES' MOTION TO COMPEL RESPONSES TO UNITED STATES' FIRST AND SECOND SET OF INTERROGATORIES**

1. Accenture LLP, Accenture Ltd, and Proquire LLC (collectively "Accenture" or "Defendants"), by and through their undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully moves the Court for an order permitting Accenture to file under seal its Memorandum in Opposition to Plaintiff United States' Motion to Compel Responses to United States' First and Second Set of Interrogatories and all exhibits to that document ("Memorandum and Exhibits").

2. Good cause exists to grant the instant motion, because the Memorandum and Exhibits discuss information which has been designated by Accenture as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Memorandum and Exhibits should be filed under seal.

3. Accordingly, Accenture respectfully requests that the Court order the Memorandum and Exhibits be filed under seal.

4. Accenture will serve a copy of the Memorandum and Exhibits upon Relators and Government counsel, in their entirety.

WHEREFORE, for all the reasons stated herein, Accenture respectfully moves this Court for an order permitting it to file under seal the Memorandum and Exhibits.

Dated: January 26, 2011

Respectfully submitted,

By: /s/ Lyn P. Pruitt

Lyn P. Pruitt
Ark. Bar No. 84121

Mitchell, Williams, Selig, Gates &
Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*lpruitt@mwsgw.com*

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)
*jacksona@dicksteinshapiro.com*
Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel: (202) 420-2200
Fax: (202) 420-2201

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

And by United States Mail this same date to:

The Honorable John W. Cole
311 West Sunset Drive
Sheridan, AR 72150

/s/ Lyn P. Pruitt
Lyn P. Pruitt