**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br>     *Plaintiff,* <br><br> vs. <br><br> ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC, <br><br>     *Defendants.* | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING DEFENDANT ACCENTURE'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS MEMORANDUM AND EXHIBITS IN OPPOSITION TO PLAINTIFF UNITED STATES' MOTION TO COMPEL RESPONSES TO UNITED STATES' FIRST AND SECOND SET OF INTERROGATORIES**

After consideration of Accenture's Motion to File Under Seal its Memorandum and Exhibits in Opposition to Plaintiff United States' Motion to Compel Responses to United States' First and Second Set of Interrogatories ("Memorandum and Exhibits"), the Court GRANTS the Motion (Doc. No. 431) and orders that the Memorandum and Exhibits be filed under seal.

SO ORDERED this 27th day of January, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE