**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

THE UNITED STATES OF AMERICA, )
*ex rel.* NORMAN RILLE and NEAL )
ROBERTS, )
    *Plaintiff,* )
         )
    vs. )   Civil Action No. 4-04 CV0000985-BRW
         )
ACCENTURE LLP; ACCENTURE LTD., and )
PROQUIRE, LLC, )
         )
    *Defendants.*

**<u>ORDER</u>**

   Upon consideration of Defendant Accenture LLP's Motion To File Under Seal

Its Motion for Leave to File Reply Memorandum and Proposed Reply Memorandum In

Support Of Motion For Protective Order (Doc. No. 398), and the entire record, it is hereby

   ORDERED that Defendant Accenture LLP's Motion is GRANTED, and

   It is further ORDERED, that Accenture LLP's Motion and Reply

Memorandum In Support Of Motion For Protective Order shall be filed under seal.

   SO ORDERED this 27th day of January, 2011.


       /s/Billy Roy Wilson


      UNITED STATES DISTRICT JUDGE