AO 456 (Rev. 5/85) Notice

# United States District Court
## *Eastern District of Arkansas*

NORMAL RILLE, et al

v.

ACCENTURE LLP

**NOTICE**

CASE NUMBER: 4:04CV00985-BRW

TYPE OF CASE: ☒ **CIVIL** ☐ **CRIMINAL**

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. / DATE AND TIME |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas 72201 | ROOM NO. 4C<br>DATE AND TIME Monday, 2/28/2011 at 9:00 a.m. |

TYPE OF PROCEEDING

DISCOVERY HEARING BEFORE JUDGE JOHN COLE

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|---|
| | | | |

James W. McCormack, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 27, 2011
DATE

/s/Mary A. Johnson, Courtroom Deputy
(BY) DEPUTY CLERK

To:

Judge John Cole
Counsel of Record
CSO