**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br>      *Plaintiff,* <br>          vs. <br> ACCENTURE LLP, ACCENTURE LTD, and PROQUIRE LLC, <br>      *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 4-04-cv-00985-BRW |

**DEFENDANTS' MOTION TO FILE UNDER SEAL
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT,
MEMORANDUM IN SUPPORT, STATEMENT OF MATERIAL FACTS AS TO
<u>WHICH THERE IS NO GENUINE ISSUE AND ALL EXHIBITS</u>**

1.   Defendants Accenture LLP, Accenture Ltd, and Proquire LLC (collectively "Accenture" or "Defendants"), by and through their undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully move the Court for an order permitting Defendants to file their Motion for Partial Summary Judgment, together with Memorandum in support thereof and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) thereto, under seal.

2.   Good cause exists to grant the instant motion, because the Motion, Memorandum and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) discuss and contain information which has been designated as Protected Material subject to the Court's January 6, 2009 General

1

Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Motion, Memorandum and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) should be under seal.

3. Accordingly, Accenture respectfully requests that the Court order the Motion, Memorandum and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) be filed under seal.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court order Defendants' Motion for Partial Summary Judgment, together with Memorandum in support thereof and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) thereto be filed under seal.

Dated:  Respectfully submitted,

February 18, 2011  By:  /s/ Lyn P. Pruitt
  Lyn P. Pruitt
  Ark. Bar No. 84121

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)   Mitchell, Williams, Selig, Gates
*jacksona@dicksteinshapiro.com*   & Woodyard, P.L.L.C.
Dickstein Shapiro LLP   425 West Capitol Ave., Suite 1800
1825 Eye St. NW   Little Rock, Arkansas  72201
Washington DC, 20006   (501) 688-8800
Tel:  (202) 420-2200   *lpruitt@mwlaw.com*
Fax:  (202) 420-2201

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

                                            /s/ Lyn P. Pruitt
                                              Lyn P. Pruitt