**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> *ex rel.* NORMAN RILLE and NEAL ) <br> ROBERTS, ) <br>     *Plaintiff,* ) <br> ) <br>     vs. ) <br> ) <br> ACCENTURE LLP; ACCENTURE LTD., and ) <br> PROQUIRE, LLC, ) <br> ) <br>     *Defendants.* ) | Civil Action No. 4-04-cv-00985-BRW |

**ORDER GRANTING
DEFENDANTS' MOTION TO FILE UNDER SEAL**

Upon consideration of Defendant's Motion to File Under Seal its Motion for Partial Summary Judgment, together with Memorandum in support thereof and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits), it is hereby

ORDERED that Defendants' Motion (Doc. No. 445) is GRANTED, and the Clerk is hereby directed to file under seal Defendants' Motion for Partial Summary Judgment, together with Defendants' Memorandum in support thereof and Exhibits (including the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) thereto.

IT IS SO ORDERED this 22nd day of February, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE