**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| vs. | ) ) | Case No. 4-04-cv-00985-BRW |
| ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC, | ) ) ) | |
| *Defendants.* | ) ) ) | |

**DEFENDANTS' MOTION FOR ORDER AUTHORIZING POSSESSION OF
ELECTRONIC DEVICES IN COURTHOUSE WHILE ATTENDING SPECIAL
MASTER HEARING SET FOR FEBRUARY 28, 2011**

The Defendants Accenture LLP, Accenture Ltd., and Proquire LLC (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for an order authorizing J. Andrew Jackson and Jason Wallach to bring into the courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Special Master hearing set for February 28, 2011 in Courtroom 4C.

As grounds for their Motion, Defendants state as follows:

1.      The Court has set a Special Master hearing for February 28, 2011.  The attorneys attending that hearing will need access to their documents, records, and other information relevant to the proceeding, which information primarily exists on their electronic devices.

1596316.1

2.      Pursuant to paragraph 5 of Amended General Order No. 54, the Court has the power to issue an order authorizing the above requested action.

WHEREFORE, for all the reasons stated herein, Defendants respectfully request that the Court enter an order authorizing J. Andrew Jackson and Jason Wallach to bring into the courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Special Master hearing set for February 28, 2011 in Courtroom 4C.


Dated:  February 23, 2011                        Respectfully submitted,



                                                  By:    /s/ Anton L. Janik, Jr.
Of Counsel:                                              Lyn P. Pruitt  Ark. Bar No. 84121
J. Andrew Jackson (admitted *pro hac vice*)              Anton L. Janik, Jr.  Ark. Bar No. 2007271
*jacksona@dicksteinshapiro.com*
David M. Nadler (admitted *pro hac vice*)                Mitchell, Williams, Selig, Gates &
*nadlerd@dicksteinshapiro.com*                           Woodyard, P.L.L.C.
                                                         425 West Capitol Ave., Suite 1800
Dickstein Shapiro LLP                                    Little Rock, Arkansas  72201
1825 Eye St. NW                                          (501) 688-8888
Washington DC, 20006                                     *ajanik@mwlaw.com*
Tel:  (202) 420-2200
Fax:  (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which shall send notification of such filing to the

following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com


                    /s/ Anton L. Janik, Jr.
                    Anton L. Janik, Jr.

1596316.1