IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA,
*ex rel.* NORMAN RILLE and NEAL ROBERTS                              PLAINTIFFS

    vs                              4:04CV00985-BRW

ACCENTURE LLP, ACCENTURE LTD.,
and PROQUIRE, LLC,                                                    DEFENDANTS

## ORDER

The Defendants' Motion for Order Authorizing Possession of Electronic Devices in Courthouse (doc #449) is GRANTED:

J. Andrew Jackson and Jason Wallach are authorized to bring into the Courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Special Master hearing in Judge Wilson's courtroom on Monday, February 28, 2011, at 9:00 a.m.

IT IS SO ORDERED this 23rd day of February, 2011.

                                          /s/Billy Roy Wilson
                               UNITED STATES DISTRICT JUDGE