IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE AND NEAL ROBERTS, <br><br> PLAINTIFF, <br><br> v. <br><br> ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, <br><br> DEFENDANTS. | Civil Action 4:04-CV-00985 BRW |

**ASSENT MOTION EXTENDING THE TIME FOR THE UNITED STATES TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States moves, with the assent of all parties, for an Order extending the time for the United States to respond to Defendants' Motion For Partial Summary Judgment (Accenture Motion):

1. The parties have agreed that the United States shall be permitted an extension of time up to and including March 21, 2011 within which to respond to the Accenture Motion.

2. The undersigned has been authorized by Jason Wallach, one of Accenture's attorneys, to state that Defendants have agreed to the extension requested. Relators likewise assent to the requested extension.

3. The United States represents that this Motion is filed prior to the expiration of the time for filing its response assuming no extension had been granted.

WHEREFORE, the United States, with the assent of all parties, respectfully requests that the Court enter an Order granting an extension of time within which to respond to

1

the Accenture Motion up to and including March 21, 2011.

March 4, 2011                                             Respectfully Submitted,

|  | For the United States of America,<br><br>TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br> /s/ Donald J. Williamson<br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 514-7900<br>Fax:  (202) 305-7797<br><br>CHRISTOPHER THYER<br>UNITED STATES ATTORNEY<br>Shannon Smith (Bar No. 94172)<br>Assistant U.S. Attorney<br>Metropolitan Tower<br>Building, Ste. 500<br>Little Rock, AR 72201<br>Phone:  (501) 340-2628<br>Fax: (501) 340-2730 |
|---|---|

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 3rd day of March, 2011:

**Lyn Peeples Pruitt** lpruitt@mwlaw.com, bhopper@mwlaw.com

**Anton Leo Janik**, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

**J. Andrew Jackson** Jacksona@dicksteinshapiro.com

**Jason D. Wallach** wallachJ@dicksteinshapiro.com

**Justin A. Chiarodo** Chiarodoj@dicksteinshapiro.com

**David M. Nadler** nadlerd@dicksteinshapiro.com

**Jacquetta F. Bardacos** jbardacos@packard.com

**Stephen C. Engstrom** stephen@wecc-law.com,marilyn@wecc-law.com

**Shirley Guntharp Jones** shirley@wecc-law.com,amber@wecc-law.com

**Daniel W Packard** dpackard@packard.com

**Von G. Packard** vpackard@packard.com,jsimmons@packard.com


                                          /s/ *Linda M. McMahon*
                                          Linda M. McMahon