**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| *ex rel*. NORMAN RILLE AND NEAL ) | |
| ROBERTS, ) | |
| ) | Civil Action 4:04CV00985 BRW |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | |
| ACCENTURE, LLP, an Illinois Limited ) | |
| Liability Partnership, *et al*., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**ORDER GRANTING EXTENSION OF TIME FOR UNITED STATES TO**
**RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

On the basis of the Assent Motion (Doc. No. 453) filed by United States' counsel

representing no objection by the parties to an extension of time for the United States to

respond to Defendants' Motion For Partial Summary Judgment, it is hereby Ordered and

Adjudged that the United States shall be, and is hereby GRANTED an extension of time up

to and including March 21, 2011, within which to respond to the Motion For Partial

Summary Judgment.

IT IS SO ORDERED this 7th day of March, 2011.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE