IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel*. NORMAN RILLE and NEAL ROBERTS           PLAINTIFFS

vs                     4:04CV00985-BRW

ACCENTURE, LLP, an Illinois Limited
Liability Partnership, *et al*                    DEFENDANTS

## ORDER

The United States' Motion for Protective Order (doc #444) is referred to the Special Master, Judge John Cole for disposition.

IT IS SO ORDERED this 16th day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ord.refermtn.wpd