IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* NORMAN RILLE AND NEAL ROBERTS, <br><br> PLAINTIFF, <br><br> v. <br><br> ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) Civil Action 4:04-CV-00985 BRW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNITED STATES' MOTION TO FILE UNDER SEAL
UNITED STATES' STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS NO GENUINE ISSUE AND ALL EXHIBITS**

1. The United States respectfully move the Court for an order permitting the United States to file its Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) thereto, under seal.

2. Good cause exists to grant the instant motion, because the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) discuss and contain information whichhas been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order.

3. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) should be under seal.

4. Accordingly, the United States respectfully requests that the Court order the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) be filed under seal.

WHEREFORE, for the reasons stated herein, the United States respectfully requests that the Court order the Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits) thereto be filed under seal.

| | |
|---|---|
| Dated: MARCH 21, 2011 | For the United States of America,<br><br>TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br> /s/ Donald J. Williamson<br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Don.williamson@usdoj.gov<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 514-1511<br>Fax:  (202) 305-7797<br><br>CHRISTOPHER R. THYER<br>UNITED STATES ATTORNEY<br>Shannon Smith (Bar No. 94172)<br>Assistant U.S. Attorney<br>Metropolitan Tower<br>Building, Ste. 500<br>Little Rock, AR 72201<br>Phone:  (501) 340-2628<br>Fax: (501) 340-2730 |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 21st day of March 2011:

**Lyn Peeples Pruitt** lpruitt@mwlaw.com, bhopper@mwlaw.com

**Anton Leo Janik**, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

**J. Andrew Jackson** Jacksona@dicksteinshapiro.com

**Jason D. Wallach** wallachJ@dicksteinshapiro.com

**Justin A. Chiarodo** Chiarodoj@dicksteinshapiro.com

**David M. Nadler** nadlerd@dicksteinshapiro.com

**Jacquetta F. Bardacos** jbardacos@packard.com

**Stephen C. Engstrom** stephen@wecc-law.com,marilyn@wecc-law.com

**Shirley Guntharp Jones** shirley@wecc-law.com,amber@wecc-law.com

**Daniel W Packard** dpackard@packard.com

                                              /s/ *Donald Williamson*
                                              Donald J. Williamson