**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,      *Plaintiff,* <br><br> vs. <br><br> ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC, <br><br>     *Defendants.* | ) ) ) ) ) ) ) Civil Action No. 4:04CV00985-BRW ) ) ) ) ) |

**ORDER GRANTING
UNITED STATES' MOTION TO FILE UNDER SEAL
UNITED STATES' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS
NO GENUINE ISSUE AND ALL EXHIBITS**

Upon consideration of the United States' Motion to File Under Seal its Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits, it is hereby

ORDERED that the United States' Motion (Doc. No. 459) is GRANTED, and the Clerk is directed to file under seal the United States' Statement of Material Facts as to Which There is No Genuine Issue and its incorporated Exhibits thereto.

IT IS SO ORDERED this 22nd day of March, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE