**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>*ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>*Plaintiff,*<br><br>vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and<br>PROQUIRE, LLC,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 4-04 CV0000985BRW<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO FILE UNDER SEAL**
**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
**WITH RESPECT TO ORGANIZATIONAL CONFLICT OF INTEREST**

1.      Defendants Accenture LLP, Accenture Ltd, and Proquire LLC (collectively "Accenture" or "Defendants"), by and through their undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully move the Court for an order permitting Defendants to file their Motion for Partial Summary Judgment With Respect to Organizational Conflict of Interest, together with Memorandum and Statement of Facts in support thereof and Exhibits thereto, under seal.

2.      Good cause exists to grant the instant motion, because the Motion, Memorandum, Statement of Facts and Exhibits discuss and contain information which has been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order.   The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Motion, Memorandum, Statement of Facts and Exhibits should be under seal.

3.      Accordingly, Accenture respectfully requests that the Court order the

Motion, Memorandum, Statement of Facts and Exhibits be filed under seal.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the

Court order Defendants' Motion for Partial Summary Judgment, together with Memorandum

and Statement of  Facts in support thereof and Exhibits thereto be filed under seal.

Dated:  March 28, 2011                                    Respectfully submitted,


                                                          By:   /s/ Lyn P. Pruitt
Of Counsel:                                                     Lyn P. Pruitt
                                                                Ark. Bar No. 84121
J. Andrew Jackson (admitted *pro hac vice*)
*jacksona@dicksteinshapiro.com*                           Mitchell, Williams, Selig, Gates
Adam Proujansky (admitted *pro hac vice*)                    & Woodyard, P.L.L.C.
*proujanskya@dicksteinshapiro.com*                        425 West Capitol Ave., Suite 1800
Jason Wallach (admitted *pro hac vice*)                   Little Rock, Arkansas  72201
*wallachj@dicksteinshapiro.com*                           (501) 688-8800
Deborah Ringel (admitted *pro hac vice*)                  *lpruitt@mwlaw.com*
*ringeld@dicksteinshapiro.com*
Joseph R. Berger (admitted *pro hac vice*)
*bergerj@dicksteinshapiro.com*
Justin Chiarodo (admitted *pro hac vice*)
*chiarodoj@dicksteinshapiro.com*

Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel:  (202) 420-2200
Fax:  (202) 420-2201

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2011, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which shall send notification of such filing

to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

/s/ Lyn P. Pruitt
Lyn P. Pruitt