**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>    *Plaintiff,* )<br>)<br>    vs. )<br>)<br>ACCENTURE LLP; ACCENTURE LTD., and )<br>PROQUIRE, LLC, )<br>)<br>    *Defendants.* ) | Civil Action No. 4:04CV0000985-BRW |

**ORDER GRANTING DEFENDANTS' MOTION TO FILE**
**UNDER SEAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
**WITH RESPECT TO ORGANIZATIONAL CONFLICT OF INTEREST**

Upon consideration of Defendant's Motion to File Under Seal Defendants' Motion for Partial Summary Judgment With Respect to Organizational Conflict of Interest, and the entire record, it is hereby

ORDERED that Defendants' Motion (Doc. No. 463) is GRANTED, and the Clerk is hereby directed to file under seal Defendants' Motion for Partial Summary Judgment With Respect to Organizational Conflict of Interest, together with the Memorandum and Statement of Facts in support thereof and Exhibits thereto.

IT IS SO ORDERED this 29th day of March, 2011.

                                                                  /s/Billy Roy Wilson

                                                     UNITED STATES DISTRICT JUDGE