**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>   *Plaintiff,*<br><br>   vs.<br><br>ACCENTURE LLP; ACCENTURE LTD, and PROQUIRE LLC,<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>) Civil Action No. 4-04 CV0000985BRW<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO FILE REPLY MEMORANDUM IN
<u>FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

   Defendants hereby move the Court to extend the time for them to file a reply memorandum in further support of their motion for partial summary judgment by one week, up to and including April 7, 2011.

   Plaintiff does not object to the requested extension.

   The Government previously requested and Defendants consented to a two-week extension of time in which to file an opposition. The Government served and filed its opposition on March 21, 2011.

   WHEREFORE, Defendants request that the Court extend the deadline for their reply memorandum up to and including April 7, 2011.

Dated: March 30, 2011   Respectfully submitted,

By: /s/ Lyn P. Pruitt

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)
*jacksona@dicksteinshapiro.com*
Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel: (202) 420-2200
Fax: (202) 420-2201

Lyn P. Pruitt
Ark. Bar No. 84121

Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*lpruitt@mwsgw.com*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com

lorraine@wecc-law.com

**Von G. Packard**
vpackard@packard.com

jsimmons@packard.com

**Ronald D. Packard**
rdpackard@packard.com

/s/ Lyn P. Pruitt

Lyn P. Pruitt

DSMDB-2913018v1