IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | Case No. 4-04 CV0000985BRW |

**ACCENTURE'S MOTION TO
COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO
ACCENTURE DOCUMENT REQUESTS, AND TO SHORTEN RESPONSE TIME FOR
MOTION PURSUANT TO LOCAL RULE 7.2(b)**

1.  Accenture LLP, by and through its undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully moves the Court for an order (1) compelling production of documents responsive to Requests 38 and 39 of Accenture's August 2008 First Set of Document Requests and Request 10 of Accenture's June 2009 Second Set of Document Requests and (2) shortening the time for response to this Motion to April 6, 2011, pursuant to local Rule 7.2(b).

2.  For the reasons set forth in the accompanying memorandum, this motion should be granted. Accenture is entitled to the production of the documents sought, which include historical GSA Schedule pricelists for third-party vendors the Government has put at issue in this case.

2

3.      Pursuant to Local Rule 7.2(g), the parties have conferred in good faith on the specific issues in dispute and have not been able to resolve their disagreements without the intervention of the Court.

4.      Pursuant to Local Rule 7.2(b), the Court should shorten time for the response to this motion to April 6, 2011.

WHEREFORE, for the reasons stated herein and in the accompanying memorandum, incorporated herein be reference, Accenture LLP respectfully requests that the Court grant this motion.

Dated:  March 30, 2011                                   Respectfully submitted,


                                                         By:  /s/ Lyn P. Pruitt
                                                              Lyn P. Pruitt
                                                              Ark. Bar No. 84121

Of Counsel:                                              Mitchell, Williams, Selig, Gates
J. Andrew Jackson (admitted *pro hac vice*)                 & Woodyard, P.L.L.C.
*jacksona@dicksteinshapiro.com*                          425 West Capitol Ave., Suite 1800
David M. Nadler (admitted *pro hac vice*)                Little Rock, Arkansas  72201
*nadlerd@dicksteinshapiro.com*                           (501) 688-8800
                                                         *lpruitt@mwsgw.com*
Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC, 20006
Tel:  (202) 420-2200
Fax:  (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| **Jacquetta F. Bardacos**<br>jbardacos@packard.com | **Jenelle M. Beavers**<br>jenelle.beavers@usdoj.gov |
| **Michael Bierman**<br>mbierman@luce.com<br>tdelpomar@luce.com | **Jordan L. Strauss**<br>jordan.strauss@usdoj.gov |
| **Stephen C. Engstrom**<br>stephen@wecc-law.com<br>marilyn@wecc-law.com | **Jeffrey Wexler**<br>jwexler@luce.com<br>tdelpomar@luce.com |
| **Philip J. Favro**<br>pfavro@packard.com | **Donald J. Williamson**<br>don.williamson@usdoj.gov |
| **Craig H. Johnson**<br>cjohnson@packard.com | **Daniel W Packard**<br>dpackard@packard.com |
| **Brian R. Young**<br>brian.young4@usdoj.gov<br>**Linda McMahon**<br>linda.mcmahon2@usdoj.gov | **Shannon S. Smith**<br>Shannon.Smith@usdoj.gov<br>Paulette.Chappelle@usdoj.gov<br>Maria.Altadonna@usdoj.gov |
| **Jeehae Jennifer Koh**<br>jennifer.koh@usdoj.gov | **David M. Nadler**<br>nadlerd@dicksteinshapiro.com |
| **Lon D. Packard**<br>lpackard@packard.com | **Shirley Guntharp Jones**<br>shirley@wecc-law.com<br>lorraine@wecc-law.com |
| **Von G. Packard**<br>vpackard@packard.com<br>jsimmons@packard.com | **Ronald D. Packard**<br>rdpackard@packard.com |

                                                      */s/* Lyn P. Pruitt
                                                       Lyn P. Pruitt

DSMDB-2909865v1