# EXHIBIT A

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

September 27, 2010

Via Email

Donald Williamson, Esquire
U.S. Department of Justice
Room 9142
601 D Street, NW
Washington, DC 20004

Linda M. McMahon, Esquire
U.S. Department of Justice
Room 9142
601 D Street, NW
Washington, DC 20004

Re:   *United States ex rel. Rille v. Accenture*, No. 4-04-CV-985 (E.D. Ark.);
      Production of GSA Schedule Documents From GSA

Dear Don and Linda:

We have not received or cannot locate the historic GSA Schedules (from the applicable time period)[1] of SAP, Manugistics, Hewlett Packard (HP), EMC, ePlus, and the other vendors that you have put at issue for resale revenue earned by Accenture (such as Sun, Compaq, and Cisco) in the GSA documents produced by the Government.[2] These documents are responsive to Requests 38-39 of Accenture's August 2008 First Set of Document Requests to Plaintiff, and Request 10 of Accenture's June 2009 Second Set of Document Requests to Plaintiff.

We request you immediately provide the historic GSA Schedules of SAP, Manugistics, HP, EMC and ePlus, including each version of their GSA Schedules as they were maintained at GSA during the applicable time period, whether in hard copy or electronic form, and all related documents. We request the same production for each and every other vendor whose products were resold by Accenture, if the Government still contends that the resale revenue earned by Accenture on those products is at issue in this case.

In addition, we request the production of all documents (hard copy and ESI) at GSA and the Department of Defense concerning all direct sales by SAP, Manugistics, HP and EMC to the Government during the applicable time period. These documents are highly relevant to Accenture's defenses because they are likely to show that Accenture's prices were lower than those of SAP, Manugistics, HP and EMC when selling directly to the Government. These documents are also responsive to the previous Document Requests noted above.

Please let us know by October 4 that you will respond to these requests and the timeframe for your response.

---

[1] January 1, 1997 through December 31, 2006.

[2] We have copies of certain GSA Schedules produced at random from the files of other agencies, but these do not represent the complete historical record maintained by GSA.

Donald Williamson, Esquire
Linda M. McMahon, Esquire
September 27, 2010
Page 2

Sincerely,

/s/ J. Andrew Jackson

J. Andrew Jackson
(202) 420-2268
jacksona@dicksteinshapiro.com

Jason Wallach
(202) 420-2668
wallachj@dicksteinshapiro.com

Joseph Berger
(202) 420-3673
bergerj@dicksteinshapiro.com

Justin Chiarodo
(202) 420-2706
chiarodoj@dicksteinshapiro.com