# EXHIBIT C

## DICKSTEINSHAPIROLLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

February 17, 2011

Via E-Mail

Don Williamson, Esq.
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004

Re: *United States ex rel. Rille v. Accenture, LLP, et al.*, Civil No. 4:04 CV-00985-BRW
Production of GSA Schedule Documents From GSA

Dear Don,

This is the third letter we have sent regarding the Government's refusal to produce the historical GSA schedules it has put at issue in this case. We refer you back to Accenture's November 3, 2010 letter for a detailed explanation of the relevance of these documents. The Government's unjustified refusal to produce these materials impacts Accenture's ability to prepare its expert reports. Therefore, unless you advise us by close of business tomorrow that the Government will make available to Accenture the schedules listed in the attached spreadsheet (and/or pricing data regarding the schedules), Accenture will file a motion to compel the production of such information.

Please do not hesitate to contact me if you have any questions.

Sincerely,

/s/ Jason D. Wallach

Jason D. Wallach
(202) 420-2668 direct dial
(202) 379-9209 direct fax
wallachj@dicksteinshapiro.com

| Vendor Name | Applicable Agencies | GSA Schedule Number | Date Range |
|---|---|---|---|
| Manugistics, Inc. | DLA-BSM, ILMS | GS-35K-0388K | Jun-00 - Dec-02 |
| See Beyond Technology Corporation | DLA-BSM, ILMS | GS-35F-0581L | Jul-00 - Jun-05 |
| American Management Systems, Inc. (AMS) | DLA-BSM | GS-35F-4797H | 2005 to 2006 |
| Hewlett Packard Company | DLA-BPC | GS-35F-4920H | 2001 to 2006 |
| Cisco, Inc. | DLA-BPC | GS-35F-4389G | 2001 to 2006 |
| EMC, Inc. | DLA-BPC, IRS, AAFES | GS-35F-0088K | Jan-01 to Feb-06 |
| CNT, Inc. | DLA-BPC | GS-35F-5181H | 2001 to 2006 |
| Compaq, Inc. | DLA-BPC | GS-35F-4663G | 2001 to 2006 |
| Sun, Inc. | DLA-BPC, IRS | GS-35F-4194D | Jan-01 to Dec-06 |
| IDS | DLA-BPC | Unknown | 2001 to 2006 |
| Security | DLA-BPC | Unknown | 2001 to 2006 |
| STK | DLA-BPC | Unknown | 2001 to 2006 |
| NCR Government Systems Corporation | DeCA, GTN-21, USAF-EDW | GS-35F-4933H | Jun-02 to Jan 06 |
| Fujitsu | AAFES | Unknown | Mar-04 to Feb-06 |
| IBM | AAFES | Unknown | Mar-04 to June-06 |
| Oracle USA, Inc. | DOEd | GS-35F-0108J | Jan-01 to Dec-01 |
| MicroStrategy, Inc. | DOEd | GS-35F-5934H | Jan-00 to Dec-00 |
| Autonomy Inc. | DOEd | Unknown | Jan-00 to Mar-01 |
| Hall-Mark Global Solutions | DOEd | Unknown | Jan-00 to Dec-00 |
| Mercury Interactive Corporation | DOEd, TSA | GS-35F-0494J | Jul-01 to Jun-02 |
| Informatica Corporation | DOE | Unknown | Sept-99 to Dec-05 |
| Peoplesoft USA, Inc. | ILMS | GS-35F-4401G | Jul-00 to Aug-05 |
| Ariba Inc | ILMS | Unknown | July-00 to June-05 |
| Cgi-Ams Inc. | ILMS | Unknown | Nov-00 to Sept-05 |
| Ingram Micro, Inc. | ILMS | Unknown | July-00 to Dec-05 |
| Viewset | TSA | Unknown | |
| Global Knowledge | TSA | Unknown | |