# EXHIBIT D

# Chiarodo, Justin

| | |
|---|---|
| **From:** | Wallach, Jason |
| **Sent:** | Monday, March 14, 2011 11:46 AM |
| **To:** | 'Williamson, Don (CIV)' |
| **Cc:** | Jackson, Andrew; Berger, Joseph; Chiarodo, Justin; Ringel, Deborah; Proujansky, Adam; McMahon, Linda M (CIV) |
| **Subject:** | RE: GSA Schedules |
| **Attachments:** | DSMDB-#2903482-v1-GSA_Schedules_Required.XLS |

Don,

Regarding GSA schedules from pricing files, we are unaware of any pricing files that contained GSA schedules. To the extent GSA schedules existed in an Accenture custodian's ESI, they would have been produced if they hit upon an agreed upon search term.

With respect to the GSA schedules included in the attached spreadsheet, Accenture contends all of them are relevant to the issues in this case as the government has alleged that it has suffered damages from sales of the products reflected in each of the GSA schedules requested. Please let me know immediately when we can expect these.

**Jason D. Wallach**
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2668| Fax (202) 379-9209
wallachj@dicksteinshapiro.com

---

**From:** Williamson, Don (CIV) [mailto:Don.Williamson@usdoj.gov]
**Sent:** Tuesday, March 08, 2011 5:16 PM
**To:** Wallach, Jason
**Subject:** Re: GSA Schedules

Jason:

Thanks for the email.

I get the relevance of the sap, manu, oracle, ams, bmc, eplus, hp, emc and their connection to the dla transactions at issue. We have either produced or I am working to produce the gsa schedules as discussed. I will have them to you as soon as possible. Can you also confirm that Accenture has produced these from the pricing files of Joe Weber, proquire, etc to the extent that they were used by Accenture on those transactions? It may be that they were in the
Esi of weber that was produced recently?


As we discussed, I am not sure what relevance the other long list has. I was under the impression (perhaps for no good reason) that your list would shrink not grow. Can we discuss? I think accenture's position on the education contract is that the sales were all open market, incidental etc. Is there some other relevant contract where these other schedules were used in a way that makes them relevant? It is a long list and I just want to understand before seeking these out.

3/22/2011

Thanks.

**From:** Wallach, Jason [mailto:WallachJ@dicksteinshapiro.com]
**Sent:** Monday, March 07, 2011 04:28 PM
**To:** Williamson, Don (CIV)
**Cc:** Jackson, Andrew <JacksonA@dicksteinshapiro.com>; Berger, Joseph <BergerJ@dicksteinshapiro.com>;
Chiarodo, Justin <ChiarodoJ@dicksteinshapiro.com>; Ringel, Deborah <RingelD@dicksteinshapiro.com>;
McMahon, Linda M (CIV)
**Subject:** RE: GSA Schedules

Don,

I write to follow up on my letter of February 17 and our subsequent discussion on February 24 concerning the government's production of GSA schedules. In our February 24 discussion, you indicated that the Government had produced the GSA schedules for SAP and Manugistics and you agreed to produce the GSA schedules for HP, AMS, EMC, Compaq, Oracle, and Sun. During that discussion, I indicated that I would provide a list of all of the schedules Accenture needed. The attached spreadsheet identifies the vendors for whom Accenture asks that the Government produce GSA schedules covering the timeframe reflected in the spreadsheet.

Please let us know when the Government intends to produce these schedules.

**Jason D. Wallach**
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2668| Fax (202) 379-9209
wallachj@dicksteinshapiro.com

**From:** Williamson, Don (CIV) [mailto:Don.Williamson@usdoj.gov]
**Sent:** Friday, February 18, 2011 9:31 AM
**To:** Wallach, Jason
**Subject:** Re: GSA Schedules

Jason:

Thanks. The schedules should not be a problem. We have already produced many and we can discuss the others. If you can be a little more specific on schedule that would help. The bare schedule --some call it the catalog--and even the catalog with pricing--is one thing. As I mentioned in november, the schedule that has all the mods back and forth and exchanges is monstrous. My memory--on a blackberry at the metro--is that I invited joe to come look at the larger file and see what he would think relevant.

As for pricing--is it possible to get specific items of interest. For example, it may be possible to get pricing for a dmx6000 as of 2-12-2002. Let's discuss.

**From:** Wallach, Jason [mailto:WallachJ@dicksteinshapiro.com]
**Sent:** Friday, February 18, 2011 08:51 AM
**To:** Williamson, Don (CIV)
**Cc:** Jackson, Andrew <JacksonA@dicksteinshapiro.com>; Berger, Joseph <BergerJ@dicksteinshapiro.com>;

3/22/2011

Chiarodo, Justin <ChiarodoJ@dicksteinshapiro.com>; Ringel, Deborah <RingelD@dicksteinshapiro.com>
**Subject:** RE: GSA Schedules

Don,

We can talk this afternoon, but I wanted to clarify that my letter yesterday only addressed our request for the schedules themselves and/or electronic data showing the pricing in the schedules. I know the current GSA website has pdf copies of current schedules, and I believe the schedules themselves have been available through the website for many years. These are the documents my letter addresses.

To the extent that GSA also maintains schedule pricing data in a database, we request that as well.

**Jason D. Wallach**
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2668| Fax (202) 379-9209
wallachj@dicksteinshapiro.com

**Confidentiality Statement**
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
www.dicksteinshapiro.com

**From:** Williamson, Don (CIV) [mailto:Don.Williamson@usdoj.gov]
**Sent:** Thursday, February 17, 2011 11:16 PM
**To:** Wallach, Jason
**Subject:** Re: GSA Schedules

Jason:

We had a discussion with you and Joe about many of these contracts after your letter in November. Some of these contracts we are hearing about for the first time. Some of these of these contracts we have already produced. I have the deposition of ms mascolo tomorrow. I will try to reach you afetrwards to discuss. One thing I have already explained is that gsa does not get transactional pricing from contractors. The only party that keeps that data is the contractor. The iff filings are on a SIN basis and done quarterly. You cannot determine transactional pricing from them. Let's discuss these issues tomorrow.

Thanks.

**From:** Wallach, Jason [mailto:WallachJ@dicksteinshapiro.com]
**Sent:** Thursday, February 17, 2011 04:44 PM
**To:** Williamson, Don (CIV)
**Cc:** McMahon, Linda M (CIV); Beavers, Jenelle (CIV); Koh, Jennifer (CIV); Pearson, Greg (CIV); Jackson, Andrew <JacksonA@dicksteinshapiro.com>; Berger, Joseph <BergerJ@dicksteinshapiro.com>; Chiarodo, Justin <ChiarodoJ@dicksteinshapiro.com>; Ringel, Deborah <RingelD@dicksteinshapiro.com>; Proujansky, Adam <ProujanskyA@dicksteinshapiro.com>

3/22/2011

**Subject:** GSA Schedules

Don,

Please see the attached letter regarding GSA schedules and data.

**Jason D. Wallach**
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2668| Fax (202) 379-9209
wallachj@dicksteinshapiro.com

---

**Confidentiality Statement**
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
www.dicksteinshapiro.com

---

---

3/22/2011

| VENDOR | AGENCY | VENDOR GSA SCHEDULE | RELEVANT TIME PERIOD | |
|---|---|---|---|---|
| | | | START DATE | END DATE |
| AUTONOMY INC | | | Dec-99 | Aug-04 |
| AVNET COMPUTERS | DOED | | Apr-02 | Jan-05 |
| BMC SOFTWARE, INC. | DLA-BSM | GS-35F-5237H | Sep-00 | Dec-06 |
| CASEWISE SYSTEMS | DOED | GS-35F-0624L | Feb-00 | Jun-03 |
| CDW | DLA-BSM | GS-35F-0195J | Jan-04 | Dec-06 |
| CGI-AMS INC. | DLA-BSM | GS-35F-4797H | Oct-01 | Jun-06 |
| CISCO | DLA-BPC | GS-35F-4389G | Sep-00 | Dec-06 |
| CNT | DLA-BPC | GS-35F-5181H | Sep-00 | Dec-06 |
| COMMERCEQUEST INC | DOED | | Mar-01 | Sep-03 |
| COMPAQ | DLA - BPC ILMS | GS-35F-4663H | Sep-00 | Dec-06 |
| COMSTOR | DLA-BPC | GS-35F-4389G | Sep-00 | Dec-06 |
| DLT SOLUTIONS | DLA-BPC | GS-35F-4543G | Sep-00 | Dec-06 |
| EDGE SYSTEMS | DLA-BPC | GS-35F-0250J | Sep-00 | Dec-06 |
| EDOCS INC | DOED | | Apr-03 | Oct-05 |
| EMC CORPORATION | DLA - BPC AAFES ITEC-4 IRS | GS-35F-0088K | Sep-00 | Dec-06 |
| EPLUS (MLC) | DLA-BPC | GS-35F-5047H | Sep-00 | Dec-06 |
| EPROJECT.COM | DOED | | Mar-01 | Sep-03 |
| FUJITSU | AAFES | GS-35F-0600V/ GS-35F-0411L | Feb-04 | Dec-05 |
| GLOBAL KNOWLEDGE | TSA | GS-35F-4390G | Dec-04 | Dec-06 |
| GTSI | DLA-BPC | GS-35F-4120D | Sep-00 | Dec-06 |
| HALL-MARK GLOBAL SOLUTIONS | DOED | | Nov-99 | Sep-02 |
| HEWLETT PACKARD | DLA - BPC DOED ITEC-4 | GS-35F-4920H | Sep-00 | Dec-06 |
| IBM | DLA - BPC AAFES DOED ITEC-4 | GS-35F-4984H | Sep-00 | Dec-06 |
| IDS | DLA-BPC | | Sep-00 | Dec-06 |
| IGOV.COM | DLA-BPC | GS-35F-4411G | Sep-00 | Dec-06 |
| INFO TECH | DLA-BPC | GS-35F-0233L | Sep-00 | Dec-06 |
| INFORMATICA CORPORATION | DOED | | Jun-99 | Aug-04 |
| INGRAM MICRO, INC. | DOED | | Apr-00 | Sep-04 |
| INTERWOVEN INC | DOED | | Dec-99 | Jul-05 |
| JAMCRACKER INC | DOED | | Apr-01 | Dec-05 |
| LOGICON FDC | DLA-BPC | GS-35F-0279J | Sep-00 | Dec-06 |
| MANUGISTICS | DLA-BSM | GS-35K-0388K | Aug-00 | Dec-06 |
| MARZIK | DLA-BPC | GS-35F-5857H | Sep-00 | Dec-06 |
| MERCURY INTERACTIVE, CORP. | DLA - BSM TSA DOED ITEC-4 | GS-35F-5192G / GS-35F-0494J | Aug-00 | Dec-06 |
| MICROSTRATEGY | DOED | GS-35F-5934H | Dec-99 | Jul-05 |

| VENDOR | AGENCY | VENDOR GSA SCHEDULE | RELEVANT TIME PERIOD | |
|---|---|---|---|---|
| | | | START DATE | END DATE |
| NCR | GTN-21 DECA/EDW | GS-35F-4933H / GS-35F-4692G | Jun-02 | Jan-06 |
| NEW ATLANTA | DOED | GS-35F-0193S | Apr-03 | Oct-05 |
| NORTEL | DLA-BPC | GS-35F-0140L | Sep-00 | Dec-06 |
| ORACLE CORPORATION | DLA - BSM DOED | GS-35F-0009T/ GS-35F-0108J | Aug-00 | Dec-06 |
| PEOPLESOFT | DLA - BPC DOI ILMS TSA | GS-35F-4401G / GS00T99AFS002 | Sep-00 Feb-99 | Dec-06 Sep-01 |
| POPKIN SOFTWARE & SYSTEMS INC | DOED | | Feb-02 | Aug-04 |
| QUEST SOFTWARE | ITEC-4 | GS-35F-0593K | Sep-03 | Dec-05 |
| SAP | DLA-BSM | GS-35F-5891H | Aug-00 | Dec-06 |
| SARCOM | DLA-BPC | GS-35F-3389D | Sep-00 | Dec-06 |
| SECURITY | DLA-BPC | | Sep-00 | Dec-06 |
| SEE BEYOND | DLA-BSM | GS-35F-0581L | Aug-00 | Dec-06 |
| SIEBEL SYSTEMS INC | DOED | | Oct-99 | Jun-03 |
| STORAGE TEK | DLA-BPC | GS-35F-5049H | Sep-00 | Dec-06 |
| SUN MICROSYSTEMS | DLA - BPC IRS | GS-35F-4194D | Sep-00 | Dec-06 |
| SYBASE INC | DOED | GS-35F-5212H | Feb-00 | Aug-02 |
| TECH DATA CORPORATION | DOED | | Apr-00 | Sep-03 |
| VIADOR | DOED | | Nov-99 | Apr-03 |
| VIEWSET | TSA | | May-04 | Dec-06 |
| WORLDWIDE TECH. (WWT) | DLA-BPC | GS-35F-4194D | Sep-00 | Dec-06 |
| XAP | DOED | | Jan-03 | Sep-05 |