IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL ROBERTS,<br><br>        PLAINTIFFS,<br>VS.<br><br>ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*,<br><br>        DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action 4:04CV00985 BRW |

**MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF
RELATORS' POSITION STATEMENT IN OPPOSITION TO ACCENTURE'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AND UNREDACTED
VERSIONS OF EXHIBITS 1 AND 2 THERETO**

Relators, Norman Rille and Neal Roberts, by and through their counsel, hereby move the Court for an order permitting Relators to file under seal the unredacted version of Relators' Position Statement in Opposition to Accenture's Motion for Partial Summary Judgment, and the unredacted versions of Exhibits 1 and 2 thereto ("Relators' Position Statement"). With the filing of this Motion, the proposed sealed unredacted version of Relators' Position Statement, and of Exhibits 1 and 2 thereto, have been delivered to the Clerk of the Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B). Good cause exists to grant this Motion on the following grounds:

1.      Good cause exists to grant the instant motion because Relators' Position Statement, and Exhibits 1 and 2 thereto, contain information designated by defendant Accenture as "Protected Material" or "Protected Documents - Attorneys' Eyes Only" pursuant to the Court's General Protective Order, dated January 6, 2009, in this action. The Court's protective order requires that materials designated as "Protected Material" or "Protected Documents - Attorneys' Eyes Only" be

filed under seal, and therefore, the unredacted version of Relators' Position Statement and the unredacted versions of Exhibits 1 and 2 thereto should be under seal to comply with the order.

2.  Accordingly, good cause exists to issue an order that the unredacted version of Relators' Position Statement and the unredacted versions of Exhibits 1 and 2 thereto, which were delivered to the Clerk of Court in a sealed envelope, pursuant to ECF Policies and Procedure IV(B) on March 30, 2011, be filed under seal.

WHEREFORE, Relators respectfully request that the Court order that the unredacted version of Relators' Position Statement and the unredacted versions of Exhibits 1 and 2 thereto, which were delivered to the Clerk of Court in a sealed envelope pursuant to ECF Policies and Procedure IV(B) on March 30, 2011, be filed under seal; and that the Court grant to Relators all other just and proper relief.

Respectfully submitted,

By:   /s/ Von G. Packard
Von G. Packard (CA SBN 74877)
Daniel W. Packard (TX SBN 791392; LA SBN 29643)
Ronald D. Packard (CA SBN 72173)
Jacquetta Bardacos (CA SBN 139211)
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022
(650) 947-7300  (Telephone)
(650) 947-7301  (Facsimile)
vpackard@packard.com

*- and -*

WILSON, ENGSTROM, CORUM & COULTER
200 River Market Avenue, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
(501) 375-6453 (Telephone)
(501) 375-5914 (Facsimile)
Stephen Engstrom (ABN 74047)

*- and -*

> Lon D. Packard
> Craig H. Johnson
> PACKARD, PACKARD & JOHNSON
> 2825 Cottonwood Parkway, Suite 500
> Salt Lake City, Utah 84121
>
> **Attorneys for Relators/Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on the 31st day of March, 2011:

- **Jason Wallach**; wallachJ@dicksteinshapiro.com

- **Justin A. Chiarodo**; Chiarodoj@dicksteinshapiro.com

- **J. Andrew Jackson**; Jacksona@dicksteinshapiro.com

- **Anton Leo Janik, Jr.**; ajanik@mwlaw.com, ldeloach@mwlaw.com

- **David M. Nadler**; nadlerd@dicksteinshapiro.com

- **Deborah Goldstock Ringel**; ringeld@dicksteinshapiro.com

- **Joseph Berger**; bergerj@dicksteinshapiro.com; dodsont@dicksteinshapiro.com

- **Adam Proujansky**; proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**; lpruitt@mwlaw.com, bhopper@mwlaw.com

- **Shannon S. Smith**; Shannon.Smith@usdoj.gov, Maria.Altadonna@usdoj.gov

- **Donald J. Williamson**; don.williamson@usdoj.gov

- **Linda McMahon**; linda.mcmahon2@usdoj.gov

- **Brian R. Young**; Brian.Young4@usdoj.gov

- **Jeehae Jennifer Koh**; Jennifer.Koh@usdoj.gov

- **Jenelle M. Beavers**; jenelle.beavers@usdoj.gov

- **Stephen C. Engstrom**; stephen@wecc-law.com; marilyn@wecc-law.com

- **Shirley Guntharp Jones**; shirley@wecc-law.com, lorraine@wecc-law.com

- **Craig H. Johnson**; cjohnson@packard.com

- **Daniel W. Packard**; dpackard@packard.com

- **Jacquetta F. Bardacos**; jbardacos@packard.com

- **Lon D. Packard**; lpackard@packard.com

- **Ronald D. Packard**; rdpackard@packard.com

- **Von G. Packard**; vpackard@packard.com

- **Michael Bierman**; mbierman@luce.com; tdelpomar@luce.com

- **Jeffrey Wexler**; jwexler@luce.com, tdelpomar@luce.com

    /s/ Von G. Packard
    Von G. Packard