IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) *ex rel.* NORMAN RILLE and NEAL ) ROBERTS, )       *Plaintiff,* ) ) vs. ) ) ACCENTURE LLP; ACCENTURE LTD., and ) PROQUIRE, LLC, ) )       *Defendants.* ) | Civil Action No. 4-04CV00985-BRW |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time for Defendants to File Reply Memorandum in Further Support of Motion for Partial Summary Judgment, and the entire record, it is hereby ORDERED that the Motion (Doc. No. 467) is GRANTED; and it is further ORDERED that Defendants will have an extension to and including April 7, 2011, of the time in which to file their reply memorandum.

IT IS SO ORDERED this 31st day of March, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE