IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | Civil Action 4:04CV00985-BRW |
| VS. | ) ) | |
| ACCENTURE, LLP, et al. | ) ) | |
| DEFENDANTS. | ) ) | |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER SEAL
UNREDACTED VERSION OF RELATORS' POSITION STATEMENT
IN OPPOSITION TO ACCENTURE'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AND UNREDACTED VERSIONS OF EXHIBITS 1 AND 2 THERETO**

After consideration of Relators' Motion to File Under Seal Unredacted Version of Relators' Opposition to Accenture's Motion for Partial Summary Judgment and Unredacted Versions of Exhibits 1 and 2 Thereto, the Court grants the Motion (Doc. No. 470) and directs the Clerk of this Court to file under seal paper copies of the unredacted Relators' opposition to said motion and the unredacted versions of Exhibits 1 and 2 thereto.

IT IS SO ORDERED this 4th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE