FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 04 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>*Plaintiff,* )<br>)<br>v. )<br>ACCENTURE LLP; ACCENTURE LTD., )<br>and PROQUIRE, LLC, )<br>)<br>*Defendants.* )<br>) | Civil Action No. 4-04 CV0000985BRW |

## ORDER GRANTING UNITED STATES' REQUEST TO ALLOW MORE THAN ONE ATTORNEY FOR THE UNITED STATES TO QUESTION STEVEN GOODMAN AT HIS DEPOSITION

The Court conducted a telephone hearing regarding the United States' request that two of its attorneys be permitted to ask questions during Steven Goodman's two-day deposition, which is scheduled for March 16 and 17, 2011. After hearing from counsel for all parties, as well as Mr. Goodman's personal counsel, it is the opinion of the Court, in exercising its discretion, that the United States' request is GRANTED. The following procedures shall be followed:

(1) Only one attorney for the United States will ask questions in a single day. Thus, one attorney will ask questions on the first day of the deposition and the other attorney will ask questions on the second day.

(2) The United States will divide the subject matter into topics. Each topic will be covered by only one attorney for the United States. Thus, the attorney asking questions on the second day will not duplicate topics or questions covered the first day.

(3) Relators' counsel may ask questions at the end of the first day, but those questions should only relate to topics covered by the United States on that day. The same is true for the second day. If the Relators wish to cover topics not covered by the United States, such questions should be asked on the second day.

SO ORDERED this 5th day of April, 2011

_____
HONORABLE JOHN W. COLE
SPECIAL MASTER