**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> *Plaintiffs*, <br><br> vs. <br><br> ACCENTURE LLP, ACCENTURE LTD, and PROQUIRE LLC, <br><br> *Defendants*. | Case No. 4-04 CV0000985-BRW |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO STRIKE GOVERNMENT'S "STATEMENT OF MATERIAL FACT AS TO WHICH THERE IS NO GENUINE ISSUE" FILED WITH OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Accenture LLP, Accenture Ltd, and Proquire LLC respectfully file this Memorandum in support of their Motion to Strike Government's "Statement of Material Fact as to Which There Is No Genuine Issue" Filed With Opposition to Motion for Partial Summary Judgment.

The Local Rules of this Court are very precise in setting forth what is required in moving for and opposing summary judgment.  The moving party is required to accompany its motion for summary judgment with a "separate, short, and concise statement of the material facts as to which it contends there is no genuine issue to be tried."  Local Rule 56.1(a).  "If the non-moving party opposes the motion, it shall file, in addition to any response and brief, a separate, short and concise statement of the material facts ***as to which it contends a genuine issue exists to be tried***."  Local Rule 56.1(b) (emphasis added).

DSMDB-2911293v1

The procedure established by Local Rule 56.1 is not merely a formal nicety; it goes to the very heart of the Court's determination as to whether the summary judgment standard has been met:

> Local Rule 56.1 requires a party moving for summary judgment to "annex to the notice of motion a separate, short and concise statement of the material facts as to which it contends there is no genuine issue to be tried." Those facts are deemed admitted unless controverted by the non-moving party. The purpose of the Rule is to establish a baseline of facts which both parties can agree to, so that the Court will have a factual starting point from which to work when reviewing the motion.
>
> This mechanism helps the Court determine those facts on which the parties *agree*-and those on which they do not agree. Obviously, facts agreed upon are not in dispute and do not have to be supported by affidavit or other evidence. It is only for those material facts concerning which there is a dispute that supportive evidence is required. Thus, when a material fact is not agreed upon and the moving party puts forth evidence to support his contention with respect to it, the non-moving party is obliged to respond with contrary evidence if any he has.

*Duvall v. City of Rogers, Ark.*, 2005 WL 3784932, at *1 (W.D. Ark. Dec. 20, 2005)

Defendants filed, along with their Motion for Partial Summary Judgment, a Statement of Material Facts as to Which There Is No Genuine Dispute (Doc. #448 (sealed)), in compliance with the Local Rules.  The Government did <u>not</u> accompany their Opposition with a separate statement of the material facts as to which it contends a genuine issue exists to be tried, as required by the Local Rules.  Instead, the Government filed a document titled "Statement of Material Fact as to Which There Is No Genuine Issue."  The Government's document does not set forth material facts as to which the Government contends a genuine issue exists to be tried, as required by the Local Rules.  Rather, the Government's document is filled with assertions that are not material to the narrow legal issues that are the subject of the present motion for partial summary judgment.  Indeed, some of the Government's asserted "facts" are not even facts at all, they are legal conclusions, such as "The Anti-Kickback Act applies to AAFES.  *See* 41 U.S.C. § 52(1)" and "The False Claims Act applies to AAFES.  See S. REP. 99-345 P.L. 99-563, FALSE

DSMDB-2911293v1

CLAIMS AMENDMENTS ACT OF 1986 SENATE REPORT NO. 99-345 July 28, 1986."

Statement of Material Fact as to Which There Is No Genuine Issue ¶¶ 28, 29.

In short, the Government's "Statement of Material Fact as to Which There Is No Genuine Issue" does not comply with the letter or spirit of Local Rule 56.1. The appropriate remedy for the Government's failure to comply with Local Rule 56.1 is to strike the Government's Statement.

For the for the foregoing reasons, Defendants respectfully request that the Government's Statement of Material Fact as to Which There Is No Genuine Issue, be stricken.

Dated: April 7, 2011                                Respectfully submitted,


                                                    By:    /s/ Lyn P. Pruitt
Of Counsel:                                                Lyn P. Pruitt
J. Andrew Jackson (admitted *pro hac vice*)                Ark. Bar No. 84121
*jacksona@dicksteinshapiro.com*
Dickstein Shapiro LLP                                      Mitchell, Williams, Selig, Gates &
1825 Eye St. NW                                            Woodyard, P.L.L.C.
Washington DC, 20006                                       425 West Capitol Ave., Suite 1800
Tel:  (202) 420-2200                                       Little Rock, Arkansas  72201
Fax:  (202) 420-2201                                       (501) 688-8800
                                                           *lpruitt@mwsgw.com*

DSMDB-2911293v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2011, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

_/s/ Lyn P. Pruitt_
Lyn P. Pruitt

DSMDB-2911293v1