IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>　　　*Plaintiff,*<br>　　　vs.<br>ACCENTURE LLP, ACCENTURE LTD, and PROQUIRE LLC,<br>　　　*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4-04-cv-00985-BRW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY
MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT AND ALL EXHIBITS THERETO**

　　　1.　　Defendants Accenture LLP, Accenture Ltd, and Proquire LLC (collectively "Accenture" or "Defendants"), by and through their undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully move the Court for an order permitting Defendants to file their Reply Memorandum in Further Support of Motion for Partial Summary Judgment, together with Exhibits thereto, under seal.

　　　2.　　Good cause exists to grant the instant motion, because the Reply Memorandum and Exhibits discuss and contain information which has been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Reply Memorandum and Exhibits should be under seal.

3. Accordingly, Accenture respectfully requests that the Court order the Reply Memorandum and Exhibits be filed under seal.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court order Defendants' Reply Memorandum in Further Support of Motion for Partial Summary Judgment, together with Exhibits thereto, be filed under seal.

Dated:                                                         Respectfully submitted,

April 7, 2011                                              By:  /s/ Lyn P. Pruitt
                                                                     Lyn P. Pruitt
                                                                     Ark. Bar No. 84121

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)      Mitchell, Williams, Selig, Gates
*jacksona@dicksteinshapiro.com*                           & Woodyard, P.L.L.C.
Dickstein Shapiro LLP                                     425 West Capitol Ave., Suite 1800
1825 Eye St. NW                                              Little Rock, Arkansas  72201
Washington DC, 20006                                  (501) 688-8800
Tel:  (202) 420-2200                                      *lpruitt@mwlaw.com*
Fax:  (202) 420-2201

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

                                                /s/ Lyn P. Pruitt
                                                  Lyn P. Pruitt