**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>     *Plaintiff,* )<br>)<br>     vs. )<br>)<br>ACCENTURE LLP; ACCENTURE LTD., and )<br>PROQUIRE, LLC, )<br>)<br>     *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING DEFENDANTS' MOTION TO FILE**
**UNDER SEAL DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF**
**MOTION FOR PARTIAL SUMMARY JUDGMENT AND ALL EXHIBITS THERETO**

Upon consideration of Defendant's Motion to File Under Seal Defendants' Reply Memorandum in Further Support of Motion for Partial Summary Judgment and All Exhibits Thereto, and the entire record, it is hereby

ORDERED that Defendants' Motion (Doc. No. 480) is GRANTED, and the Clerk is hereby directed to file under seal Defendants' Reply Memorandum in Further Support of Motion for Partial Summary Judgment, together with all Exhibits thereto.

SO ORDERED this 11th day of April, 2011.

                                          /s/Billy Roy Wilson

                                          UNITED STATES DISTRICT JUDGE