IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>    *Plaintiff,* )<br> )<br>    vs. )<br> )<br>ACCENTURE LLP; ACCENTURE LTD., )<br>and PROQUIRE, LLC, )<br> )<br>    *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING PLAINTIFF THE UNITED STATES OF AMERICA
UNTIL APRIL 11, 2011 TO RESPOND TO DEFENDANT ACCENTURE LLP'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO
ACCENTURE DOCUMENT REQUESTS**

Upon consideration of the Motion to Shorten Response Time made within Defendant Accenture LLP's Motion To Compel Production Of Documents Responsive To Accenture Document Requests And To Shorten Response Time For Motion Pursuant To Local Rule 7.2(b) ("Motion to Compel"), and the Government's emailed response requesting until April 11, 2011 to respond to the Motion to Compel, it is hereby

ORDERED that Plaintiff the United States of America shall respond to the Motion to Compel by Monday, April 11, 2011.

SO ORDERED this ___ day of _____, 2011.

_____
HONORABLE JOHN W. COLE
SPECIAL MASTER