# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**NORMAN RILLE and NEAL ROBERTS**                                     **PLAINTIFFS**

**v.**                              **4:04CV00985-BRW**

**ACCENTURE LLP,** *et al.*                                            **DEFENDANTS**

## ORDER

Pending is the Government's unopposed Motion (Doc. No. 489) to Extend the Time for Filing Its Response to Defendants' Motion for Partial Summary Judgment With Respect to Organizational Conflict of Interest. The Motion is GRANTED, and the Government's Response is due by 5:00 p.m., Thursday, April 21, 2011.

IT IS SO ORDERED this 14th day of April, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE