# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, *Plaintiffs,* vs. ACCENTURE LLP, *et al.,* *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:04CV00985-BRW |

## ORDER

Relators' Motion to Admit Counsel *Pro Hac Vice* (Doc. No. 492) is GRANTED. Mr. Stanley M. Gibson and Mr. Ryan S. Mauck are directed to register for CM/ECF in the Eastern District of Arkansas by 5:00 p.m. on Thursday, April 28, 2011. Failure to register may result in removal from the case.

IT IS SO ORDERED this 15th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE