IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| _____ )<br>THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>)<br>    *Plaintiffs*, )<br>)<br>    vs. )<br>)<br>ACCENTURE LLP, *et al.*, )<br>)<br>    *Defendants*. )<br>_____ ) | Case No. 4:04-CV-985-BRW |

**NOTICE OF APPEARANCE**

    Stanley M. Gibson and Ryan S. Mauck, Jeffer Mangels Butler & Mitchell LLP, 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067, telephone (310) 203-8080, hereby enter their appearance as additional counsel in this case for Relators and attest that they each have registered with the CM/ECF system as required by this Court's Order pertaining to their admission *pro hac vice* (Doc. 493).

    Dated: April 15, 2011

                                                /s/ Stanley M. Gibson
                                              Stanley M. Gibson (Cal. Bar No. 162329)
                                              Jeffer Mangels Butler & Mitchell LLP
                                              1900 Avenue of the Stars, 7th Floor
                                              Los Angeles, California 90067
                                              (310) 203-8080
                                              sgibson@jmbm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 18th day of April, 2011:

- **Jacquetta F. Bardacos**, jbardacos@packard.com

- **Daniel W. Packard**, dpackard@packard.com

- **Lon D. Packard**, lpackard@packard.com

- **Ronald D. Packard**, rdpackard@packard.com

- **Von G. Packard**, vpackard@packard.com,jsimmons@packard.com

- **Justin A. Chiarodo**, chiarodoj@dicksteinshapiro.com

- **J. Andrew Jackson**, jacksona@dicksteinshapiro.com

- **Anton Leo Janik, Jr.**, ajanik@mwlaw.com, cwalls@mwlaw.com

- **David M. Nadler**, nadlerd@dicksteinshapiro.com

- **Lyn Peeples Pruitt**, lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Jason D. Wallach**, wallachj@dicksteinshapiro.com

- **Joseph Berger**, bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- **Adam Proujansky**, proujanskya@dicksteinshapiro.com

- **Deborah Ringel**, ringeld@dicksteinshapiro.com

- **Michael Bierman**, mbierman@luce.com,tdelpomar@luce.com

- **Jeffrey Wexler**, jwexler@luce.com,tdelpomar@luce.com

- **Craig H. Johnson**, cjohnson@packard.com

- **Donald J. Williamson**, Don.Williamson@usdoj.gov

- **Linda McMahon**, Linda.McMahon2@usdoj.gov

- **Jenelle M. Beavers**, Jennelle.Beavers@usdoj.gov

- **Brian Young**, Brian.Young4@usdoj.gov

- **Jeehae Jennifer Koh**, Jennifer.Koh@usdoj.gov

- **Shannon S. Smith**, Shannon.Smith@usdoj.gov; Maria.Altadonna@usdoj.gov

<u>/s/  Stanley M. Gibson</u>