IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action 4:04-CV-00985 BRW |
| v. | ) ) | |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR LIMITED EXTENSION FACT DISCOVERY SCHEDULE**

Plaintiffs, the United States of America and Relators, through their undersigned counsel, and Defendants, Accenture, LLP, Accenture, Ltd., and Proquire, LLC ("Accenture"), through their undersigned counsel, (collectively, the Parties"), jointly move the Court to extend the time for taking fact depositions that have already been requested and/or noticed by the Parties for two weeks. Fact discovery is currently scheduled to end on May 2, 2011. There are a limited number of depositions (some of non-parties) that have been requested and/or noticed, but for which the Parties have had difficulty scheduling prior to May 2. Extending the deadline by two weeks – until May 16, 2011 – would allow the Parties the time necessary to schedule the remaining depositions.

The Parties further request that in conjunction with an extension of the date by which fact discovery will be complete, the deadline for filing dispositive motions be extended for the same

number of days.  Dispositive motions are currently scheduled to be filed by May 16, 2011.  The Parties request that the time for filing dispositive motions be extended until May 31, 2011.  No other dates in the pretrial discovery schedule would change.

Dated:  April 18, 2011

                            Respectfully Submitted,

**Attorneys for the United States:**
TONY WEST
Assistant Attorney General

   By: */s/* Linda M. McMahon

JOYCE R. BRANDA
PATRICIA DAVIS
LINDA M. McMAHON
DONALD J. WILLIAMSON
J. JENNIFER KOH
JENELLE BEAVERS
GREG PEARSON
Trial Attorneys
U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

CHRISTOPHER THYER
United States Attorney
Eastern District of Arkansas
SHANNON S. SMITH (Bar No. 94172)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(505) 340-2600

**Attorneys for Relators:**

By: /s/ Von G. Packard
Von G. Packard
Ronald D. Packard
Lon D. Packard
Daniel W. Packard

Packard, Packard & Johnson
four Main Street, Suite 200
Los Altos, California 94022

**Attorneys for Defendants, Accenture LLP, et al.**

By: /s/ Lyn P. Pruit
Lyn P. Pruitt
Ark. Bar No. 84122

Mitchell, Williams, Selig, Gates
 & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*lpruitt@mwsgw.com*

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)
*jacksona@dicksteinshapiro.com*
David M. Nadler (admitted *pro hac vice*)
*nadlerd@dicksteinshapiro.com*
Jason Wallach (admitted *pro hac vice*)
*wallachj@dicksteinshapiro.com*

Dickstein Shapiro LLP
1825 Eye St. NW
Washington, DC 20006
Tel: (202) 420-2200
Fax: (202) 420-2201