# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE AND NEAL ROBERTS, <br><br> PLAINTIFFS, <br><br> v. <br><br> ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, <br><br> DEFENDANTS. | Civil Action 4:04CV00985 BRW |

## ORDER GRANTING JOINT MOTION FOR LIMITED EXTENSION OF TIME TO COMPLETE DISCOVERY

The Joint Motion (Doc. No. 496) filed by the parties for a limited extension of time for the parties to complete discovery is GRANTED. It is hereby Ordered and Adjudged that the discovery deadline is extended by two weeks – until May 16, 2011 – to allow the Parties the time necessary to schedule the remaining depositions. Further, the deadline for filing dispositive motions will be extended for the same number of days. Dispositive motions are currently scheduled to be filed by May 16, 2011. The deadline for dispositive motions is extended until May 31, 2011. No other dates in the pretrial discovery schedule will change.

IT IS SO ORDERED this 20th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE