IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>　　　　　*Plaintiff,*<br><br>　　　　vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br><br>　　　　　*Defendants.* | Civil Action No. 4:04-cv-00985-BRW |

### ORDER GRANTING DEFENDANT ACCENTURE LLP'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO ACCENTURE DOCUMENT REQUESTS

After consideration of Accenture's Motion for leave to file a Reply Memorandum in Further Support of Its Motion to Compel Production of Documents Responsive to Accenture Documents Requests, the Court grants the Motion and orders that the Reply Memorandum be filed.

SO ORDERED this ___ day of _____ 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN W. COLE

DSMDB-2798745v1