IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| vs. | ) ) | Case No. 4:04-CV-985-BRW |
| ACCENTURE LLP, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) | |

**AGREED ORDER OF EXTENSION OF TIME TO RESPOND
TO DISCOVERY REQUESTS PURSUANT TO LOCAL RULE 6.2**

The undersigned counsel for each of the Relators represents to the Court that: counsel for all parties have reached agreement in writing to extend the time for responses to discovery propounded by Defendants to each of the Relators (these sets of written discovery are identified more specifically below); and that the agreements for these extensions were reached prior to the due date for said responses; and that the newly-established times for said responses fall within the discovery deadline set by the District Judge (to whom this case is assigned) for fact discovery; and, further, that said timely agreements by counsel for all parties are further evidenced by the electronic signature of counsel for each of the parties (affixed by undersigned counsel for Relators pursuant to the authority of said other counsel); and, therefore, It Is Hereby Ordered by the Clerk that the following extensions are confirmed and approved pursuant to the authority of the Clerk under Local Rule 6.2 of the Local Rules of the United States District Court for the Eastern District of Arkansas:

A.   An extension of time in favor of Norman Rille, to respond on or before May 2, 2011, to Defendants' First Set of Requests for Admission to Relator Norman Rille; and,

B.   An extension of time in favor of Neal Roberts, to respond on or before May 2, 2011, to Defendants' First Set of Requests for Admission to Relator Neal Roberts.

IT IS SO ORDERED by the Clerk of the United States District Court for the Eastern District of Arkansas this <u>25th</u> day of April, 2011.

JAMES W. McCORMACK, CLERK

<u>/s/ Tammy Downs</u>
By Deputy Clerk

*Approved:*

WILSON, ENGSTROM, CORUM & COULTER
200 River Market Avenue, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453
*stephen@wecc-law.com*

By: <u>/s/ Stephen Engstrom</u>
    Stephen Engstrom (Ark. Bar. No. 74047)
    Counsel for Record for Relators Roberts and Rille

DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-2200
wallachj@docksteinshapiro.com

By: /s/ Jason D. Wallach
    Jason D. Wallach (admitted *pro hac vice*)
    Counsel for Accenture, LLP


For the United States of America
Department of Justice
Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-1511

By: /s/ Donald J. Williamson
    Donald J. Williamson
    Counsel for the United States of America