IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*
NORMAN RILLE and NEAL ROBERTS                                               PLAINTIFFS

v.                                  4:04CV00985-BRW

ACCENTURE LLP, *et al.*                                                     DEFENDANTS

## ORDER

Pending is Defendants' Motion to Strike (Doc. No. 478) the Government's Statement of Material Fact as to Which There is No Genuine Issue ("Statement"), which was filed with its Opposition to Defendants' Motion for Partial Summary Judgment. The Government has responded.[1]

Local Rule 56.1 requires that a party opposing a motion for summary judgment file "a separate, short and concise statement of the material facts as to which it contends a genuine dispute exists to be tried." While the Government did not strictly comply with this rule, I decline to strike the Government's Statement.

Accordingly, Defendants' Motion is DENIED.

IT IS SO ORDERED this 26th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 504.