**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**NORMAN RILLE and NEAL ROBERTS**                                    **PLAINTIFFS**

    **vs.**                    **CASE NO. 4:04-CV-985-BRW**

**ACCENTURE LLP,** *et al.*                                                      **DEFENDANTS**

**MOTION OF PACKARD, PACKARD & JOHNSON TO
FILE MOTION UNDER SEAL SEEKING *EX PARTE* RELIEF**

Comes now Packard, Packard & Johnson ("PPJ"), counsel of record herein for the Relators, Norman Rille ("Rille") and Neal Roberts ("Roberts"), and for their Motion to file a Motion under seal seeking *ex parte* relief and an emergency *in camera* hearing, state as follows:

1. PPJ is counsel of record herein for Rille and Roberts. Mr. Stanley Gibson and Mr. Ryan Mauck have recently entered their appearance on behalf of the Relators.

2. PPJ seeks leave of this Court to file a Motion for *ex parte* relief under seal.

3. The basis of said Motion, supporting documentation to be included therewith, and the remedies to be sought from the Court, involve:

    A. Attorney-client issues which have arisen and must be brought to the Court's attention, in accordance with the Court's Local Rules, but which are otherwise inappropriate to share, discuss, or otherwise disclose to Defendants; and

    B. Attorney-client communications and work product documents that concern the issues to be addressed by the Motion.

4. PPJ reasonably believes that the filing of said Motion for *ex parte* relief under seal, the supporting documents attached and incorporated therein, and the disclosure of these matters to the Court, is necessary in order to reasonably comply with the applicable Rules governing PPJ's conduct and actions at this point in time.

5. Neither the basis for PPJ's Motion to be filed under seal, nor the relief being requested involve substantive issues being litigated between the Plaintiffs and Defendants.

6. The matters set forth in PPJ's proposed Motion to be filed under seal are sensitive, urgent, and are required by applicable Rules to be brought now to the immediate attention of this Court. Accordingly, PPJ's Motion will be seeking an *in camera* meeting and/or hearing with the Court, to also include Rille, Roberts, and their new counsel of record; but excluding the Defendants and their counsel of record. PPJ does not believe the Government needs to be involved with these issues at this time, and therefore PPJ does not seek the participation of the Government in responding to said issues and/or their attendance at the requested *in camera* meeting/hearing.

7. Upon request, PPJ will provide a copy its *ex parte* Motion to the Court for an *in camera* inspection. Plaintiffs reasonably anticipate the Motion being available for such inspection by no later than 9:00 a.m. on Tuesday, May 3, 2011.

WHEREFORE, PPJ prays that they be allowed to file a Motion seeking *ex parte* relief under seal, and that the Clerk be so instructed and ordered, and for all other appropriate relief.

        Respectfully submitted,

        PACKARD, PACKARD & JOHNSON

By:    /s/ W.H. Taylor
        W.H. Taylor, #81154
        Timothy L. Brooks, #89187
        Jeff Mitchell, #95149
        Taylor Law Partners LLP
        303 E. Millsap Road
        P.O. Box 8310
        Fayetteville, Arkansas 72703
        Telephone: (479) 443-5222
        Facsimile: (479) 443-7842
        E-mail: whtaylor@taylorlawpartners.com
        E-mail: tbrooks@taylorlawpartners.com
        E-mail: jmitchell@taylorlawpartners.com

**CERTIFICATE OF SERVICE**

I, W. H. Taylor, state that I have served a true and correct copy of the above and foregoing document via the Court's electronic filing system to all counsel of record on this 2nd day of May, 2011, and on this date I am also sending via e-mail a true and correct copy of the same to the Relators, Norman Rille and Neal Roberts.

        /s/ W.H. Taylor
        W. H. Taylor