AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>ex rel. NORMAN RILLE and<br>NEAL ROBERTS<br>                      Plaintiff (s),<br>V.<br>ACCENTURE LLP; ACCENTURE LTD.,<br>and PROQUIRE, LLC<br>                      Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 04-CV-00985-BRW |

Notice is hereby given that, subject to approval by the court, __Norman Rille and Neal Roberts__ substitutes
                                                                                       (Party (s) Name)

__Stanley M. Gibson__, State Bar No. __162329__ as counsel of record in
    (Name of New Attorney)

place of __Packard, Packard & Johnson and Luce, Forward, Hamilton & Scripps.__
                                               (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Jeffer Mangels Butler & Mitchell LLP

    Address:              1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067

    Telephone:          (310) 203-8080          Facsimile (310) 203-0567

    E-Mail (Optional):   sgibson@jmbm.com

I consent to the above substitution.

Date: _____                                                          (Signature of Party (s))

I consent to being substituted.

Date: 4-12-2011                                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Jacquetta F. Bardacos**, jbardacos@packard.com

- **Daniel W. Packard**, dpackard@packard.com

- **Lon D. Packard**, lpackard@packard.com

- **Ronald D. Packard**, rdpackard@packard.com

- **Von G. Packard**, vpackard@packard.com,jsimmons@packard.com

- **Justin A. Chiarodo**, chiarodoj@dicksteinshapiro.com

- **J. Andrew Jackson**, jacksona@dicksteinshapiro.com

- **Anton Leo Janik, Jr.**, ajanik@mwlaw.com, cwalls@mwlaw.com

- **David M. Nadler**, nadlerd@dicksteinshapiro.com

- **Lyn Peeples Pruitt**, lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Jason D. Wallach**, wallachj@dicksteinshapiro.com

- **Joseph Berger**, bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- **Adam Proujansky**, proujanskya@dicksteinshapiro.com

- **Deborah Ringel**, ringeld@dicksteinshapiro.com

- **Michael Bierman**, mbierman@luce.com,tdelpomar@luce.com

- **Jeffrey Wexler**, jwexler@luce.com,tdelpomar@luce.com

- **Craig H. Johnson**, cjohnson@packard.com

- **Donald J. Williamson**, Don.Williamson@usdoj.gov

- **Linda McMahon**, Linda.McMahon2@usdoj.gov

- **Jenelle M. Beavers**, Jennelle.Beavers@usdoj.gov
- **Brian Young**, Brian.Young4@usdoj.gov
- **Jeehae Jennifer Koh**, Jennifer.Koh@usdoj.gov
- **Shannon S. Smith**, Shannon.Smith@usdoj.gov; Maria.Altadonna@usdoj.gov
- **Stephen Engstrom**, stephen@wecc-law.com

/s/  Ryan S. Mauck

7768818v1