**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**NORMAN RILLE and NEAL ROBERTS**                              **PLAINTIFFS**

         **vs.**                  **CASE NO. 4:04-CV-985-BRW**

**ACCENTURE LLP,** *et al.*                                        **DEFENDANTS**

## NOTICE OF SPECIAL APPEARANCE

        Packard, Packard & Johnson ("PPJ") are presently reflected as counsel of record herein for

the Relators, Norman Rille and Neal Roberts.  The undersigned attorneys hereby enter their *special*

*appearance* of record for the limited purpose of representing PPJ, and its individual attorneys of

record, with regard to an *ex parte* Motion, and proceedings thereon, which PPJ seeks to file and

otherwise bring to the Court's attention.

        Respectfully submitted this 2nd day of May, 2011

                                Respectfully submitted,

                                PACKARD, PACKARD & JOHNSON

                        By:      /s/ W.H. Taylor
                                W.H. Taylor, #81154
                                Timothy L. Brooks, #89187
                                Jeff Mitchell, #95149
                                Taylor Law Partners LLP
                                303 E. Millsap Road
                                P.O. Box 8310
                                Fayetteville, Arkansas 72703
                                Telephone:  (479) 443-5222
                                Facsimile:  (479) 443-7842
                                E-mail: whtaylor@taylorlawpartners.com
                                E-mail:  tbrooks@taylorlawpartners.com
                                E-mail: jmitchell@taylorlawpartners.com

## <u>CERTIFICATE OF SERVICE</u>

I, W. H. Taylor, state that I have served a true and correct copy of the above and foregoing document via the Court's electronic filing system to all counsel of record on this 2nd day of May, 2011, and on this date I am also sending via e-mail a true and correct copy of the same to the Relators, Norman Rille and Neal Roberts.

/s/ W.H. Taylor
W. H. Taylor

2