IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

_____
                                                        )
UNITED STATES OF AMERICA                )
*ex rel.* NORMAN RILLE AND NEAL         )
ROBERTS,                                          )
                                                        )        Civil Action 4:04-CV-00985 BRW
              PLAINTIFFS,                          )
                                                        )
                    v.                               )
                                                        )
ACCENTURE, LLP, an Illinois Limited     )
Liability Partnership, *et al.*,                   )
                                                        )
              DEFENDANTS.                         )
_____ )

**JOINT MOTION FOR LIMITED EXTENSION OF RESPONSES TO
REQUESTS FOR ADMISSION**

Plaintiff, the United States of America, through their undersigned counsel, and

Defendants, Accenture, LLP, Accenture, Ltd., and Proquire, LLC ("Accenture"), though

their undersigned counsel, (collectively, "the Parties"), jointly move the Court to extend

the time for four sets of responses to Requests for Admission as follows:

1.      An extension of time in favor of the United States, to respond on or before

May 16, 2011, to Accenture's Fifth Set of Requests for Admission;

2.      An extension of time in favor of the United States, to respond on or before

May 16, 2011, to Accenture's Sixth Set of Requests for Admission;

3.      An extension of time in favor of Accenture, to respond on or before May

16, 2011, to the United States' Second Set of Requests for Admission; and

4.      An extension of time in favor of Accenture, to respond on or before May

16, 2011, to Relators' Request for Admission Set Two.

The due date for the aforementioned discovery is May 2, 2011.  Pursuant to Local Rule 6.2, all parties have consented to this brief extension, with the moving parties requesting the extension and signing on behalf of their respective clients.

According to the Scheduling Order, the current deadline for the completion of all discovery is May 2, 2011, with the exception of an extension to conclude depositions until May 16, 2011.  Although this Motion is made prior to the expiration of the original deadline of May 2, 2011, the Parties do not want to be in violation of the Court's Scheduling Order.  As such, the Parties are seeking the Court's permission to briefly go beyond the discovery deadline as is required by Local Rule 6.2(a).  The Parties do not anticipate this extension will lead to any further extension requests for discovery.

Dated: May 2, 2011

Respectfully submitted,

**Attorneys for Plaintiff, United States of America**

TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
 United States Attorney
 Eastern District of Arkansas

By: */s/ Shannon S. Smith*
Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229 Little Rock , AR 72203-1229 (501) 340-2600
shannon.smith@usdoj.gov

Joyce R. Branda
Patricia Davis

Jenelle M. Beavers
J. Jennifer Koh
Linda M. McMahon
Donald J. Williamson
Greg Pearson
Brian R. Young
U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Defendants, Accenture
LLP, et al.**

By: /s/ *Jason D. Wallach*
Jason D. Wallach (admitted *pro hac vice*)
J. Andrew Jackson (admitted *pro hac vice*)
David M. Nadler (admitted *pro hac vice*)
Joseph Berger (admitted *pro hac vice*)
Justin Chiarodo (admitted *pro hac vice*)
Adam Proujansky (admitted *pro hac vice*)
Deborah Ringel (admitted *pro hac vice*)
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington , DC 20006-5403
(202) 420-2201
wallachj@dicksteinshapiro.com

and

Lyn P. Pruitt
Anton L. Janik, Jr.
Mitchell, Williams, Selig, Gates
& Woodyard, PLLC
425 W. Capitol, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800

## CERTIFICATE OF SERVICE

I certify that on May 2, 2011, the individuals listed below were served by First-Class US Mail, postage pre-paid or via ECF notification:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Philip J. Favro**
pfavro@packard.com

**Craig H. Johnson**
cjohnson@packard.com

**Brian R. Young**
brian.young4@usdoj.gov

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Ryan S. Mauck**
**Stanley M. Gibson**
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jordan L. Strauss**
jordan.strauss@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**David M. Nadler**
nadlerd@dicksteinshapiro.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

**W.H. Taylor**
Taylor Law Partners
Post Office Box 8310
Fayetteville, AR 72703-8310

_____
                    Shannon S. Smith