# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**
**ex rel. NORMAN RILLE and NEAL ROBERTS**                              **PLAINTIFFS**

**v.**                                    **4:04CV00985-BRW**

**ACCENTURE, LLP,** *et al.*                                            **DEFENDANTS**

## ORDER

The Motion to File Under Seal Seeking *Ex Parte* Relief (Doc. No. 508) and the decision whether the requested hearing should be held *ex parte* are hereby referred to Magistrate Judge Joe J. Volpe for disposition.

IT IS SO ORDERED this 2nd day of May, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE