IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ACCENTURE LLP, *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:04-CV-985-BRW<br>)<br>)<br>)<br>)<br>) |

**RELATORS' OPPOSITION TO MOTION OF PACKARD, PACKARD &
JOHNSON TO FILE MOTION UNDER SEAL SEEKING EX PARTE RELIEF**

Relators Neal Roberts and Norm Rille (collectively, "Relators") oppose the Motion of Packard, Packard & Johnson ("PPJ") to file a Motion under seal seeking *ex parte* relief and an emergency in camera hearing.

Although there have been and are disputes between Relators and their former counsel, PPJ, Relators submit that the Motion is unnecessary and inappropriate. PPJ has now signed a substitution of counsel form and Relators have submitted that form to the Court, substituting Relators' current counsel, Stanley M. Gibson and Ryan S. Mauck of Jeffer Mangels Butler & Mitchell LLP, for PPJ as counsel of record in this matter and relieving PPJ as counsel of record. As a result, there is no need for this Court's involvement in such disputes between Relators and their former counsel. Moreover, as a result of the substitutions PPJ has no standing to seek relief from the Court on this matter.

                                          Respectfully submitted,

Dated: May 2, 2011

                                          <u>/s/ Stanley M. Gibson</u>
                                          Stanley M. Gibson (Cal. Bar No. 162329)
                                          Jeffer Mangels Butler & Mitchell LLP
                                          1900 Avenue of the Stars, 7th Floor
                                          Los Angeles, California 90067
                                          (310) 203-8080
                                          sgibson@jmbm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic mail to the following counsel of record on this the 2nd day of May, 2011:

- W.H. Taylor, whtaylor@taylorlawpartners.com

- Timothy L. Brooks, tbrooks@taylorlawpartners.com

- Jacquetta F. Bardacos, jbardacos@packard.com

- Daniel W. Packard, dpackard@packard.com

- Lon D. Packard, lpackard@packard.com

- Ronald D. Packard, rdpackard@packard.com

- Von G. Packard, vpackard@packard.com,jsimmons@packard.com

- Justin A. Chiarodo, chiarodoj@dicksteinshapiro.com

- J. Andrew Jackson, jacksona@dicksteinshapiro.com

- Anton Leo Janik, Jr., ajanik@mwlaw.com, cwalls@mwlaw.com

- David M. Nadler, nadlerd@dicksteinshapiro.com

- Lyn Peeples Pruitt, lpruitt@mwlaw.com,bhopper@mwlaw.com

- Jason D. Wallach, wallachj@dicksteinshapiro.com

- Joseph Berger, bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- Adam Proujansky, proujanskya@dicksteinshapiro.com

- Deborah Ringel, ringeld@dicksteinshapiro.com

- Michael Bierman, mbierman@luce.com,tdelpomar@luce.com

- Jeffrey Wexler, jwexler@luce.com,tdelpomar@luce.com

- Craig H. Johnson, cjohnson@packard.com

- Donald J. Williamson, Don.Williamson@usdoj.gov

- Linda McMahon, Linda.McMahon2@usdoj.gov

- **Jenelle M. Beavers, Jennelle.Beavers@usdoj.gov**

- **Brian Young, Brian.Young4@usdoj.gov**

- **Jeehae Jennifer Koh, Jennifer.Koh@usdoj.gov**

- **Shannon S. Smith, Shannon.Smith@usdoj.gov; Maria.Altadonna@usdoj.gov**

- **Stephen Engstrom, stephen@wecc-law.com**

/s/  Ryan S. Mauck