# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### ROOM A149
### LITTLE ROCK, ARKANSAS 72201

**JAMES W. McCORMACK**                                   **501-604-5351**
**CLERK**                                                **FAX 501-604-5321**

May 3, 2011

Ms. Shannon S. Smith
Assistant U. S. Attorney
Post Office Box 1229
Little Rock, Arkansas 72203-1229

　　　　Re:　　Deficient Filing - Motion For Limited Extension Of Responses  DE# 512
　　　　　　　Case No. - 4:04-cv-000985 BSM

Dear  Ms. Smith:　　　　　:

　　　　The Clerk's office reviewed the above-referenced document and found it to be deficient for the reason mentioned below:

Electronic Filings

　　　　✓　　Lacks an attorney's signature (General Order 53).

　　　　____　　Lacks a signature by an attorney of record (Local Rule 5.5(c)(1)).

　　　　____　　Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5(d)(1)).

　　　　____　　Lacks the attorney's address, telephone number, Bar number, or email address (General Order 53).

　　　　____　　Motion for continuance or an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

　　　　____　　Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:**　Email a corrected document in PDF format to the Clerk's office email address, clerksoffice@ared.uscourts.gov.　Please do not refile the document using the

Revised 03/11/10

Page Two


electronic case filing system.   The email message should briefly describe the reason(s) for resubmitting the  document.  The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Conventional Filings (Paper)

_____   Lacks an original signature (F.R.Cv.P. 11(a) and Local Rule 5.5(c)(1)).

_____   Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5(d)(1)).

_____   Lacks the attorney's address, telephone number, or State Bar number (Local Rule 5.5(c)).

_____   Motion for continuance or an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

_____   Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:**  Refile the corrected document in paper with the Clerk's office.  A brief explanation for the refiling should accompany each document.  The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Please contact the Clerk's office if you have any questions.

Sincerely,

JAMES W. McCORMACK
CLERK


By:  /s/ Carolyn Graham_____
Deputy Clerk

Enclosures
cc:     Counsel

Revised 03/11/10