# MITCHELL ‖ WILLIAMS

Lyn P. Pruitt
Direct Dial: 501-688-8869
Fax: 501-918-7869
E-mail: lpruitt@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

May 3, 2011

Honorable Joe J. Volpe
Richard Sheppard Arnold
United States Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

    Re:  Defendants' objection to Packard, Packard and Johnson ("PPJ") request for *in camera ex parte* hearing and *ex parte* relief issued under seal, in case number 4:04-cv-985-BRW

Dear Magistrate Judge Volpe:

Defendants object to any proceedings without counsel for Defendants being present, or the filing or presentation to the Court of any papers unless such papers are simultaneously provided to counsel for Defendants in unredacted form.

It is highly irregular to have *ex parte* proceedings or papers not served on all counsel. Canon 3 of the Code of Conduct for United States Judges provides that a judge should not initiate, permit, or consider *ex parte* communications, except in very limited circumstances. PPJ has provided no evidence or proffer that the circumstances presented here meet any exception that would permit *ex parte* communications. Indeed, PPJ has not provided the slightest hint as to what the purpose or purported justification for the requested *ex parte* communications might be. Neither Defendants nor the Court need accept PPJ's conclusory assertion that the issues they wish to raise do not concern Defendants or require their participation or knowledge, nor need they accept additional counsels' assertions that the consent motion filed substituting themselves for PPJ resolves all issues.

Certainly, Defendants would be entitled to any information that would be relevant to the credibility of Relators or the reasonableness of the attorneys' fees that Relators seek. Moreover, Defendants are entitled to know of any conduct by Relators, unless it is demonstrated that revealing such conduct would violate the attorney-client privilege under Arkansas law. Defendants therefore respectfully request that the hearing requested by PPJ take place, but with counsel for all parties present. Preventing the hearing entirely, as Relators request, could have the effect of hiding from the Court and opposing counsel important information. If PPJ is requesting to be heard because of a violation, or imminent violation, of Arkansas law or ethical rules, any such circumstances are properly brought to the attention of the Court, and cannot be hidden by Relators by simply replacing their counsel and preventing a hearing sought by former counsel.

                Very truly yours,

                MITCHELL, WILLIAMS, SELIG,
                GATES & WOODYARD, P.L.L.C.

                By    */s/ Lyn P. Pruitt*
                      Lyn P. Pruitt