**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**NORMAN RILLE and NEAL ROBERTS**                                    **PLAINTIFFS**

**vs.**                         **CASE NO. 4:04-CV-985-BRW**

**ACCENTURE LLP,** *et al.*                                          **DEFENDANTS**

## NOTICE OF SPECIAL APPEARANCE

Packard, Packard & Johnson ("PPJ") are presently reflected as counsel of record herein for the Relators, Norman Rille and Neal Roberts. The undersigned attorneys hereby enter their *special* appearance of record for the limited purpose of representing PPJ, and its individual attorneys of record, with regard to an *ex parte* Motion, and proceedings thereon, which PPJ seeks to file and otherwise bring to the Court's attention.

Respectfully submitted this 4th day of May, 2011

        Respectfully submitted,

        PACKARD, PACKARD & JOHNSON

By:   /s/ Timothy L. Brooks
     W.H. Taylor, #81154
     Timothy L. Brooks, #89187
     Jeff Mitchell, #95149
     Taylor Law Partners LLP
     303 E. Millsap Road
     P.O. Box 8310
     Fayetteville, Arkansas 72703
     Telephone: (479) 443-5222
     Facsimile: (479) 443-7842
     E-mail: whtaylor@taylorlawpartners.com
     E-mail: tbrooks@taylorlawpartners.com
     E-mail: jmitchell@taylorlawpartners.com

**CERTIFICATE OF SERVICE**

      I, Timothy L. Brooks, state that I have served a true and correct copy of the above and foregoing document via the Court's electronic filing system to all counsel of record on this 4th day of May, 2011, and on this date I am also sending via e-mail a true and correct copy of the same to the Relators, Norman Rille and Neal Roberts.

                                                    /s/ Timothy L. Brooks
                                                Timothy L. Brooks