## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　**PLAINTIFFS**
**ex rel. NORMAN RILLE and NEAL ROBERTS**

**V.**　　　　　　　　　　　　　　　**4:04-cv-00985-BRW**

**ACCENTURE, LLP,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

Pending before the Court is Relators' Motion to File a Motion Under Seal Seeking *Ex Parte* Relief.[1] Having considered Relators' Motion and the Responses[2], the Motion is GRANTED. The Relators may file a motion under seal seeking *ex parte* relief and an emergency *in camera* hearing. Relators should file their motion under seal forthwith.

The Clerk of the Court is directed that upon receipt of the motion seeking *ex parte* relief to submit the copy of the motion directly to Judge Joe Volpe, the referral Magistrate Judge.

IT IS SO ORDERED this <u>6th</u> day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　／s／ Joe J. Volpe
　　　　　　　　　　　　　　　　　　　　　　JOE J. VOLPE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. No. 508.

[2] Doc. Nos. 516, 523.