IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

_____
                                                      )
THE UNITED STATES OF AMERICA,     )
*ex rel.* NORMAN RILLE and NEAL      )
ROBERTS,                                    )
                                                      )
          *Plaintiffs,*          )
                                                       )
    vs.                                 )      Case No. 4:04-CV-985-BRW
                                                     )
ACCENTURE LLP, *et al.*,              )
                                                     )
          *Defendants*.       )
_____  )

**RELATORS' MOTION TO FILE RESPONSE TO
MOTION OF PACKARD, PACKARD & JOHNSON UNDER SEAL**

      Relators Neal Roberts and Norm Rille (collectively, "Relators") request leave of the Court to file their response to the sealed Motion of Packard, Packard & Johnson ("PPJ") under seal, as follows:

      1.     On May 2, 2011, PPJ filed its motion to file a motion under seal seeking *ex parte* relief and an emergency in camera hearing (Doc. No. 508).

      2.     On May 3, 2011, the Court referred PPJ's motion to Magistrate Judge Joe Volpe (Doc. No. 517).

      3.     On May 6, 2011, Magistrate Judge Volpe granted PPJ's motion to file a motion under seal (Doc. No. 527).

      4.     On May 9, 2011, PPJ filed its motion under seal, emailing a copy to counsel for Relators.

5.  Said motion involves and discusses attorney-client issues and communications and confidential attorney work product.

6.  Relators intend to promptly respond to PPJ's motion. However, in light of the sensitive and confidential information contained in the motion, Relators' response should be filed under seal for the same reasons which formed the basis of the Court's decision to permit PPJ to file its motion under seal.

7.  Accordingly, Relators request that they be permitted to file their response to PPJ's motion seeking *ex parte* relief under seal, and that the Clerk be so instructed and ordered, and for all other appropriate relief.

Respectfully submitted,

Dated: May 11, 2011

/s/ Ryan S. Mauck
Ryan S. Mauck (Cal. Bar No. 223173)
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080
sgibson@jmbm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 11th day of May, 2011:

- **Jacquetta F. Bardacos**
  jbardacos@packard.com

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

- **Joseph Berger**
  bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- **Michael Bierman**
  mbierman@luce.com,tdelpomar@luce.com

- **Timothy Lloyd Brooks**
  tbrooks@taylorlawpartners.com,scraig@taylorlawpartners.com

- **Justin A. Chiarodo**
  Chiarodoj@dicksteinshapiro.com

- **Stephen C. Engstrom**
  stephen@wecc-law.com,marilyn@wecc-law.com

- **Stanley M. Gibson**
  sgibson@jmbm.com

- **J. Andrew Jackson**
  Jacksona@dicksteinshapiro.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,cwalls@mwlaw.com

- **Craig H. Johnson**
  cjohnson@packard.com

- **Shirley Guntharp Jones**
  shirley@wecc-law.com,lorraine@wecc-law.com

- **Jeehae Jennifer Koh**
  jennifer.koh@usdoj.gov

- **Ryan S. Mauck**
  rmauck@jmbm.com

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **David M. Nadler**
  nadlerd@docksteinshapiro.com

- **Daniel W Packard**
  dpackard@packard.com

- **Lon D. Packard**
  lpackard@packard.com

- **Ronald D. Packard**
  rdpackard@packard.com

- **Von G. Packard**
  vpackard@packard.com,jsimmons@packard.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Deborah Ringel**
  ringeld@dicksteinshapiro.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,Maria.Altadonna@usdoj.gov

- **Warner H. Taylor**
  whtaylor@taylorlawpartners.com,mbright@taylorlawpartners.com

- **Jason D. Wallach**
  wallachJ@dicksteinshapiro.com

- **Jeffrey Wexler**
  jwexler@luce.com,tdelpomar@luce.com

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Brian R. Young**
  brian.young4@usdoj.gov

and via first class United States mail, postage prepaid, to the following:

John W. Cole
Attorney at Law
311 West Sunset Drive
Sheridan, AR 72150

/s/  Ryan S. Mauck