## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

_____  )
                                     )
THE UNITED STATES OF AMERICA,        )
*ex rel.* NORMAN RILLE and NEAL      )
ROBERTS,                             )
                                     )
      *Plaintiffs,*            )
                                     )
  vs.                            )    Case No. 4:04-CV-985-BRW
                                     )
ACCENTURE LLP, *et al.*,             )
                                     )
      *Defendants*.            )
_____  )

### ORDER GRANTING RELATORS' MOTION TO FILE RESPONSE
### TO MOTION OF PACKARD, PACKARD & JOHNSON UNDER SEAL

After consideration of Relators' Motion to File Under Seal Relators' Response to the Motion of Packard, Packard & Johnson for *Ex Parte* Relief and *In Camera* Hearing, the Court GRANTS the Motion to Seal (Doc. No. 531) and directs the Clerk of this Court to file the paper copies of said documents under seal. The Response must be filed no later than 9:00 a.m., Monday, May 16, 2011.

The Clerk is directed to submit a copy of the Response directly to Magistrate Judge Joe Volpe.

IT IS SO ORDERED this 12th day of May, 2011.


                                              /s/Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE