IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>　　　　*Plaintiff,*<br><br>v.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br>　　　　*Defendants.* | Civil Action No. 4-04 CV0000985BRW<br><br>**ORDER DENYING ACCENTURE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO ACCENTURE DOCUMENT REQUESTS** |

Pending is Accenture's Motion to Compel Production of Documents Responsive to Accenture Document Requests (Doc. No. 468) which relates to historic GSA schedule pricelists. The United States has submitted a Response in Opposition (Doc. No. 486) and Accenture has submitted a Memorandum in Further Support of their Motion (Doc. No. 501). Based on the arguments put forth by both parties, the Court concludes the possible evidentiary and discovery value of these materials is slight and is substantially outweighed by the burden of producing this material.

Accenture's Motion to Compel Production of Documents Responsive to Accenture Document Requests (Doc. No. 468) is hereby DENIED.

SO ORDERED this 13th day of May, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN W. COLE