**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFFS
ex rel. NORMAN RILLE and NEAL ROBERTS


V.                                    **4:04-cv-00985-BRW**


ACCENTURE, LLP, *et al.*                                        DEFENDANTS

<u>**ORDER**</u>

On May 2, 2011, Packard, Packard, & Johnson (PPJ) filed a Motion to File a Motion Under

Seal Seeking *Ex Parte* Relief,[1] which was granted on May 6, 2011.[2] On May 9, 2011, PPJ filed

under seal a Motion to Obtain Guidance and Other Appropriate Orders,[3] asking the presiding district

judge to conduct an *in camera* hearing and order that Neal Roberts, Normal Rille, Stan Gibson, and

a partner from PPJ attend.[4] The undersigned held a conference call on Thursday, May 12, at 2:00

p.m with PPJ to allow them to fully develop the reasoning for their request of an *in camera* and *ex

parte* hearing.

On May 13, 2011, Relators Neal Roberts and Norm Rille, through their counsel, Stanley

Gibson of Jeffer Mangels Butler & Mitchell, LLP, filed a sealed Response to PPJ's Motion to Obtain

Guidance and Other Appropriate Orders.[5] In their Response, the Relators contend that an *in camera*

---

[1] Doc. No. 508.

[2] Doc. No. 527.

[3] Doc. No. 529.

[4] *Id*.

[5] Doc. No. 534.

hearing is not needed.[6]

After fully reviewing the pleadings, PPJ's Motion to Obtain Guidance and Other Appropriate Orders (Doc. No. 529) is DENIED.  The sealed documents in this matter shall remain under seal.

IT IS SO ORDERED this <u>16th</u> day of May, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[6] *Id.*