IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4-04 CV0000985WRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENT MOTION REGARDING DEADLINES FOR FILING
## PRE-TRIAL DISCLOSURE SHEETS AND OBJECTIONS THERETO

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties") file this assent motion requesting that the Court extend the time for the parties to file their Pre-trial Disclosure Sheets.  Pursuant to the Court's November 24, 2010 Order [Docket #388], the parties are required to serve and file their Pre-trial Disclosure Sheets on June 7, 2011 and to object to the other side's disclosure sheets by June 17, 2011.  Given the slight extension in the discovery schedule to May 16, 2011, and the current expert discovery efforts, the parties ask the Court to extend the deadline for filing their Pre-trial Disclosure Sheets until June 21, 2011, and the deadline for filing any objections to the Pre-trial Disclosure Sheets until July 1, 2011.

A proposed order is being submitted to Chambers by electronic mail.

Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

Dated:  May 18, 2011

TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas

Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

By:  /s/  Linda M. McMahon
Linda M. McMahon
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated:  May 18, 2011

By:    /s/ Stephen Engstrom
Stephen Engstrom (ABN 74047)
Shirley Jones (ABN 90083)

*- and -*

Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800

Dated: May 18, 2011     By:   /s/ Lyn P. Pruitt
                        Lyn P. Pruitt
                        Anton L. Janik, Jr.

*- and -*

J. Andrew Jackson
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 420-2200

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| **Jacquetta F. Bardacos** <br> jbardacos@packard.com | **Jenelle M. Beavers** <br> jenelle.beavers@usdoj.gov |
| **Michael Bierman** <br> mbierman@luce.com <br> tdelpomar@luce.com | **Jordan L. Strauss** <br> jordan.strauss@usdoj.gov |
| **Stephen C. Engstrom** <br> stephen@wecc-law.com <br> marilyn@wecc-law.com | **Jeffrey Wexler** <br> jwexler@luce.com <br> tdelpomar@luce.com |
| **Philip J. Favro** <br> pfavro@packard.com | **Donald J. Williamson** <br> don.williamson@usdoj.gov |
| **Craig H. Johnson** <br> cjohnson@packard.com | **Daniel W Packard** <br> dpackard@packard.com |
| **Brian R. Young** <br> brian.young4@usdoj.gov | **Shannon S. Smith** <br> Shannon.Smith@usdoj.gov <br> Paulette.Chappelle@usdoj.gov |
| **Linda McMahon** <br> linda.mcmahon2@usdoj.gov | Maria.Altadonna@usdoj.gov |
| **Jeehae Jennifer Koh** <br> jennifer.koh@usdoj.gov | **David M. Nadler** <br> nadlerd@dicksteinshapiro.com |
| **Lon D. Packard** <br> lpackard@packard.com | **Shirley Guntharp Jones** <br> shirley@wecc-law.com <br> lorraine@wecc-law.com |
| **Von G. Packard** <br> vpackard@packard.com <br> jsimmons@packard.com | **Ronald D. Packard** <br> rdpackard@packard.com |
| **Ryan S. Mauck** <br> **Stanley M. Gibson** <br> Jeffer Mangels Butler & Mitchell LLP <br> 1900 Avenue of the Stars 7th Floor <br> Los Angeles, CA 90067 | **W.H. Taylor** <br> Taylor Law Partners <br> Post Office Box 8310 <br> Fayetteville, AR 72703-8310 |

                                                                               /s/ Lyn P. Pruitt
                                                                                 Lyn P. Pruitt