**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> *ex rel.* NORMAN RILLE and NEAL <br> ROBERTS, <br>     *Plaintiff,* <br><br>     vs. <br><br> ACCENTURE LLP; ACCENTURE LTD., and <br> PROQUIRE, LLC, <br><br>     *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:04CV00985-BRW <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING ASSENT MOTION REGARDING DEADLINES FOR FILING PRE-TRIAL DISCLOSURES AND OBJECTIONS THERETO

Upon consideration of the parties Assent Motion Regarding Deadlines for Filing Pre-Trial Disclosures and Objections Thereto, it is hereby

ORDERED that the Assent Motion (Doc. No. 542) is GRANTED. The deadline for the filing of Pre-trial Disclosure Sheets is continued until June 21, 2011. The deadline for filing any objections to the Pre-trial Disclosure Sheets is continued until July 1, 2011.

IT IS SO ORDERED this 25th day of May, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE