# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>   *Plaintiff,*<br><br>vs.<br><br>ACCENTURE LLP; ACCENTURE LTD, and PROQUIRE LLC,<br><br>   *Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4-04-cv-00985-BRW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION TO COMPEL DEPOSITION TESTIMONY, DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL AND EXHIBITS THERETO**

  1. Defendants Accenture LLP, Accenture Ltd, and Proquire LLC (collectively "Accenture" or "Defendants"), by and through their undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully move the Court for an order permitting Defendants to file their Motion to Compel Deposition Testimony, as well as Defendants' Memorandum in Further Support of said Motion together with the Exhibits thereto ("Motion, Memorandum and Exhibits"), under seal.

  2. Good cause exists to grant the instant motion, because these documents discuss and contain information which has been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Motion, Memorandum and Exhibits should be filed under seal.

3. Accordingly, Accenture respectfully requests that the Court order the Motion, Memorandum and Exhibits be filed under seal.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court order Defendants' Motion to Compel Deposition Testimony, as well as Defendants' Memorandum in Further Support of said Motion together with the Exhibits thereto, be filed under seal.

Dated:                                                              Respectfully submitted,

May 27, 2011                                                   By: /s/ Lyn P. Pruitt
                                                                                    Lyn P. Pruitt
                                                                                    Ark. Bar No. 84121

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)     Mitchell, Williams, Selig, Gates
*jacksona@dicksteinshapiro.com*                  && Woodyard, P.L.L.C.
Dickstein Shapiro LLP                           425 West Capitol Ave., Suite 1800
1825 Eye St. NW                                   Little Rock, Arkansas  72201
Washington DC, 20006                        (501) 688-8800
Tel:  (202) 420-2200                              *lpruitt@mwlaw.com*
Fax:  (202) 420-2201

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Craig H. Johnson**
cjohnson@packard.com

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Ryan S. Mauck**
RXM@JMBM.com

**Stanley M. Gibson**
SMG@JMBM.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

**W.H. Taylor**
whtaylor@taylorlawpartners.com

                                                    /s/ Lyn P. Pruitt
                                                      Lyn P. Pruitt