# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>　　　　*Plaintiff,*<br><br>　　　　vs.<br><br>ACCENTURE LLP; ACCENTURE LTD, and PROQUIRE LLC,<br><br>　　　　*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 4-04-cv-00985-BRW |

## DEFENDANTS' MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR LEAVE TO DEPOSE JEROME THODE AFTER THE CLOSE OF FACT DISCOVERY, INCLUDING DEFENDANTS' MEMORANDUM IN SUPPORT AND EXHIBIT THERETO

1.　Defendants Accenture LLP, Accenture Ltd, and Proquire LLC (collectively "Accenture" or "Defendants"), by and through their undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., respectfully move the Court for an order permitting Defendants to file their Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery, as well as Defendants' Memorandum in Further Support of said Motion together with Exhibit thereto ("Motion, Memorandum and Exhibit"), under seal.

2.　Good cause exists to grant the instant motion, because these documents discuss and contain information which has been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective

1

2

Order requires that materials designated as Protected Material be filed under seal, and therefore, the Motion, Memorandum and Exhibit should be filed under seal.

3.  Accordingly, Accenture respectfully requests that the Court order the Motion, Memorandum and Exhibit be filed under seal.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court order Defendants' Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery, as well as Defendants' Memorandum in Further Support of said Motion together with Exhibit thereto, be filed under seal.

Dated:                                                                      Respectfully submitted,

May 27, 2011                                                        By:   /s/ Lyn P. Pruitt
                                                                        Lyn P. Pruitt
                                                                        Ark. Bar No. 84121

Of Counsel:
J. Andrew Jackson (admitted *pro hac vice*)       Mitchell, Williams, Selig, Gates
*jacksona@dicksteinshapiro.com*                       & Woodyard, P.L.L.C.
Dickstein Shapiro LLP                                   425 West Capitol Ave., Suite 1800
1825 Eye St. NW                                          Little Rock, Arkansas  72201
Washington DC, 20006                                  (501) 688-8800
Tel:  (202) 420-2200                                         *lpruitt@mwlaw.com*
Fax:  (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| **Jacquetta F. Bardacos**<br>jbardacos@packard.com | **Jenelle M. Beavers**<br>jenelle.beavers@usdoj.gov |
| **Michael Bierman**<br>mbierman@luce.com<br>tdelpomar@luce.com | **Jeffrey Wexler**<br>jwexler@luce.com<br>tdelpomar@luce.com |
| **Stephen C. Engstrom**<br>stephen@wecc-law.com<br>marilyn@wecc-law.com | **Donald J. Williamson**<br>don.williamson@usdoj.gov |
| **Craig H. Johnson**<br>cjohnson@packard.com | **Daniel W Packard**<br>dpackard@packard.com |
| **Linda McMahon**<br>linda.mcmahon2@usdoj.gov | **Shannon S. Smith**<br>Shannon.Smith@usdoj.gov<br>Paulette.Chappelle@usdoj.gov<br>Maria.Altadonna@usdoj.gov |
| **Jeehae Jennifer Koh**<br>jennifer.koh@usdoj.gov | **Shirley Guntharp Jones**<br>shirley@wecc-law.com<br>lorraine@wecc-law.com |
| **Lon D. Packard**<br>lpackard@packard.com | **Ronald D. Packard**<br>rdpackard@packard.com |
| **Von G. Packard**<br>vpackard@packard.com<br>jsimmons@packard.com | **W.H. Taylor**<br>whtaylor@taylorlawpartners.com |
| **Ryan S. Mauck**<br>RXM@JMBM.com | |
| **Stanley M. Gibson**<br>SMG@JMBM.com | |

                                                /s/ Lyn P. Pruitt
                                                  Lyn P. Pruitt