**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>      *Plaintiff,* )<br>       )<br>      vs. )<br>       )<br>ACCENTURE LLP; ACCENTURE LTD., and )<br>PROQUIRE, LLC, )<br>       )<br>      *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL
DEFENDANTS' MEMORANDA, STATEMENTS OF FACT AND EXHIBITS THERETO,
AND CONSOLIDATED EXHIBITS IN SUPPORT OF THEIR
MAY 31, 2011 SUMMARY JUDGMENT MOTIONS**

Upon consideration of Defendant's Motion to File Under Seal Defendants' Memoranda, Statements of Fact, and Exhibits Thereto, and Consolidated Exhibits in Support of Their May 31, 2011 Summary Judgment Motions, and the entire record, it is hereby

ORDERED that Defendants' Motion (Doc. No. 555) is GRANTED, and the Clerk is hereby directed to file under seal the following documents and their exhibits thereto:

1. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment Relating to the AAFES Contract;

2. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue Relating to the AAFES Contract;

3. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment Regarding Principal-Agent Relationships;

4. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue Relating to Principal-Agent Relationships;

5. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment with Respect to Claims Based on Anticompetitive Activity;

6. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue Relating to Anticompetitive Activity;

7. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment with Respect to the U.S. Army eHRS Contract;

8. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue Relating to the U.S. Army eHRS Contract;

9. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment with Respect to Resale of Manugistics Software Licenses for Accenture's Fixed Price Contract with DLA for the BSM Program;

10. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue with Respect to Resale of Manugistics Software Licenses for Accenture's Fixed Price Contract with DLA for the BSM Program;

11. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment with Respect to the U.S. Department of Education Modernization Partner Contract;

12. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue Relating to the U.S. Department of Education Modernization Partner Contract;

13. Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment with Respect to the GTN-21 Contract;

14. Defendants' Statement of Material Facts as to Which There Is No Genuine Issue Relating to the GTN-21 Contract; and

15. Defendants' Appendix of Consolidated Exhibits in Support of May 31, 2011 Summary Judgment Motions.

IT IS SO ORDERED this 1st day of June, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE