**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> *ex rel.* NORMAN RILLE and NEAL ) <br> ROBERTS, ) <br>          *Plaintiff,* ) <br> ) <br>          vs. ) <br> ) <br> ACCENTURE LLP; ACCENTURE LTD., and ) <br> PROQUIRE, LLC, ) <br> ) <br>          *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING UNITED STATES' MOTION TO FILE UNDER SEAL
MEMORANDA, STATEMENTS OF FACT AND EXHIBITS THERETO IN SUPPORT <u>OF
THEIR MAY 31, 2011 SUMMARY JUDGMENT MOTIONS</u>**

Upon consideration the United States' Motion to File Under Seal Plaintiff's Memoranda, Statements of Fact, and Exhibits Thereto in Support of Their May 31, 2011 Summary Judgment Motions, and the entire record, it is hereby

ORDERED that Plaintiff's Motion (Doc. No. 556) is GRANTED, and the Clerk is hereby directed to file under seal the following documents and their exhibits thereto:

1. Plaintiff's Statement of Material Facts as to Which there is no Genuine Dispute (applicable to the three partial summary judgment motions filed May 31, 2011);

2. Plaintiff's Memorandum in Support of Their Motion for Partial Summary Judgment Relating to the AKA and FCA;

3. Plaintiff's Memorandum in Support of Their Motion for Partial Summary Judgment on Liability for Certain Fraudulently Inflated Claims;

4. Plaintiff's Memorandum in Support of Their Motion for Partial Summary Judgment Related to Defendants' Affirmative Defenses;

5. Exhibits 1-267.

The Government's Motion for a One Day Extension of Time (Doc. No. 561) to file these documents is also GRANTED.

IT IS SO ORDERED this 1st day of June, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE