**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) *ex rel.* NORMAN RILLE and NEAL ) ROBERTS, )  *Plaintiff,* )  )  vs. ) ) ACCENTURE LLP; ACCENTURE LTD., and ) PROQUIRE, LLC, )  ) *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR LEAVE TO DEPOSE JEROME THODE AFTER THE CLOSE OF FACT DISCOVERY, INCLUDING DEFENDANTS' MEMORANDUM IN SUPPORT AND EXHIBIT THERETO

Upon consideration of Defendant's Motion to File Under Seal Defendants' Motion to File Under Seal Defendants' Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery, including Defendants' Memorandum in Support and Exhibit Thereto, and the entire record, it is hereby

ORDERED that Defendants' Motion (Doc. No. 547) is GRANTED, and the Clerk is hereby directed to file under seal Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery, including Defendants' Memorandum in Support and Exhibit Thereto.

IT IS SO ORDERED this 1st day of June, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE