**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>  *Plaintiff,* )<br> )<br>  vs. )<br> )<br>ACCENTURE LLP; ACCENTURE LTD., and )<br>PROQUIRE, LLC, )<br> )<br>  *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DEPOSITION
TESTIMONY, DEFENDANTS' MEMORANDUM IN SUPPORT AND
EXHIBITS THERETO**

Upon consideration of Defendant's Motion to File Under Seal Defendants' Motion to Compel Deposition Testimony, Defendants' Memorandum in Support and Exhibits Thereto, it is hereby

ORDERED that Defendants' Motion (Doc. No. 546) is GRANTED, and the Clerk is hereby directed to file under seal Defendants' Motion to Compel Deposition Testimony, Defendants' Memorandum in Support and Exhibits Thereto.

IT IS SO ORDERED this 1st day of June, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE