IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| _____ | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| *ex rel.* NORMAN RILLE and NEAL | ) | |
| ROBERTS, | ) | |
|  | ) | |
| *Plaintiffs,* | ) | |
|  | ) | |
| vs. | ) | Case No. 4:04-CV-985-BRW |
|  | ) | |
| ACCENTURE LLP, *et al.*, | ) | |
|  | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

**RELATORS' MOTION TO RELIEVE
PACKARD, PACKARD & JOHNSON AS COUNSEL OF RECORD**

Relators Norman Rille and Neal Roberts (collectively, "Relators) respectfully move this Court to enter an order relieving Packard, Packard & Johnson ("PPJ") and its individual lawyers of its and their status as counsel of record in this and other related cases.

Although PPJ has represented the Relators in a number of cases brought under the False Claims Act, 31 U.S.C. §3729, *et seq.* (the "FCA Cases"), a substantial economic dispute has arisen as a result of the conflicting interests of Relators and PPJ, which has resulted in Relators filing an action in the Superior Court of the State of California, County of Los Angeles entitled *Neal A. Roberts, et al. v. Packard, Packard & Johnson*, Case No. BC459259 asserting, among other things, claims for conversion and breach of fiduciary duty by PPJ.

The rules of professional conduct in both Arkansas and California require PPJ to cease representing Relators in the FCA Cases because of the direct conflict of interest created by this

dispute as well as the resulting litigation. PPJ, however, has been unwilling for several weeks to execute a document so providing in a format Relators understand to be acceptable to the Court, and PPJ has failed to provide an alternative document in a form acceptable to the Court's processes. For this reason and as further specified in the accompanying memorandum, Relators accordingly ask this Court to enter an order relieving PPJ as counsel for Relators in these actions. Relators are concurrently providing the Court with a form of proposed Order. The proposed Order does not ask this Court to make any decision that would relate to the parties' underlying dispute.

Respectfully submitted,

Dated: June 6, 2011

/s/ Stanley M. Gibson
Stanley M. Gibson (Cal. Bar No. 162329)
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080
sgibson@jmbm.com

-and-

Stephen Engstrom (ABN 74047)
WILSON, ENGSTROM, CORUM & COULTER
200 River Market Avenue, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
stephen@wecc-law.com
Telephone: (501) 375-6453
Facsimile: (501) 375-5914

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 6th day of June, 2011:

- **Jacquetta F. Bardacos**
  jbardacos@packard.com

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

- **Joseph Berger**
  bergerj@docksteinshapiro.com,dodsont@docksteinshapiro.com

- **Michael Bierman**
  mbierman@luce.com,tdelpomar@luce.com

- **Timothy Lloyd Brooks**
  tbrooks@taylorlawpartners.com,scraig@taylorlawpartners.com

- **Justin A. Chiarodo**
  Chiarodoj@docksteinshapiro.com

- **Stephen C. Engstrom**
  stephen@wecc-law.com,marilyn@wecc-law.com

- **Stanley M. Gibson**
  sgibson@jmbm.com

- **J. Andrew Jackson**
  Jacksona@docksteinshapiro.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,cwalls@mwlaw.com

- **Craig H. Johnson**
  cjohnson@packard.com

- **Shirley Guntharp Jones**
  shirley@wecc-law.com,lorraine@wecc-law.com

- **Jeehae Jennifer Koh**
  jennifer.koh@usdoj.gov

- **Ryan S. Mauck**
  rmauck@jmbm.com

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **David M. Nadler**
  nadlerd@dicksteinshapiro.com

- **Daniel W Packard**
  dpackard@packard.com

- **Lon D. Packard**
  lpackard@packard.com

- **Ronald D. Packard**
  rdpackard@packard.com

- **Von G. Packard**
  vpackard@packard.com,jsimmons@packard.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Deborah Ringel**
  ringeld@dicksteinshapiro.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,Maria.Altadonna@usdoj.gov

- **Warner H. Taylor**
  whtaylor@taylorlawpartners.com,mbright@taylorlawpartners.com

- **Jason D. Wallach**
  wallachJ@dicksteinshapiro.com

- **Jeffrey Wexler**
  jwexler@luce.com,tdelpomar@luce.com

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Brian R. Young**
  brian.young4@usdoj.gov

and via first class United States mail, postage prepaid, to the following:

John W. Cole
Attorney at Law
311 West Sunset Drive
Sheridan, AR 72150

/s/  Ryan S. Mauck