IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>　　　　　*Plaintiff*,<br><br>　　vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>　　　　　*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 4-04 CV0000985WRW<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENT MOTION REGARDING DEADLINES FOR FILING RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties") file this assent motion requesting that the Court extend the time for the parties to file their Responses to the motions for summary judgment recently filed by the parties. Pursuant to Local Rule 7.2(b), the parties are required to serve and file their Responses within fourteen (14) days from the date of service.

The parties filed (and the Clerk entered into the record) ten (10) motions for summary judgment, along with memoranda and statements of fact and exhibits thereto, between May 31, 2011 and June 1, 2011. Some portion of the motions and/or memoranda, statements of fact, and exhibits were filed under seal and others were not. Pursuant to Local Rule 7.2(b), different response times are otherwise set for the different motions. The parties ask the Court to extend until Monday, June 20, 2011, the deadline for filing their Responses to all summary judgment motions filed between May 31 and June 1, 2011.

A proposed order is being submitted to Chambers by electronic mail.

                    Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

Dated: June 8, 2011        TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas

Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

By:   /s/ Linda M. McMahon
Linda M. McMahon
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated: June 8, 2011    By:   /s/ Stephen Engstrom
Stephen Engstrom (ABN 74047)
Shirley Jones (ABN 90083)

*- and -*

Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
Telephone: (501) 688-8800

Dated:  June 8, 2011        By:    /s/ Lyn P. Pruitt
                                   Lyn P. Pruitt (ABN 84121)
                                   Anton L. Janik, Jr. (ABN 2007271)

*- and -*

J. Andrew Jackson
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone:  (202) 420-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Jacquetta F. Bardacos**
jbardacos@packard.com

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Craig H. Johnson**
cjohnson@packard.com

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Lon D. Packard**
lpackard@packard.com

**Von G. Packard**
vpackard@packard.com
jsimmons@packard.com

**Ryan S. Mauck**
RXM@JMBM.com

**Stanley M. Gibson**
SMG@JMBM.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Daniel W Packard**
dpackard@packard.com

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Ronald D. Packard**
rdpackard@packard.com

**W.H. Taylor**
whtaylor@taylorlawpartners.com

 

    /s/ Lyn P. Pruitt
    Lyn P. Pruitt