IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br>       *Plaintiff,* <br><br> vs. <br><br> ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC, <br><br>       *Defendants.* | Civil Action No. 4-04 CV0000985BRW |

[PROPOSED] ORDER REGARDING BLACKSTONE

Michael Blackstone was deposed in this matter on February 4, 2011. Pursuant to a previous Order of Special Master John W. Cole, the parties were to split three ways the cost of Mr. Blackstone's attorney for the deposition. Mr. Blackstone retained the services of Attorney Gary Moliken. Mr. Moliken has submitted a bill to the parties. The total invoice is $18,980. Accenture had a special meeting with the Attorney for which it will separately pay $1300. With the $1,300 for Accenture's meeting with Mr. Moliken subtracted, the United States, Accenture and the Relators will each pay Mr. Moliken a one-third share of the remainder, which is $5893.34.

SO ORDERED this ___ day of _____, 2011.

_____
HONORABLE JOHN W. COLE