# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
#### 600 WEST CAPITOL AVENUE
#### ROOM A149
#### LITTLE ROCK, ARKANSAS 72201

**JAMES W. McCORMACK**  501-604-5351
    **CLERK**  FAX 501-604-5321

 

 

Re:    Deficient Filing -
          Case No. -

Dear                          :

     The Clerk's office reviewed the above-referenced document and found it to be deficient for the reason mentioned below:

<u>Electronic Filings</u>

    \_\_\_\_    Lacks an attorney's signature (General Order 53).

    \_\_\_\_    Lacks a signature by an attorney of record (Local Rule 5.5(c)(1)).

    \_\_\_\_    Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5(d)(1)).

    \_\_\_\_    Lacks the attorney's address, telephone number, Bar number, or email address (General Order 53).

    \_\_\_\_    Motion for continuance or an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

    \_\_\_\_    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:**    Email a corrected document in PDF format to the Clerk's office email address, clerksoffice@ared.uscourts.gov.  <u>Please do not refile the document using the</u>

Revised 03/11/10

Page Two

electronic case filing system.  The email message should briefly describe the reason(s) for resubmitting the document.  The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Conventional Filings (Paper)

    \_\_\_\_    Lacks an original signature (F.R.Cv.P. 11(a) and Local Rule 5.5(c)(1)).

    \_\_\_\_    Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5(d)(1)).

    \_\_\_\_    Lacks the attorney's address, telephone number, or State Bar number (Local Rule 5.5(c)).

    \_\_\_\_    Motion for continuance or an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

    \_\_\_\_    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:**  Refile the corrected document in paper with the Clerk's office.  A brief explanation for the refiling should accompany each document.  The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Please contact the Clerk's office if you have any questions.

    Sincerely,

    JAMES W. McCORMACK
    CLERK


    By: _____
       Deputy Clerk

Enclosures
cc:    Counsel

Revised 03/11/10