IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br>　　　*Plaintiff,*<br><br>　　　vs.<br><br>ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC,<br>　　　*Defendants.* | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING ASSENT MOTION REGARDING DEADLINES FOR FILING RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

Upon consideration of the parties Assent Motion Regarding Deadlines for Filing Responses to Motions for Summary Judgment, it is hereby

ORDERED that the Assent Motion (Doc. No. 597) is GRANTED.  The deadline for the parties to file Responses to the Motions for Summary Judgment filed between May 31, 2011, and June 1, 2011, is continued until Monday, June 20, 2011.

IT IS SO ORDERED this 9th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/Billy Roy Wilson

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE