# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> *Plaintiffs,* <br><br> vs. <br><br> ACCENTURE LLP, *et al.*, <br><br> *Defendants.* | Case No. 4:04-CV-985-BRW |

**RELATORS' MOTION TO FILE UNDER SEAL RELATORS' POSITION STATEMENT IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO COMPEL DEPOSITION TESTIMONY**

1. Relators Neal Roberts and Norm Rille (collectively, "Relators"), by and through their undersigned counsel, respectfully move the Court for an order permitting Relators to file Relators' Position Statement In Support Of The United States' Opposition To Defendants' Motion For Leave To Compel Deposition Testimony (the "Statement") under seal.

2. Good cause exists to grant the instant motion, because this document discusses and contains information which has been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Statement should be filed under seal.

3. Accordingly, Relators respectfully requests that the Court order the Statement be filed under seal.

1

WHEREFORE, for the reasons stated herein, Relators respectfully request that the Court order Relators' Position Statement In Support Of The United States' Opposition To Defendants' Motion For Leave To Compel Deposition Testimony be filed under seal.

                    Respectfully submitted,

Dated: June 13, 2011

/s/ Ryan S. Mauck
Ryan S. Mauck (Cal. Bar No. 223173)
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080
sgibson@jmbm.com

*-and-*

Stephen Engstrom (ABN 74047)
WILSON, ENGSTROM, CORUM & COULTER
200 River Market Avenue, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
stephen@wecc-law.com
Telephone: (501) 375-6453
Facsimile: (501) 375-5914

**Attorneys for Relators/Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 13th day of June, 2011:

- **Jacquetta F. Bardacos**
  jbardacos@packard.com

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

- **Joseph Berger**
  bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- **Michael Bierman**
  mbierman@luce.com,tdelpomar@luce.com

- **Timothy Lloyd Brooks**
  tbrooks@taylorlawpartners.com,scraig@taylorlawpartners.com

- **Justin A. Chiarodo**
  Chiarodoj@dicksteinshapiro.com

- **Stephen C. Engstrom**
  stephen@wecc-law.com,marilyn@wecc-law.com

- **Stanley M. Gibson**
  sgibson@jmbm.com

- **J. Andrew Jackson**
  Jacksona@dicksteinshapiro.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,cwalls@mwlaw.com

- **Craig H. Johnson**
  cjohnson@packard.com

- **Shirley Guntharp Jones**
  shirley@wecc-law.com,lorraine@wecc-law.com

- **Jeehae Jennifer Koh**
  jennifer.koh@usdoj.gov

- **Ryan S. Mauck**
  rmauck@jmbm.com

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **David M. Nadler**
  nadlerd@dicksteinshapiro.com

- **Daniel W Packard**
  dpackard@packard.com

- **Lon D. Packard**
  lpackard@packard.com

- **Ronald D. Packard**
  rdpackard@packard.com

- **Von G. Packard**
  vpackard@packard.com,jsimmons@packard.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Deborah Ringel**
  ringeld@dicksteinshapiro.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,Maria.Altadonna@usdoj.gov

- **Warner H. Taylor**
  whtaylor@taylorlawpartners.com,mbright@taylorlawpartners.com

- **Jason D. Wallach**
  wallachJ@dicksteinshapiro.com

- **Jeffrey Wexler**
  jwexler@luce.com,tdelpomar@luce.com

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Brian R. Young**
  brian.young4@usdoj.gov

and via first class United States mail, postage prepaid, to the following:

John W. Cole
Attorney at Law
311 West Sunset Drive
Sheridan, AR 72150

/s/ Ryan S. Mauck