**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) ) |
| *Plaintiffs,* | ) ) |
| vs. | ) Case No. 4:04-CV-985-BRW ) |
| ACCENTURE LLP, *et al.*, | ) ) |
| *Defendants.* | ) ) ) |

**RELATORS' MOTION TO FILE UNDER SEAL EXHIBITS B AND C TO RELATORS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO DEPOSE JEROME THODE AFTER THE CLOSE OF FACT DISCOVERY**

1.     Relators Neal Roberts and Norm Rille (collectively, "Relators"), by and through their undersigned counsel, respectfully move the Court for an order permitting Relators to file Exhibits B and C to Relators' Opposition to Defendants' Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery (the "Exhibits") under seal.

2.     Good cause exists to grant the instant motion, because these documents discuss and contain information which has been designated as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the Exhibits should be filed under seal.

3.     Accordingly, Relators respectfully request that the Court order the Exhibits be filed under seal.

WHEREFORE, for the reasons stated herein, Relators respectfully request that the

Court order Exhibits B and C to Relators' Opposition to Defendants' Motion for Leave to

Depose Jerome Thode After the Close of Fact Discovery be filed under seal.


Respectfully submitted,

Dated: June 13, 2011


/s/ Ryan S. Mauck
Ryan S. Mauck (Cal. Bar No. 223173)
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080
sgibson@jmbm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 13th day of June, 2011:

- **Jacquetta F. Bardacos**
  jbardacos@packard.com

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

- **Joseph Berger**
  bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- **Michael Bierman**
  mbierman@luce.com,tdelpomar@luce.com

- **Timothy Lloyd Brooks**
  tbrooks@taylorlawpartners.com,scraig@taylorlawpartners.com

- **Justin A. Chiarodo**
  Chiarodoj@dicksteinshapiro.com

- **Stephen C. Engstrom**
  stephen@wecc-law.com,marilyn@wecc-law.com

- **Stanley M. Gibson**
  sgibson@jmbm.com

- **J. Andrew Jackson**
  Jacksona@dicksteinshapiro.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,cwalls@mwlaw.com

- **Craig H. Johnson**
  cjohnson@packard.com

- **Shirley Guntharp Jones**
  shirley@wecc-law.com,lorraine@wecc-law.com

- **Jeehae Jennifer Koh**
  jennifer.koh@usdoj.gov

- **Ryan S. Mauck**
  rmauck@jmbm.com

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **David M. Nadler**
  nadlerd@dicksteinshapiro.com

- **Daniel W Packard**
  dpackard@packard.com

- **Lon D. Packard**
  lpackard@packard.com

- **Ronald D. Packard**
  rdpackard@packard.com

- **Von G. Packard**
  vpackard@packard.com,jsimmons@packard.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Deborah Ringel**
  ringeld@dicksteinshapiro.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,Maria.Altadonna@usdoj.gov

- **Warner H. Taylor**
  whtaylor@taylorlawpartners.com,mbright@taylorlawpartners.com

- **Jason D. Wallach**
  wallachJ@dicksteinshapiro.com

- **Jeffrey Wexler**
  jwexler@luce.com,tdelpomar@luce.com

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Brian R. Young**
  brian.young4@usdoj.gov

and via first class United States mail, postage prepaid, to the following:

John W. Cole
Attorney at Law
311 West Sunset Drive
Sheridan, AR 72150

/s/  Ryan S. Mauck