IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action 4:04-CV-00985 BRW |
| PLAINTIFF, | | |
| v. | | |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, | | |
| DEFENDANTS. | | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The United States by and through their undersigned counsel, respectfully move the Court for an order permitting Plaintiff to file the following documents and exhibits under seal:

1. United States' Opposition to Defendants' Motion to Compel Deposition Testimony;

2. Exhibits 1-8 to the United States' Opposition to Defendants' Motion to Compel Deposition Testimony

Good cause exists to grant the instant motion, because these documents discuss and contain information which has been designated by plaintiffs, defendants, and third parties as Protected Material subject to the Court's January 6, 2009 General Protective Order. The Court's General Protective Order requires that materials designated as Protected Material be filed under seal, and therefore, the documents referenced in paragraph 1 above and their exhibits thereto should be filed under seal.

Accordingly, the United States respectfully requests that the Court order the documents

referenced in numbers 1-8 above and their exhibits thereto be filed under seal.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that the Court order the United States' Opposition to Defendants' Motion to Compel Deposition Testimony and Exhibits 1-8 thereto, be filed under seal.

| | |
|---|---|
| Dated: June 13, 2011 | For the United States of America, |
| | TONY WEST<br>ASSISTANT ATTORNEY GENERAL |
| | <u>Linda M. McMahon</u><br>Joyce R. Branda<br>Pat Davis<br>Donald J. Williamson<br>Linda M. McMahon<br>J. Jennifer Koh<br>Jenelle M. Beavers<br>Greg Pearson<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 514-1511<br>Fax:  (202) 305-7797 |
| | JANE DUKE<br>UNITED STATES ATTORNEY |
| | Shannon Smith (Bar No. 94172) |
| | Assistant U.S. Attorney |
| | Metropolitan Tower |
| | Building, Ste. 500 |
| | Little Rock, AR 72201 |
| | Phone:  (501) 340-2628 |
| | Fax: (501) 340-2730 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 13th day of June 2011:

Lyn Peeples Pruitt lpruitt@mwlaw.com, bhopper@mwlaw.com

Anton Leo Janik, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

J. Andrew Jackson Jacksona@dicksteinshapiro.com

Jason D. Wallach wallachJ@dicksteinshapiro.com

Justin A. Chiarodo Chiarodoj@dicksteinshapiro.com

Stephen C. Engstrom stephen@wecc-law.com,marilyn@wecc-law.com

Shirley Guntharp Jones shirley@wecc-law.com,amber@wecc-law.com

Shannon Short Smith shannon.smith@usdoj.gov,paulette.chappelle@usdoj.gov

Stanley Gibson SMG@JMBM.com

Ryan Mauck RXM@JMBM.com

/s/ Linda M. McMahon