# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| vs. | ) ) | Case No. 4:04-CV-985-BRW |
| ACCENTURE LLP, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) | |

## **ORDER**

Upon consideration of Relators' Motion to File Under Seal Relators' Position Statement In Support Of The United States' Opposition To Defendants' Motion For Leave To Compel Deposition Testimony, it is hereby

ORDERED that Relators' Motion (Doc. No. 606) is GRANTED, and the Clerk is hereby directed to file under seal Relators' Position Statement In Support Of The United States' Opposition To Defendants' Motion For Leave To Compel Deposition Testimony.

Additionally, upon consideration of Relators' Motion to File Under Seal Exhibits B and C to Relators' Opposition to Defendants' Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery, it is hereby

ORDERED that Relators' Motion (Doc. No. 607) is GRANTED, and the Clerk is hereby directed to file under seal Exhibits B and C to Relators' Opposition to Defendants' Motion for Leave to Depose Jerome Thode After the Close of Fact Discovery.

IT IS SO ORDERED this 14th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE