IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* NORMAN RILLE AND NEAL ROBERTS, | ) ) | |
| | ) | Civil Action 4:04CV00985-BRW |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al.*, | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DEPOSITION TESTIMONY AND EXHIBITS THERETO**

Upon consideration of the United States' Motion for Leave to File Under Seal United States' Opposition to Defendants' Motion to Compel Deposition Testimony and Exhibits Thereto, and the entire record, it is hereby

ORDERED that United States' Motion (Doc. No. 608) is GRANTED, and the Clerk is hereby directed to file under seal the following documents:

1. United States' Opposition to Defendants' Motion to Compel Deposition Testimony;

2. Exhibits 1-8 to the United States' Opposition to Defendants' Motion to Compel Deposition Testimony.

IT IS SO ORDERED this 14th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE