# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> *Plaintiffs,* <br><br> vs. <br><br> ACCENTURE LLP, *et al.*, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 4:04-CV-985-BRW |

## ORDER GRANTING RELATORS' MOTION
## FOR LEAVE TO FILE A REPLY BRIEF

After consideration of Relators' Motion for Leave to File a Reply Brief to the "Notice of No Objection" to Relators' Motion to Relieve Packard, Packard & Johnson ("PPJ") as counsel of record, the Court GRANTS the Motion (Doc. No. 605) and directs the Relators to file the Reply Brief referenced in their Motion.

IT IS SO ORDERED this 14th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE