IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

_____
                                                    )
THE UNITED STATES OF AMERICA,   )
*ex rel.* NORMAN RILLE and NEAL   )
ROBERTS,                                          )
                                                    )
        *Plaintiffs*,                              )
                                                    )
        vs.                                            )   Case No. 4:04-CV-985-BRW
                                                    )
ACCENTURE LLP, *et al.*,                 )
                                                    )
        *Defendants*.                             )
_____)

**RELATORS' REPLY TO PPJ'S "ALTERNATIVE PROPOSED ORDER" GRANTING
RELATORS' MOTION TO RELIEVE
PACKARD, PACKARD & JOHNSON AS COUNSEL OF RECORD**

      As part of its' purported "Notice of No Objection" to Relators' Motion to Relieve Packard, Packard & Johnson ("PPJ") as counsel of record, PPJ asks the Court to enter an order ***directly contrary*** to a prior decision of Magistrate Judge Volpe.  Specifically, PPJ's "alternative proposed order" includes a provision that "PPJ is hereby authorized, without further consent required by Relators, upon conclusion of this case to file a motion for its statutory attorney fees and costs…."

      In its May 9, 2011 Motion To Obtain Guidance and Other Appropriate Orders, PPJ asked ***for the same relief --*** that the Court issue an order that "allow[s] PPJ to be lead counsel to file for and seek its statutory attorney fees and costs for itself … and to negotiate such resolutions … [and t]hat PPJ is to be the lead on such motions and hereby has authority to negotiate resolutions thereof."

1

As Relators noted in their response, such an order would be inappropriate because, as a matter of law, any such fee and cost award is payable to Relators, not PPJ. *See Astrue v. Ratliff*, __ U.S. __, 130 S. Ct. 2521, 2524-26 (2010) (Reversing an Eighth Circuit decision, holding that an attorney's statutory fees award is payable to the litigant, not to the litigant's attorney. "The fact that the statute awards to the prevailing party fees in which her attorney may have a beneficial interest or a contractual right does not establish that the statute 'awards' the fees directly to the attorney.")

Magistrate Judge Volpe *denied* PPJ's Motion [Docket No. 539].

PPJ's attempt to go back and request the same relief already denied by Magistrate Judge Volpe now, by including it in PPJ's proposed "alternative" order relieving it as counsel of record, should be rejected. PPJ's concern over Ringtail and Wiki cost is also unnecessary. Relators intend to file an appropriate, omnibus motion at the conclusion of this case seeking all of Relators' statutory costs and fees, including those incurred by PPJ in connection with Ringtail. As with statutory fees, these costs and expenses are Relators', not PPJ's, and thus Relators are the parties that should seek them at the appropriate time.

Finally, PPJ's proposed order seeks to have this Court interpose itself in PPJ's dispute with Relators by characterizing its order as one "removing" PPJ. There is no need for the Court to weigh in on the California litigation by characterizing the departure of PPJ in any fashion other than to give PPJ the needed permission to depart.

                                                        Respectfully submitted,

Dated: June 9, 2011

                                                       <u>/s/ Stanley M. Gibson</u>
                                                       Stanley M. Gibson (Cal. Bar No. 162329)
                                                       Jeffer Mangels Butler & Mitchell LLP
                                                       1900 Avenue of the Stars, 7th Floor
                                                       Los Angeles, California 90067
                                                       (310) 203-8080
                                                       sgibson@jmbm.com

                                                       *-and-*

                                                       Stephen Engstrom (ABN 74047)
                                                       WILSON, ENGSTROM, CORUM & COULTER
                                                       200 River Market Avenue, Suite 600
                                                       Post Office Box 71
                                                       Little Rock, Arkansas 72203
                                                       stephen@wecc-law.com
                                                       Telephone: (501) 375-6453
                                                       Facsimile: (501) 375-5914

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 14th day of June, 2011:

- **Jacquetta F. Bardacos**
  jbardacos@packard.com

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

- **Joseph Berger**
  bergerj@docksteinshapiro.com,dodsont@docksteinshapiro.com

- **Michael Bierman**
  mbierman@luce.com,tdelpomar@luce.com

- **Timothy Lloyd Brooks**
  tbrooks@taylorlawpartners.com,scraig@taylorlawpartners.com

- **Justin A. Chiarodo**
  Chiarodoj@docksteinshapiro.com

- **Stephen C. Engstrom**
  stephen@wecc-law.com,marilyn@wecc-law.com

- **Stanley M. Gibson**
  sgibson@jmbm.com

- **J. Andrew Jackson**
  Jacksona@docksteinshapiro.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,cwalls@mwlaw.com

- **Craig H. Johnson**
  cjohnson@packard.com

- **Shirley Guntharp Jones**
  shirley@wecc-law.com,lorraine@wecc-law.com

- **Jeehae Jennifer Koh**
  jennifer.koh@usdoj.gov

- **Ryan S. Mauck**
  rmauck@jmbm.com

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **David M. Nadler**
  nadlerd@docksteinshapiro.com

- **Daniel W Packard**
  dpackard@packard.com

- **Lon D. Packard**
  lpackard@packard.com

- **Ronald D. Packard**
  rdpackard@packard.com

- **Von G. Packard**
  vpackard@packard.com,jsimmons@packard.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Deborah Ringel**
  ringeld@dicksteinshapiro.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,Maria.Altadonna@usdoj.gov

- **Warner H. Taylor**
  whtaylor@taylorlawpartners.com,mbright@taylorlawpartners.com

- **Jason D. Wallach**
  wallachJ@dicksteinshapiro.com

- **Jeffrey Wexler**
  jwexler@luce.com,tdelpomar@luce.com

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Brian R. Young**
  brian.young4@usdoj.gov

and via first class United States mail, postage prepaid, to the following:

John W. Cole
Attorney at Law
311 West Sunset Drive
Sheridan, AR 72150

/s/  Ryan S. Mauck