IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| _____ ) | |
| THE UNITED STATES OF AMERICA, ) | |
| *ex rel.* NORMAN RILLE and NEAL ) | |
| ROBERTS, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| vs. ) | Case No. 4:04-CV-00985-BRW |
| ) | |
| ACCENTURE LLP, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

ORDER RELIEVING ATTORNEYS OF THE FIRM OF
PACKARD, PACKARD & JOHNSON AS COUNSEL OF RECORD

It is ORDERED that:

1.  The law firm of Packard, Packard & Johnson ("PPJ") and each of the attorneys of that firm (including Von G. Packard, Ronald D. Packard, Daniel W Packard, Jacquetta F. Bardacos, Lon D. Packard and Craig H. Johnson) are relieved as counsel of record of relators Norman Rille and Neal Roberts (collectively, "Relators") in this action.

2.  PPJ shall maintain or shall assist with an orderly transfer of the electronic "Ringtail" database created for this and related actions, including loading additional documents into the database if and as requested by the United States and/or by the law firm of Jeffer Mangels Butler & Mitchell LLP ("JMBM").  PPJ shall maintain or shall assist with an orderly transfer of the electronic trial outline currently hosted by PPJ.  PPJ's actions in this regard are permitted under Paragraphs 5(a) and 5(h) of the General Protective Order in this case, shall not constitute a violation of the General Protective Order in this case, nor shall they operate as a waiver of any otherwise applicable attorney-client or attorney work product privileges.

2

3.     If, within 14 days after the date of this Order, PPJ and Relators are unable to arrive at a mutually acceptable financial compensation to PPJ for hosting, maintaining, or, if Relators choose to transfer the hosting, the time required for a transfer of the Ringtail database and the trial outline to the new host, then PPJ is authorized to include such time and costs in a PPJ application for statutory fees and costs at the conclusion of this action without the prior consent of Relators.  At that time, I will decide whether PPJ is entitled to compensation for all or part of the time and costs associated with the Ringtail and Wiki systems.  Furthermore, any of PPJ's services hereafter shall not be considered an attorney-client relationship, but as third-party non-legal services, and PPJ has no obligations to update, complete, or correct any portion of the trial outline.

4. Accordingly, Relators' Motion to Relieve PPJ as Counsel of Record (Doc. No. 593) is GRANTED.

IT IS SO ORDERED this 15th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE