IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> *ex rel.* NORMAN RILLE and NEAL ) <br> ROBERTS, ) <br>      *Plaintiff,* ) <br> ) <br>      vs. ) <br> ) <br> ACCENTURE LLP; ACCENTURE LTD., and ) <br> PROQUIRE, LLC, ) <br> ) <br>      *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION TO STRIKE CLAIMS FIRST IDENTIFIED BY THE GOVERNMENT AFTER MAY 16, 2011, INCLUDING DEFENDANTS' MEMORANDUM IN SUPPORT AND EXHIBITS THERETO**

Upon consideration of Defendant's Motion to Strike Claims First Identified by the Government After May 16, 2011, as well as Defendants' Memorandum in Support of said Motion together with the Exhibits thereto, and the entire record, it is hereby

ORDERED that Defendants' Motion (Doc. No. 620) is GRANTED, and the Clerk is hereby directed to file under seal Defendants' Motion to Strike Claims First Identified by the Government After May 16, 2011, as well as Defendants' Memorandum in Support of said Motion together with the Exhibits thereto.

SO ORDERED this 16th day of June, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE