IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4-04 CV0000985WRW<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENT MOTION REGARDING DEADLINES FOR FILING RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND FOR THE FILING OF PRETRIAL DISCLOSURE SHEETS AND OBJECTIONS THERETO

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties") file this assent motion requesting that the Court extend the time for the parties to file their Responses to the motions for summary judgment recently filed by the parties, and for the filing of pretrial disclosures and objections thereto.

The parties filed (and the Clerk entered into the record) ten (10) motions for summary judgment, along with memoranda and statements of fact and exhibits thereto, between May 31, 2011 and June 1, 2011. Some portion of the motions and/or memoranda, statements of fact, and exhibits were filed under seal and others were not. The Court previously granted the parties assent motion requesting until Monday, June 20, 2011 to file their Responses to all summary judgment motions filed between May 31 and June 1, 2011. The parties ask the Court to further extend until Wednesday, July 20, 2011 the deadline for filing Responses to all summary judgment motions filed between May 31 and June 1, 2011.

The parties also ask the Court for a 30-day extension of the deadline for filing their Pretrial Disclosure Sheets, which deadline was set as June 21, 2011 by Order of the Court following the parties' earlier assent motion. The parties ask the Court to extend the deadline for filing their Pretrial Disclosure Sheets until Thursday, July 21, 2011.  Additionally, because of this request to extend the deadline to file their Pretrial Disclosure Sheets, the parties also ask the Court to extend the deadline for filing Objections to Pretrial Disclosure Sheets from the currently-set deadline of July 1, 2011 until Monday, August 1, 2011.

A proposed order is being submitted to Chambers by electronic mail.

Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

Dated:  June 17, 2011

TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas

Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

By:    /s/  Linda M. McMahon
Linda M. McMahon
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station

Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated:  June 17, 2011         By:     /s/ Stephen Engstrom
                                      Stephen Engstrom (ABN 74047)
                                      Shirley Jones (ABN 90083)

*- and -*

Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
Telephone: (501) 688-8800

Dated:  June 17, 2011         By:    /s/ Lyn P. Pruitt
                                     Lyn P. Pruitt (ABN 84121)
                                     Anton L. Janik, Jr. (ABN 2007271)

*- and -*

J. Andrew Jackson
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone:  (202) 420-2200

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Ryan S. Mauck**
RXM@JMBM.com

**Stanley M. Gibson**
SMG@JMBM.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**W.H. Taylor**
whtaylor@taylorlawpartners.com

        /s/ Lyn P. Pruitt
        Lyn P. Pruitt