**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> *ex rel.* NORMAN RILLE and NEAL ) <br> ROBERTS, ) <br>       *Plaintiff,* ) <br> ) <br>       vs. ) <br> ) <br> ACCENTURE LLP; ACCENTURE LTD., and ) <br> PROQUIRE, LLC, ) <br> ) <br>       *Defendants.* ) | Civil Action No. 4-04 CV0000985BRW |

**ORDER GRANTING ASSENT MOTION REGARDING DEADLINES FOR FILING RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND FOR THE FILING OF PRETRIAL DISCLOSURE SHEETS AND OBJECTIONS THERETO**

Upon consideration of the parties Assent Motion Regarding Deadlines for Filing Responses to Motions for Summary Judgment and for the Filing of Pretrial Disclosure Sheets, it is hereby

ORDERED that the Assent Motion (Doc. No. 626) is GRANTED.  The deadline for the parties to file Responses to the Motions for Summary Judgment filed between May 31, 2011, and June 1, 2011, is continued until Wednesday, July 20, 2011.  The deadline for the parties to file their Pretrial Disclosure Sheets is continued until Thursday, July 21, 2011. The deadline for the parties to file their Objections to the Pretrial Disclosure Sheets is continued until Monday, August 1, 2011.

IT IS SO ORDERED this 20th day of June, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE