IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | Case No. 4-04 CV0000985WRW |

ASSENT MOTION REGARDING 14-DAY EXTENSION TO DEADLINES FOR FILING RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND FOR THE FILING OF PRETRIAL DISCLOSURE SHEETS AND OBJECTIONS THERETO

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties") file this assent motion requesting that the Court grant a 14-day extension to the time for the parties to file their Responses to the motions for summary judgment recently filed by the parties, and for the filing of pretrial disclosures and objections thereto.

The Court previously granted the parties' assent motion requesting (1) that the deadline for filing Responses to all summary judgment motions filed between May 31 and June 1, 2011 be continued until Wednesday, July 20, 2011, (2) that the deadline to file Pretrial Disclosure Sheets be continued until Thursday, July 21, 2011, and (3) that Objections to Pretrial Disclosure Sheets be continued until Monday, August 1, 2011.

The parties jointly request that the Court grant a 14-day extension of each of the above deadlines, continuing (1) the deadline for the filing Responses to all summary judgment motions filed between May 31 and June 1, 2011 until Wednesday, August 3, 2011, (2) the deadline to file

Pretrial Disclosure Sheets until Thursday, August 4, 2011, and (3) the deadline to file Objections to Pretrial Disclosure Sheets until Monday, August 15, 2011.

A proposed order is being submitted to Chambers by electronic mail.

Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

Dated: July 19, 2011

TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas

Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

By: /s/ Linda M. McMahon
Linda M. McMahon
*linda.mcmahon2@usdoj.gov*
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71

                                          Little Rock, Arkansas 72203
                                          Telephone: (501) 375-6453

Dated: July 19, 2011       By:    /s/ Stephen Engstrom
                                          Stephen Engstrom (ABN 74047)
                                          *stephen@wecc-law.com*
                                          Shirley Jones (ABN 90083)

                                          *- and -*

                                          Stanley M. Gibson
                                          Ryan S. Mauck
                                          JEFFER MANGELS BUTLER & MITCHELL LLP
                                          1900 Avenue of the Stars, 7th Floor
                                          Los Angeles, California 90067
                                          (310) 203-8080 (Telephone)
                                          (310) 203-0567 (Facsimile)


                                          **Attorneys for Defendants**

                                          MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
                                          425 West Capitol Ave., Suite 1800
                                          Little Rock, Arkansas 72201
                                          Telephone: (501) 688-8800

Dated: July 19, 2011       By:    /s/ Lyn P. Pruitt
                                          Lyn P. Pruitt (ABN 84121)
                                          *lpruitt@mwlaw.com*
                                          Anton L. Janik, Jr. (ABN 2007271)

                                          *- and -*

                                          J. Andrew Jackson
                                          Jason D. Wallach
                                          Justin A. Chiarodo
                                          Joseph R. Berger
                                          DICKSTEIN SHAPIRO LLP
                                          1825 Eye Street, NW
                                          Washington, D.C. 20006
                                          Telephone: (202) 420-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| **Michael Bierman**<br>mbierman@luce.com<br>tdelpomar@luce.com | **Jenelle M. Beavers**<br>jenelle.beavers@usdoj.gov |
| **Stephen C. Engstrom**<br>stephen@wecc-law.com<br>marilyn@wecc-law.com | **Jeffrey Wexler**<br>jwexler@luce.com<br>tdelpomar@luce.com |
| **Linda McMahon**<br>linda.mcmahon2@usdoj.gov | **Donald J. Williamson**<br>don.williamson@usdoj.gov |
| **Jeehae Jennifer Koh**<br>jennifer.koh@usdoj.gov | **Shannon S. Smith**<br>Shannon.Smith@usdoj.gov<br>Paulette.Chappelle@usdoj.gov<br>Maria.Altadonna@usdoj.gov |
| **Ryan S. Mauck**<br>RXM@JMBM.com | **Shirley Guntharp Jones**<br>shirley@wecc-law.com<br>lorraine@wecc-law.com |
| **Stanley M. Gibson**<br>SMG@JMBM.com | **W.H. Taylor**<br>whtaylor@taylorlawpartners.com |

                                          /s/ Lyn P. Pruitt
                                           Lyn P. Pruitt