**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>    *Plaintiff,* )<br> )<br>         vs. )<br> )<br>ACCENTURE LLP; ACCENTURE LTD., and )<br>PROQUIRE, LLC, )<br> )<br>    *Defendants.* ) | Civil Action No. 4:04CV0000985-BRW |

## ORDER GRANTING ASSENT MOTION REGARDING DEADLINES

Upon consideration of the parties' Assent Motion Regarding Deadlines for Filing Responses to Motions for Summary Judgment, it is hereby

ORDERED that the Assent Motion (Doc. No. 629) is GRANTED. The deadline for the parties to file Responses to the Motions for Summary Judgment filed and entered into record between May 31, 2011, and June 2, 2011, is continued until Wednesday, August 3, 2011. The deadline to file Pretrial Disclosure Sheets is continued until Thursday, August 4, 2011. The deadline to file Objections to Pretrial Disclosure Sheets is continued until Monday, August 15, 2011.

SO ORDERED this 20th day of July, 2011.

                                        s/Billy Roy Wilson

                                        **UNITED STATES JUDGE DISTRICT**