IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> *Plaintiff*, <br><br> vs. <br><br> ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4-04 CV0000985WRW |

## ASSENT MOTION REGARDING EXTENSION OF DEADLINES AND CONTINUATION OF TRIAL DATE

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties") file this assent motion requesting that the Court grant an extension of time up to and including August 23, 2011 for the parties to file their Responses to the motions for summary judgment and for the filing of pretrial disclosures and objections thereto, that the Court continue the August 23, 2011 trial date so that the parties may have sufficient time to address outstanding pretrial issues prior to the commencement of trial, and that the Court set a status conference for August 23, 2011 regarding the same.

A proposed order is being submitted to Chambers by electronic mail.

Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

Dated:  August 3, 2011              TONY WEST
                                    Assistant Attorney General

|  |  |
|---|---|
|  | CHRISTOPHER R. THYER<br>United States Attorney<br>Eastern District of Arkansas |
|  | Shannon S. Smith (Bar No. 94172)<br>Assistant U.S. Attorney<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>(501) 340-2600 |
| By: | /s/ Linda M. McMahon<br>Linda M. McMahon<br>*linda.mcmahon2@usdoj.gov*<br>Joyce R. Branda<br>Patricia Davis<br>Jenelle M. Beavers<br>J. Jennifer Koh<br>Donald J. Williamson |
|  | U.S. Department of Justice<br>Civil Division<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-0448 |
|  | **Attorneys for Relators/Plaintiff** |
|  | WILSON, ENGSTROM, CORUM & COULTER<br>200 South Commerce, Suite 600<br>Post Office Box 71<br>Little Rock, Arkansas 72203<br>Telephone: (501) 375-6453 |

| Dated: August 3, 2011 | By: | /s/ Stephen Engstrom |
|---|---|---|
|  |  | Stephen Engstrom (ABN 74047)<br>*stephen@wecc-law.com*<br>Shirley Jones (ABN 90083) |
|  |  | *- and -* |
|  |  | Stanley M. Gibson<br>Ryan S. Mauck<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067<br>(310) 203-8080 (Telephone)<br>(310) 203-0567 (Facsimile) |

                    **Attorneys for Defendants**

                    MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
                    425 West Capitol Ave., Suite 1800
                    Little Rock, Arkansas 72201
                    Telephone: (501) 688-8800

Dated: August 3, 2011    By:   /s/ Lyn P. Pruitt
                    Lyn P. Pruitt (ABN 84121)
                    *lpruitt@mwlaw.com*
                    Anton L. Janik, Jr. (ABN 2007271)

                    *- and -*

                    J. Andrew Jackson
                    Jason D. Wallach
                    Justin A. Chiarodo
                    Joseph R. Berger
                    DICKSTEIN SHAPIRO LLP
                    1825 Eye Street, NW
                    Washington, D.C. 20006
                    Telephone: (202) 420-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Donald J. Williamson**
don.williamson@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**Ryan S. Mauck**
RXM@JMBM.com

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**Stanley M. Gibson**
SMG@JMBM.com

**W.H. Taylor**
whtaylor@taylorlawpartners.com

    /s/ Lyn P. Pruitt
    Lyn P. Pruitt