**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* NORMAN RILLE and NEAL )<br>ROBERTS, )<br>      *Plaintiff,* )<br> )<br>      vs. )<br> )<br>ACCENTURE LLP; ACCENTURE LTD., and )<br>PROQUIRE, LLC, )<br> )<br>      *Defendants.* ) | Civil Action No. 4:04CV0000985-BRW |

**ORDER GRANTING ASSENT MOTION REGARDING EXTENSION OF**
**DEADLINES AND CONTINUATION OF TRIAL DATE**

Upon consideration of the parties Assent Motion Regarding Extension of Deadlines and Continuation of Trial Date, it is hereby

ORDERED that the Assent Motion (Doc. No. 632) is GRANTED.  The deadline for the parties to file Responses to the Motions for Summary Judgment filed and entered into record between May 31, 2011, and June 2, 2011, and the deadline to file Pretrial Disclosure Sheets is continued until August 23, 2011.

The Court ORDERS that the parties file a joint status report by 5:00 p.m. on August 23, 2011.  If a telephone conference is necessary, it will be set at a later time.

IT IS SO ORDERED this 4th day of August, 2011.

                                                          **/s/Billy Roy Wilson**

                                                   **UNITED STATES DISTRICT JUDGE**