IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. NORMAN RILLE AND NEAL ROBERTS, <br><br> PLAINTIFFS <br><br> v. <br><br> ACCENTURE, LLP, ACCENTURE, LTD., and PROQUIRE, LLC, <br><br> DEFENDANTS. | Civil Action 04-04-CV-00985 WRW |

**JOINT STATUS REPORT AND ASSENT MOTION REGARDING EXTENSION OF DEADLINES**

Pursuant to this Court's Order of August 4, 2011, the United States of America (the "United States"), Norman Rille and Neal Roberts (the "Relators") and Defendants Accenture, LLP, Accenture, Ltd., and Proquire, LLC . (collectively "the Parties"), hereby file this Joint Status Report and move this Honorable Court for an order granting an extension of time up to and including September 7, 2011 for the Parties to file their responses to the Motions for Summary Judgment and for the filing of pretrial disclosures and objections thereto

The Parties state as follows:

1.      The Parties have reached an agreement in principle to settle this matter and are in the process of negotiating the terms of a settlement agreement.  The parties anticipate needing another two weeks to complete the negotiation of terms.

2.	In the interests of judicial economy and cost-effective case administration, the Parties seek a further continuance of the pretrial deadlines until September 7, 2011.

3.	The parties will provide a report regarding the status of their settlement agreement on or before September 7, 2011.

4.	A Proposed Order is being submitted to Chambers by Electronic Mail.

WHEREFORE, the Parties respectfully request that the Court grant this Assent Motion.

Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

Dated: August 23, 2011

TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas

By:	*/s/ Shannon S. Smith*
Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Linda M. McMahon
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated: August 23, 2011      By:   /s/ Stephen Engstrom
                            Stephen Engstrom (ABN 74047)
                            Shirley Jones (ABN 90083)

*- and -*

Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
    425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
Telephone: (501) 688-8800

Dated: August 23, 2011      By:    /s/ Lyn P. Pruitt

                            Lyn Pruitt
                            Anton Janik

*- and -*

J. Andrew Jackson
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone:  (202) 420-2200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this 23rd day of August 2011:

Lyn Peeples Pruitt lpruitt@mwlaw.com, bhopper@mwlaw.com

Anton Leo Janik, Jr ajanik@mwlaw.com, lbrecht@mwlaw.com

J. Andrew Jackson Jacksona@dicksteinshapiro.com

Jason D. Wallach wallachJ@dicksteinshapiro.com

Justin A. Chiarodo Chiarodoj@dicksteinshapiro.com

Stephen C. Engstrom stephen@wecc-law.com,marilyn@wecc-law.com

Shirley Guntharp Jones shirley@wecc-law.com,amber@wecc-law.com

Shannon Short Smith shannon.smith@usdoj.gov,paulette.chappelle@usdoj.gov

Stanley Gibson SMG@JMBM.com

Ryan Mauck RXM@JMBM.com