

Correction needed
Altadonna, Maria (USAARE)
to:
clerksoffice
08/23/2011 04:20 PM
Cc:
"Williamson, Don (CIV)", "Smith, Shannon (USAARE)", "McMahon, Linda M (CIV)"
Show Details

2 Attachments

 

ole1.bmp  Assent Motion - Stay 8-23-11(2).pdf

U.S. ex rel. Rille v. Accenture

04:04CV985 BRW

Dear Clerk,

Earlier today I filed a Joint Status Report and Assent Motion Regarding Extension of Deadlines (DOC. #635) in the above named matter. The Status Report attached was the incorrect one and we wish to have it replaced with the one attached to this e-mail.

<<Assent Motion - Stay 8-23-11(2).pdf>>

Thank you,

Maria L. Altadonna, Legal Assistant

United States Department of Justice

U.S. Attorney's Office - Eastern District of Arkansas

P.O. Box 1229

Little Rock, Arkansas 72203

Ph: 501-340-2662

Maria.Altadonna@usdoj.gov

