- 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br>      *Plaintiff,* <br><br> vs. <br><br> ACCENTURE LLP; ACCENTURE LTD., and PROQUIRE, LLC, <br><br>      *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 4-04 CV00985-BRW |

## ORDER GRANTING ASSENT MOTION REGARDING EXTENSION OF DEADLINES

**Upon consideration of the parties Joint Status Report and Assent Motion Regarding Extension of Deadlines and Continuation of Trial Date, it is hereby**

ORDERED that the Assent Motion is GRANTED. The deadline for the parties to file Responses to the Motions for Summary Judgment filed and entered into record between May 31, 2011 and June 2, 2011 and the deadline to file Pretrial Disclosure Sheets is continued until September 7, 2011.

The Court ORDERS that the parties file a joint status report by 5:00 p.m. on September 7, 2011. If a telephone conference is necessary, it will be set at a later time.

IT IS SO ORDERED this 24th day of August, 2011.

/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE