IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>   *Plaintiff*,<br><br>  vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>   *Defendants*. | Case No. 4-04 CV0000985WRW |

## ASSENT MOTION TO SET FURTHER STATUS REPORT

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC, (collectively the "parties") have met and conferred together and with the Court and file this motion requesting that the Court grant the parties until 5 pm on Friday, September 9, 2011 in which to provide a further oral status report to the Court.

A proposed order is being submitted to Chambers by electronic mail.

Respectfully Submitted,

**Attorneys for Plaintiff, United States of America**

TONY WEST
Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas

Dated:  September 7, 2011 By: /s/  Shannon S. Smith
               Shannon S. Smith (Bar No. 94172)
               Assistant U.S. Attorney

Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

Linda M. McMahon
*linda.mcmahon2@usdoj.gov*
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated: September 7, 2011   By:   /s/ Stephen Engstrom
Stephen Engstrom (ABN 74047)
*stephen@wecc-law.com*
Shirley Jones (ABN 90083)

*- and -*

Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
Telephone: (501) 688-8800

Dated: September 7, 2011    By:    /s/ Lyn P. Pruitt
                                                                     Lyn P. Pruitt (ABN 84121)
*lpruitt@mwlaw.com*
Anton L. Janik, Jr. (ABN 2007271)

*- and -*

J. Andrew Jackson
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 420-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| **Michael Bierman**<br>mbierman@luce.com<br>tdelpomar@luce.com | **Jenelle M. Beavers**<br>jenelle.beavers@usdoj.gov |
| **Stephen C. Engstrom**<br>stephen@wecc-law.com<br>marilyn@wecc-law.com | **Jeffrey Wexler**<br>jwexler@luce.com<br>tdelpomar@luce.com |
| **Linda McMahon**<br>linda.mcmahon2@usdoj.gov | **Donald J. Williamson**<br>don.williamson@usdoj.gov |
| **Jeehae Jennifer Koh**<br>jennifer.koh@usdoj.gov | **Shannon S. Smith**<br>Shannon.Smith@usdoj.gov<br>Paulette.Chappelle@usdoj.gov<br>Maria.Altadonna@usdoj.gov |
| **Ryan S. Mauck**<br>RXM@JMBM.com | **Shirley Guntharp Jones**<br>shirley@wecc-law.com<br>lorraine@wecc-law.com |
| **Stanley M. Gibson**<br>SMG@JMBM.com | **W.H. Taylor**<br>whtaylor@taylorlawpartners.com |

                                        /s/ Lyn P. Pruitt
                                        Lyn P. Pruitt