**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. NORMAN RILLE AND NEAL ROBERTS, <br><br>        PLAINTIFFS, <br><br>v. <br><br>ACCENTURE, LLP, an Illinois Limited Liability Partnership, *et al*., <br><br>        DEFENDANTS. | Civil Action 4:04CV00985-BRW |

**ORDER**

Pending is the parties' Assent Motion to Set Further Status Report (Doc. No. 639).

The parties' Motion is GRANTED. The parties' written status report is due by 5:00 p.m. on Friday, September 9, 2011.

IT IS SO ORDERED this 8th day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE