IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>ACCENTURE LLP, ACCENTURE LTD., and PROQUIRE, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4-04 CV0000985WRW<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

Plaintiff, the United States of America, Relators Norman Rille and Neal Roberts, and Defendants Accenture LLP, Accenture Ltd., and Proquire, LLC have resolved the matter and, early next week, will file a joint stipulation of dismissal with prejudice.

        Respectfully Submitted,

        **Attorneys for Plaintiff, United States of America**

        TONY WEST
        Assistant Attorney General

        CHRISTOPHER R. THYER
        United States Attorney
        Eastern District of Arkansas

Dated: September 9, 2011   By:   /s/ Shannon S. Smith
                                          Shannon S. Smith (Bar No. 94172)
                                          Assistant U.S. Attorney
                                          Post Office Box 1229
                                          Little Rock, AR 72203-1229
                                          (501) 340-2600

                                          Linda M. McMahon
                                          *linda.mcmahon2@usdoj.gov*
                                          Joyce R. Branda
                                          Patricia Davis

        Jenelle M. Beavers
        J. Jennifer Koh
        Donald J. Williamson

        U.S. Department of Justice
        Civil Division
        P. O. Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 307-0448

        **Attorneys for Relators/Plaintiff**

        WILSON, ENGSTROM, CORUM & COULTER
        200 South Commerce, Suite 600
        Post Office Box 71
        Little Rock, Arkansas 72203
        Telephone: (501) 375-6453

Dated: September 9, 2011   By:   /s/ Stephen Engstrom
        Stephen Engstrom (ABN 74047)
        *stephen@wecc-law.com*
        Shirley Jones (ABN 90083)

        *- and -*

        Stanley M. Gibson
        Ryan S. Mauck
        JEFFER MANGELS BUTLER & MITCHELL LLP
        1900 Avenue of the Stars, 7th Floor
        Los Angeles, California 90067
        (310) 203-8080 (Telephone)
        (310) 203-0567 (Facsimile)

        **Attorneys for Defendants**

        MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
        425 West Capitol Ave., Suite 1800
        Little Rock, Arkansas  72201
        Telephone: (501) 688-8800

Dated: September 9, 2011   By:   /s/ Lyn P. Pruitt
        Lyn P. Pruitt (ABN 84121)
        *lpruitt@mwlaw.com*
        Anton L. Janik, Jr. (ABN 2007271)

        *- and -*

        J. Andrew Jackson

        Jason D. Wallach
        Justin A. Chiarodo
        Joseph R. Berger
        DICKSTEIN SHAPIRO LLP
        1825 Eye Street, NW
        Washington, D.C. 20006
        Telephone: (202) 420-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Michael Bierman**
mbierman@luce.com
tdelpomar@luce.com

**Stephen C. Engstrom**
stephen@wecc-law.com
marilyn@wecc-law.com

**Linda McMahon**
linda.mcmahon2@usdoj.gov

**Jeehae Jennifer Koh**
jennifer.koh@usdoj.gov

**Ryan S. Mauck**
RXM@JMBM.com

**Stanley M. Gibson**
SMG@JMBM.com

**Jenelle M. Beavers**
jenelle.beavers@usdoj.gov

**Jeffrey Wexler**
jwexler@luce.com
tdelpomar@luce.com

**Donald J. Williamson**
don.williamson@usdoj.gov

**Shannon S. Smith**
Shannon.Smith@usdoj.gov
Paulette.Chappelle@usdoj.gov
Maria.Altadonna@usdoj.gov

**Shirley Guntharp Jones**
shirley@wecc-law.com
lorraine@wecc-law.com

**W.H. Taylor**
whtaylor@taylorlawpartners.com

          /s/ Lyn P. Pruitt
          Lyn P. Pruitt