**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ACCENTURE LLP, *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:04-CV-985-BRW<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Relators Norman Rille and Neal Roberts (hereafter Relators), and the Defendants Accenture LLP, Accenture Ltd., and Proquire LLC (hereafter collectively Accenture), through their undersigned counsel, hereby stipulate to the dismissal of the above captioned action.

The United States and the Relators have not yet reached agreement as to the Relators' share of the proceeds of the settlement of this action pursuant to 31 U.S.C. § 3730(d). Accordingly, the parties agree that the Court shall retain jurisdiction of this matter for purposes of determining an appropriate relators' share of the proceeds of the settlement of this action.

Relators and Accenture have not yet reached agreement as to payment of attorneys' fees, costs and expenses, pursuant to 31 U.S.C. § 3730(d)(1). The parties agree therefore that the Court shall retain jurisdiction of this matter for the purpose of determining appropriate attorneys fees, costs and expenses, if any, to be paid to the Relators by Accenture pursuant to 31 U.S.C. §

3730(d). All parties reserve all arguments, claims, and defenses related to any Relator claim for reasonable attorneys' fees, costs, and expenses.

The parties agree that the Court will retain jurisdiction over the parties to enforce the terms of the Settlement Agreement. The United States and Accenture agree that each will bear its own costs, expenses and attorneys' fees.

Wherefore, the parties request that the Court enter an order dismissing this matter without prejudice as to Relators with respect to the determination of relators' share or relators' attorneys' fees, costs and expenses and otherwise with prejudice as to Relators and with prejudice as to the United States to the extent of the "Covered Conduct" in the Settlement Agreement and otherwise without prejudice as to the United States, retaining jurisdiction to resolve any issues relating to relators' share or relators' attorneys' fees, costs and expenses.

                                                      Respectfully submitted,

                                                      **Attorneys for United States of America**

Dated: October 7, 2011                  TONY WEST
                                                      Assistant Attorney General
                                                      CHRISTOPHER THYER
                                                      United States Attorney Eastern District of Arkansas
                                                      Shannon S. Smith (Bar No. 94172)
                                                      Assistant U.S. Attorney
                                                      Post Office Box 1229 Little Rock, AR 72203-1229
                                                      (501) 340-2600

                                     By:    /s/ Linda M. McMahon
                                                      Joyce R. Branda
                                                      Patricia Davis
                                                      Donald J. Williamson
                                                      Linda M. McMahon

                                                      U.S. Department of Justice

|  |  |  |
|---|---|---|
|  |  | Civil Division<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-0448 |

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated: October 7, 2011          By:   /s/ Stephen Engstrom
                                      Stephen Engstrom (ABN 74047)
                                      Shirley Jones (ABN 90083)

*- and -*

Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
Telephone: (501) 688-8800

Dated: October 7, 2011          By:   /s/ Lyn P. Pruitt
                                      Lyn Pruitt
                                      Anton Janik

*- and -*

J. Andrew Jackson
Jason D. Wallach
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW

Washington, D.C. 20006
Telephone: (202) 420-2200