IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> *ex rel.* NORMAN RILLE and NEAL <br> ROBERTS, <br> <br> *Plaintiffs,* <br> <br> vs. <br> <br> ACCENTURE LLP, *et al.*, <br> <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:04-CV-985-BRW <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENT MOTION REGARDING SEQUENCING AND TIME FOR FILING MOTIONS
FOR RELATORS' SHARE AND ATTORNEYS FEES, COSTS AND EXPENSES AND
REQUEST FOR EXPEDITED RULING**

Relators Norman Rille and Neal Roberts ("Relators"), the United States of America and defendants Accenture, LLP, Accenture, Ltd., and Proquire, LLC ("Accenture") respectfully request that the Court issue an order establishing the following sequencing and briefing schedule for certain post-dismissal matters in this case. The parties submit that the following sequencing and schedule will reasonably allow the parties to present these issues to the Court (if necessary) in as expedient and efficient a manner as possible.

As grounds for this Motion, the parties state as follows:

1.      Pursuant to a Settlement Agreement with defendants Accenture, LLP, Accenture, Ltd., and Proquire, LLC ("Accenture") in this matter, a Stipulation of Dismissal was filed on October 7, 2011.

2.      In the Stipulation of Dismissal, the parties expressly agreed that this Court shall retain jurisdiction for purposes of determining the issues of the Realtors' share under 31 U.S.C.

§3730(d) and statutory attorneys' fees, costs and expenses.  Pursuant to local rule and the Federal Rules of Civil Procedure, the Relators' motion for fees, costs and expenses is due within fourteen (14) days of this Court's Order of Dismissal.

3. In related litigation before this Court, the Court has sequenced the filing of Relators' post-dismissal motions by setting the briefing of Relators' motion for attorneys fees, costs and expenses *after* a determination on the issue of Relators' share.  *See The United States of America, ex rel. Norman Rille and Neal Roberts v. Sun Microsystems, Inc., a Delaware Corporation*, Case No. 4-04 CV0000986 BRW, Order dated March 18, 2011 [Docket No. 250]; *The United States of America, ex rel. Norman Rille and Neal Roberts v. Hewlett-Packard Company., a Delaware Corporation*, Case No. 4-04 CV0000989 BRW, Order dated October 7, 2010 [Docket No. 117].

4. Relators and the United States have been, and continue to be in communication regarding the issue of Realtors' share.  Relators and counsel for Accenture have been, and continue to be, in communication regarding the issue of statutory fees, costs and expenses.

5. The parties believe that allowing additional time for the preparation and filing of a motion for an award of statutory attorneys' fees, costs and expenses after a determination on the issue of the Relators' share is necessary and appropriate because such rulings or agreement may be relevant to determination of the issue of statutory attorneys' fees, costs and expenses, and is consistent with this Court's Orders on the sequencing and timing of post-dismissal motions in the *Sun* and *Hewlett-Packard* litigation discussed above.  Similarly, rulings by this Court or agreement among the parties in connection with determination of the Relators' share pursuant to

31 U.S.C. §3730(d) will be of assistance in on-going communications between Relators and Accenture to resolve the issue of attorneys fees, costs and expenses.[1]

6. The parties respectfully request an expedited ruling on this motion due to the time constraints under the local rules and the Federal Rules of Civil Procedure for filing motions for attorneys fees, costs and expenses within fourteen (14) days after the Court enters its dismissal Order.

Accordingly, the parties request that the Court set the following schedule in this matter consistent with the schedule adopted in the *Sun* and *Hewlett-Packard* litigation:

1. On or before November 21, 2011, Relators and the United States shall either (1) file a stipulation setting forth Relators' share of settlement proceeds, or (2) Relators shall file their motion for determination of relators' share of settlement proceeds ("Relators' Share Motion").

2. If a Relators' Share Motion is filed, the United States of America's response to the Relators' Share Motion shall be due on or before December 12, 2011; and Relators shall be entitled to file a reply to the United States of America's response on or before December 23, 2011;

3. Relators shall file their Motion for Statutory Attorneys' Fees, Costs, and Expenses no later than 14 days after this Court enters an order either approving a stipulated agreement between Relators and the United States of America as to Relators' share of settlement proceeds or, if no agreement is reached, setting the Relators' share of settlement proceeds following the Relators' Share Motion.

---

[1] Accenture reserves its right to seek discovery in connection with the issue of attorneys fees, costs and expenses, and Relators reserve their right to object to any such discovery.

Pursuant to Local Rule 7.2(d), no brief is required in connection with this Motion. A proposed order is being submitted to Chambers by electronic mail.

        Respectfully Submitted,

**Attorneys for Relators/Plaintiff**

WILSON, ENGSTROM, CORUM & COULTER
200 South Commerce, Suite 600
Post Office Box 71
Little Rock, Arkansas 72203
Telephone: (501) 375-6453

Dated: October 7, 2011    By:    /s/ Stephen Engstrom
Stephen Engstrom (ABN 74047)
Shirley Jones (ABN 90083)
*- and -*
Stanley M. Gibson
Ryan S. Mauck
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080 (Telephone)
(310) 203-0567 (Facsimile)

**Attorneys for Plaintiff, United States of America**

Dated: October 7, 2011    TONY WEST
Assistant Attorney General
CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas
Shannon S. Smith (Bar No. 94172)
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600

    By:    /s/ Linda M. McMahon
Linda M. McMahon
Joyce R. Branda
Patricia Davis
Jenelle M. Beavers
J. Jennifer Koh
Donald J. Williamson

U.S. Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0448

**Attorneys for Defendants**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800

|  |  |  |
|---|---|---|
| Dated: October 7, 2011 | By: | /s/ Lyn P. Pruitt |

Lyn P. Pruitt (ABN 84121)
Anton L. Janik, Jr. (ABN 2007271)
*- and -*
J. Andrew Jackson
Jason D. Wallach
Justin A. Chiarodo
Joseph R. Berger
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 420-2200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served via electronic notification to the following counsel of record on this the 7th day of October, 2011:

- **Jenelle M. Beavers**
  jenelle.beavers@usdoj.gov

- **Joseph Berger**
  bergerj@dicksteinshapiro.com,dodsont@dicksteinshapiro.com

- **Michael Bierman**
  mbierman@luce.com,tdelpomar@luce.com

- **Timothy Lloyd Brooks**
  tbrooks@taylorlawpartners.com,scraig@taylorlawpartners.com

- **Justin A. Chiarodo**
  Chiarodoj@dicksteinshapiro.com

- **Stephen C. Engstrom**
  stephen@wecc-law.com,marilyn@wecc-law.com

- **Stanley M. Gibson**
  sgibson@jmbm.com

- **J. Andrew Jackson**
  Jacksona@dicksteinshapiro.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,cwalls@mwlaw.com

- **Shirley Guntharp Jones**
  shirley@wecc-law.com,lorraine@wecc-law.com

- **Jeehae Jennifer Koh**
  jennifer.koh@usdoj.gov

- **Ryan S. Mauck**
  rmauck@jmbm.com

- **Linda McMahon**
  linda.mcmahon2@usdoj.gov

- **David M. Nadler**
  nadlerd@dicksteinshapiro.com

- **Adam Proujansky**
  proujanskya@dicksteinshapiro.com

- **Lyn Peeples Pruitt**
  lpruitt@mwlaw.com,bhopper@mwlaw.com

- **Deborah Ringel**
  ringeld@dicksteinshapiro.com

- **Shannon S. Smith**
  Shannon.Smith@usdoj.gov,Maria.Altadonna@usdoj.gov

- **Warner H. Taylor**
  whtaylor@taylorlawpartners.com,mbright@taylorlawpartners.com

- **Jason D. Wallach**
  wallachJ@dicksteinshapiro.com

- **Jeffrey Wexler**
  jwexler@luce.com,tdelpomar@luce.com

- **Donald J. Williamson**
  don.williamson@usdoj.gov

- **Brian R. Young**
  brian.young4@usdoj.gov

and via first class United States mail, postage prepaid, to the following:

John W. Cole
Attorney at Law
311 West Sunset Drive
Sheridan, AR 72150

/s/  Ryan S. Mauck