**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

THE UNITED STATES OF AMERICA,
*ex rel*. NORMAN RILLE and NEAL ROBERTS

vs                                    4:04CV00985-BRW

ACCENTURE LLP, *et al*.

**ORDER**

Pursuant to Fed. R. Civ. P. 41 and the False Claims Act, 31 U.S.C. § 3730(b)(1),

the United States, Relators Norman Rille and Neal Roberts (hereafter Relators) and the

defendants, Accenture LLP, Accenture Ltd., and Proquire LLC (collectively Accenture)

have stipulated to the dismissal of the above-captioned action.

The parties have reached an agreement to settle this litigation.  The United States

and Accenture agree that each will bear its own costs, expenses and attorneys' fees.  The

Relators, Norman Rille and Neal Roberts, and Accenture have not yet reached agreement

as to payment of attorneys' fees, costs and expenses if any, pursuant to 31 U.S.C. §

3730(d). The United States and the Relators have not yet reached agreement as to the

relators' share of the proceeds of the settlement of this matter pursuant to 31 U.S.C. §

3730(d).  Accordingly, in light of the Settlement Agreement, the Court rules as follows:

IT IS ORDERED that this case is DISMISSED without prejudice as to Relators

with respect to the determination of relators' share or relators' attorneys' fees, costs and

expenses and otherwise with prejudice as to Relators and with prejudice as to the United

States to the extent of the "Covered Conduct" in the Settlement Agreement between the

United States, Relators and Accenture and otherwise without prejudice as to the United

States.  The Court retains jurisdiction over this matter to enforce the terms of the

Settlement Agreement.

The Court also retains jurisdiction over this matter for purposes of determining

appropriate attorneys' fees, costs and expenses, if any, to be paid to Relators by

Accenture pursuant to 31 U.S.C. § 3730(d), and for purposes of determining an

appropriate relators' share of the proceeds of the settlement of this case pursuant to 31

U.S.C. § 3730(d).  The United States and Accenture each will bear its own costs,

expenses, and attorneys' fees.

IT IS SO ORDERED this 11th day of October, 2011.


                                    /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE