IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> *Plaintiffs,* <br><br> vs. <br><br> ACCENTURE LLP, *et al.*, <br><br> *Defendants.* | Case No. 4:04-CV-985-BRW |

**ORDER GRANTING ASSENT MOTION FOR SEQUENCING AND SCHEDULE FOR DETERMINING RELATORS' SHARE AND ATTORNEYS FEES, COSTS AND EXPENSES**

After consideration of the parties' assent motion relating to sequencing and scheduling of certain post-dismissal matters, the Court GRANTS the motion and sets the following schedule:

1. On or before November 21, 2011, the Relators and United States shall either (1) file a stipulation setting forth Relators' share of settlement proceeds, or (2) Relators shall file their motion for determination of relators' share of settlement proceeds ("Relators' Share Motion"). If a Relators' Share Motion is filed, the United States of America's response to the Relators' Share Motion shall be due on or before December 12, 2011; and Relators shall be entitled to file a reply to the United States of America's response on or before December 23, 2011.

2. Relators shall file their Motion for Statutory Attorneys' Fees, Costs, and Expenses no later than 14 days after this Court enters an order either approving a stipulated agreement between Relators and the United States of America as to Relators' share of settlement proceeds

2

or, if no agreement is reached, setting the Relators' share of settlement proceeds following the Relators' Share Motion.

IT IS SO ORDERED this ___ day of October, 2011.

/s/ Billy Roy Wilson
_____
UNITED STATES DISTRICT JUDGE