## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,    *Plaintiffs,*    v.  ACCENTURE LLP, *et al.*,    *Defendants*. | )  )  )  )  )  )  )  )  )  )  )  )  )  Case No. 4:04-CV-00985-BRW |

## ORDER

Pending is Relators' Motion to File Under Seal Exhibits to Relators' Motion for Award of Statutory Attorneys' Fees, Costs and Expenses Pursuant to 31 U.S.C. § 3730(d) (Doc. No. 695). The Motion is GRANTED. Exhibits 1-C, 1-D, and 3-B to Relators' Memorandum in Support may be filed under seal.

IT IS SO ORDERED this 27th day of June, 2012.

/s/Billy Roy Wilson
**UNITED STATES DISTRICT JUDGE**