

**Fw: United States ex rel Rille v. Accenture -- 4:04-CV-00985-BRW**
Bill Wilson  to: Kay Roy                                             07/31/2012 03:41 PM
Sent by: Genoveva Gilbert

----- Forwarded by Genoveva Gilbert/ARED/08/USCOURTS on 07/31/2012 03:40 PM -----

| | |
|---|---|
| From: | Bill Wilson/ARED/08/USCOURTS |
| To: | lpackard@packard.com |
| Cc: | rdpackard@packard.com, jbardacos@packard.com, sgibson@jmbm.com, stephen@wecc-law.com, shirley@wecc-law.com, ajanik@mwlaw.com, Jacksona@dicksteinshapiro.com, TupperButlerM@dicksteinshapiro.com, don.williamson@usdoj.gov |
| Date: | 07/26/2012 03:41 PM |
| Subject: | United States ex rel Rille v. Accenture -- 4:04-CV-00985-BRW |
| Sent by: | Kay Holt |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 31 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Mr. Packard,

You made a comment today, during the telephone conference, that you had not gotten a ruling on the motion to seal. As far as I can glean from the record, you did not file a motion asking for permission to file a pleading, which is normally the procedure when you are not counsel of record -- which you no longer are.

Since you did not get permission to file a motion as a non-party, what standing do you have to object to Accenture's late response?

Please answer this question no later than 2:00 p.m. next Tuesday, July 31, 2012.

Thank you,

B.R. Wilson

cc:     Clerk of the Court