# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No. 4:04-CV-00985-BRW |
| ACCENTURE LLP, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) | |

## ORDER

Pending is Accenture's Motion to File Under Seal Their Opposition to Relators' Motion for Award of Statutory Attorney's Fees, Costs, and Expenses and Exhibits in Support (Doc. No. 714).  The Motion is GRANTED.

IT IS SO ORDERED this 4th day of August, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1