IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE UNITED STATES OF AMERICA,**                                                              **PLAINTIFFS**
*ex rel.* **NORMAN RILLE and**
**NEAL ROBERTS**

**VS.**                                             **4:04-CV-00985-BRW**

**ACCENTURE LLP,** *et al.*                                                              **DEFENDANTS**

## ORDER

Consistent with the parties' stipulation,[1] the United States is directed to promptly release to Relators the sum of $14,008,500.

IT IS SO ORDERED this 19th day of July, 2016.

    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 806.

1